FILED
2018 May-03 AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MOHAMMED AL-SHAREIH ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CASE NO.: 2:18-cv-00683-SGC** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REQUEST FOR SERVICE BY CERTIFIED MAIL**

Please serve the defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON by certified mail pursuant to Alabama Rules of Civil Procedure 4.1 and Federal Rules of Civil Procedure 4(c)(2)(C)(i).

Respectfully Submitted,

/s/ *Peter H. Burke*________________
Peter H. Burke (ASB-1992-K74P)

**OF COUNSEL**:
Amanda Stansberry Johns
**BURKE HARVEY, LLC**
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax: 205-930-9054
pburke@burkeharvey.com
ajohns@burkeharvey.com