FILED
2018 May-14 PM 02:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
Corporation Service Company, Inc
641 South Lawrence Street
Montgomery, AL 36104

9590 9402 3838 8032 6423 60

2:18-cv-00683-SGC

2. Article Number *(Transfer from service label)*

7016 3010 0000 7499 3558

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by *(Printed Name)* Kelly Webster

C. Date of Delivery 5-10-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
lail
lail Restricted Delivery
0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt