FILED
2018 Jun-07 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

Joe Musso
Chief Deputy

| | | |
|---|---|---|
| Mohammed Al-Shareih., Plaintiff | } | |
| v. | } | Case Number: 2:18-cv-683-RDP |
| Liberty Life Assurance Company of Boston, Defendant | } | |

## NOTICE OF REASSIGNMENT

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable R. David Proctor. Please use case number 2:18-cv-683-RDP on all subsequent pleadings.

DATED: June 7, 2018

SHARON N. HARRIS, CLERK

By: Maire Read
Deputy Clerk