FILED
2018 Aug-07 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MOHAMMED AL-SHAREIH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:18-CV-00683-SGC |
| LIBERTY LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT SUBMISSION OF STIPULATED RECORD

Pursuant to the Initial Order in ERISA Benefits Cases entered by the Court in this matter on June 7, 2018, Plaintiff Mohammed Al-Shareih and Defendant Liberty Life Assurance Company of Boston file this Joint Submission of Stipulated Record.

1) Group Disability Income Policy (Liberty/Al-Shareih 001-058);

2) Appeal Decision Letter Dated May 2, 2017, (Liberty/Al-Shareih 098-103); and

3) Administrative Record (Liberty/Al-Shareih 059-097 and 104-623).

SUBMITTED this 7th day of August, 2018.

Respectfully Submitted,

*/s/ Peter H. Burke*

Peter H. Burke, Esq.
ASB-1992-K74P
Amanda Stansberry-Johns, Esq.
ASB-7793-M64S
Attorneys for Plaintiff
**BURKE HARVEY LLC**
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax: 205-930-9054
Email: pburke@burkeharvey.com
Email: ajohns@burkeharvey.com

ATTORNEYS FOR PLAINTIFF

AND

*/s/Iwana Rademaekers*

**IWANA RADEMAEKERS**
(*Admitted Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And -

Matthew W. Robinett

ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 7th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Peter H. Burke (ASB-1992-K74P)
Email: pburke@burkeharvey.com
Amanda Stansberry-Johns (ASB-7793-M64S)
Email: ajohns@burkeharvey.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers