FILED
2018 Aug-07 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Mohammed Al-Shareih Claim No 5690365

Employer/Sponsor/Customer Name Crown Equipment Corporation

Return to: Lisa Gray

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Mohammed Al-Shareih
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5690365
Claim Number

EXHIBIT
3, part 2

**n0054335**

**From:** Gray, Lisa
**Sent:** Thursday, September 01, 2016 3:01:22 PM
**To:** 'Jean Sheaks'
**Subject:** RE: Mohammed Al-Sharieh
**Attachments:** image002.gif

Hi,

His long term disability benefits began April 22, 2016.

Thank you,


Lisa Gray

Technical Claims Consultant

Liberty Life Assurance Company of Boston

100 Liberty Way - Mail Stop 02E Dover, NH 03820
(P) 1-888-437-7611 Ext: 16396

(F) 603-334-5715


**From:** Jean Sheaks [mailto:Jean.Sheaks@Crown.com]
**Sent:** Wednesday, August 31, 2016 2:30 PM
**To:** Gray, Lisa <LISA.GRAY@LibertyMutual.com>
**Subject:** Mohammed Al-Sharieh

Hi Lisa – we are getting questions from Mohammed regarding his pay. Can you verify the date you started his Long-Term Disability Pay?

Thanks!

Jean Sheaks I Leave Administrator

**CROWN EQUIPMENT CORPORATION**

419.629.2220 x 2156 I FAX: 419.629.3855

**n0054335**

**From:** mohammed alshareih
**Sent:** Thursday, September 01, 2016 5:58:09 PM
**To:** Gray, Lisa
**Subject:** Doctor visitations

Hi Lisa

**The following are the doctor visitation appointments:**
**August 12, 2016**
**August 15, 2016**
**August 26, 2016**
**September 1, 2016**

All doctor visitation are with Sleep & Pulmonary care center.
If you need any further information, then please let me know.

Thanks

Mohammed Al-hareih

**n0054335**

**From:** Gray, Lisa
**Sent:** Tuesday, August 30, 2016 10:19:04 AM
**To:** 'Jean Sheaks'
**Subject:** RE: Al-Shareih, Claim 5690365
**Attachments:** image002.gif

Good Morning,

We are currently waiting for information from Mr. Al-Shareih. Upon receipt we will be reviewing and assessing his continued eligibility for LTD. At this time there is no return to work scheduled. His LTD benefits are approved through April 22, 2019 or through the first 24 months of total disability. This does not mean he will receive LTD benefits through this duration but instead provide timeframes. We continually investigate his eligibility throughout that time period.

Thank you,


Lisa Gray

Technical Claims Consultant

Liberty Life Assurance Company of Boston

100 Liberty Way - Mail Stop 02E Dover, NH 03820
(P) 1-888-437-7611 Ext: 16396

(F) 603-334-5715


**From:** Jean Sheaks [mailto:Jean.Sheaks@Crown.com]
**Sent:** Tuesday, August 30, 2016 9:06 AM
**To:** Gray, Lisa <LISA.GRAY@LibertyMutual.com>
**Subject:** FW: Al-Shareih, Claim #5690365

**From:** Jean Sheaks
**Sent:** Tuesday, August 30, 2016 9:04 AM
**To:** 'Lisa_Gray@libertymutual.com'
**Subject:** FW: Al-Shareih, Claim #5690365

**From:** Jean Sheaks
**Sent:** Tuesday, August 30, 2016 8:57 AM
**To:** 'GrpMktClmOpsReporting@libertymutual.com'
**Cc:** Betsy Muhlenkamp
**Subject:** Al-Shareih, Claim #5690365

Can you please furnish me with a copy of Mohammed Al-Shareih's last medical disability slip – if unable to furnish can you please give me the date his disability has been extended to?

Thanks!

Jean Sheaks

Crown Equipment Corporation

Jean Sheaks **I** Leave Administrator

**CROWN EQUIPMENT CORPORATION**

419.629.2220 x 2156 I FAX: 419.629.3855

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. MOHAMMED AL-SHAREIH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

August 15, 2016

Mr. Mohammed Al-Shareih

RE: Long Term Disability (LTD) Benefits
Crown Equipment Corporation
Claim #: 5690365

Dear Mr. Mohammed Al-Shareih:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Crown Equipment Corporation Group Disability Income Policy. We are reviewing your eligibility for LTD benefits are are in need of additional information.

During our telephone conversation on July 7, 2016, I advised you that we needed proof that you applied for social security disability benefits. I asked that please provide a copy of the receipt of application that you would have received from the social security adminstration. You stated you would provide this information. To date, we have not received a copy of the receipt of application.

We also discussed when your next doctor's appointment is. You stated you cancelled your July 2016 appointment because you were away on vacation. I explained that it is important you call your provider and schedule another appointment. I explained that ongoing medical proof is needed in order for LIberty Life to assess your eligibility for LTD benefits. You stated you would schedule an appointment and then call me with the date and time of your next appointment. To date, you have not provided this information.

As outlined in our June 3, 2016 letter, your level of impairment remains uncertain therefore further clarification is needed to assess your level of functional impairment. We explained that Liberty Life would issue benefits under Reservation of Rights while we continue our investigation. Without updated medical evidence we are unable to continue our investigation and render a formal claims determination.

The Crown Equipment Corporation LTD Policy requires that, in order to receive benefits, you provide proof of disability with a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with this information no later than 30 days from the date of this letter as required under the terms of your Policy.

If this information is not received by September 15, 2016, we will render a claim determination based on the information currently contained in your claim file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Gray
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16396
Secure Fax No.: (603) 334-5715

# Liberty Mutual Investigation Referral

Requested By: Lisa Gray
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16396

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

Customer Name: CROWN EQUIPMENT CORPORATION

Date Sent: 8/15/2016

Funding type: FI: YES ASO: NO

Coverage Type: STD: NO LTD: YES

Claimant Name: MOHAMMED AL-SHAREIH

Claim #: 5690365

Claimant Address:

Claimant SSN:

Claimant DOB:

Claimant Tel. #: (

City:

State: AL

Date of Hire: 3/2/2015

Zip: 35814-0000

Date of Disability: 1/23/2016

Gender: MALE

Injury/Illness: Hypersomnia

Marital Status:

Job Description: COMPUTER ENGINEER

No. of Dependents: 0

Claimant's Physical Description: The individual is 5' 6" and weighs 150 lbs. He has brown eyes and brown hair.

---

Describe Reason For Referral:

The individual reports being unable to work due to memory loss, breathing problems and severe fatigue resulting him to fall asleep in the middle of performing tasks. He reports spending approximately 15 hours in bed. He reports that he can drive however should not drive continuously more than 25 minutes other wise it is a hazard.

Instructions For Vendor:

Vendor Chosen: DONOVAN & DEVLIN

Please conduct 4 days of surveillance. The individual is divorced and reportedly lives alone. Wife has custody of their two children. A copy of his drivers license will be sent under separate cover.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. MOHAMMED AL-SHAREIH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

June 3, 2016

Mr. Mohammed Al-Shareih

RE: Long Term Disability (LTD) Benefits
Crown Equipment Corporation
Claim #: 5690365

Dear Mr. Mohammed Al-Shareih:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) benefits under the Crown Equipment Corporation Group Disability Policy. The above Policy states that you must meet the following definition of disability:

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

i. that during the Elimination Period and the next 36 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

As discussed during our telephone conversation on June 2, 2016, your level of impairment remains uncertain therefore further clarification is needed to assess your level of functional capacity. It has been determined, however, that Liberty Life will issue benefits under Reservation of Rights. You will continue to receive benefits during this review; however, this payment, or any future payments, should not be interpreted as an admission of present

or ongoing liability. We reserve our right to enforce any and all provisions of the Policy at any time.

In addition, I also asked that you please contact me with the date and time of your next scheduled appointment with Dr. Katz.

In addition to your LTD benefit from Liberty Life Assurance Company of Boston, you may also qualify for disability benefits from the Social Security Administration. Your Policy requires that you apply for Social Security Benefits, should your disability be expected to extend for twelve months. To apply, contact your local Social Security office or call 1-800-772-1213.

As indicated, we will continue to review your claim to evaluate your eligibility for long term disability benefits. We ask that you assist us with your claim to obtain the necessary information to investigate benefits. Please notify me immediately with any changes in your treatment and/or condition.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Gray
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16396
Secure Fax No.: (603) 334-5715

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Thursday, June 02, 2016 1:24 PM
**To:** 'leaveadministrator@crown.com'
**Subject:** emp_first name AL-SHAREIH, Claim #5690365

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 1/23/2016. The claim has been approved through 4/22/2019. The case manager for this claim is Lisa GRAY. The claim number is 5690365.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

**n0054335**

**From:** Gray, Lisa
**Sent:** Wednesday, June 01, 2016 11:17:22 AM
**To:** 'leaveadministrator@crown.com'
**Subject:** LTD approval

Good Afternoon,

RE: Mohammed Al-Shareih

We have completed our review. LTD benefits will be issued effective April 22, 2016.

Thank you,

Lisa Gray

Technical Claims Consultant

Liberty Life Assurance Company of Boston

100 Liberty Way - Mail Stop 02E Dover, NH 03820
(P) 1-888-437-7611 Ext: 16396

(F) 603-334-5715

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5715

| | |
|---|---|
| Date: | May 25, 2016 |
| To: | DR. MAMOUN NAJJAR<br>1222 SOMERVILLE ROAD SE<br>DECATUR AL 35601 |
| Attn: | |
| Fax: | (256) 341-0587 |
| From: | Lisa Gray<br>Disability Claims Tech Spec<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5715 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5690365<br>Claimant: Mohammed Al-Shareih<br><br>Crown Equipment Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

May 25, 2016

Dr. Mamoun J. Najjar
1222 SOMERVILLE ROAD SE
DECATUR, AL 35601

RE: Long Term Disability (LTD) Benefits
Crown Equipment Corporation
Claim #: 5690365
Claimant: Mohammed Al-Shareih
Claimant D.O.B.:

Dear Dr. Mamoun Najjar:

We are the disability insurance carrier for your patient, Mohammed Al-Shareih. We are very focused in working with your patient's employer in order to facilitate the earliest and safest possible transition back to work. In order to help us manage this process, we are asking for your help to determine the necessary accommodations.

We would appreciate your assistance in providing us with the information below.

Please fax this request back to my attention at (603) 334-5715. Thank you in advance for your prompt response.

---

Physician Section:

Definitions:
Occasional : (1-33% of shift); Frequent : (34-66% of shift); Constant : (67-100% of shift)

☑ No lifting over: ✓ 5lbs ___ 10lbs ___ 20lbs ___ other ___ lbs.

☐ Limit pushing, pulling 5 lbs.

☑ Twisting, bending: ✓ Occasional ___ Frequent ___ Constant

☐ Squatting: ✓ Never ___ Occasional ___ Frequent ___ Constant

☐ Bending/twisting of: ___ right ___ left ___ (body part) Occasional ✓ Frequent ___ Constant ___

☑ Stooping, kneeling: Never ✓ Occasional ___ Frequent ___ Constant ___

☐ Standing 3 minutes per hour

☐ Walking 2 minutes per hour

☐ Sitting 30 minutes per hour

☐ Limit work using: ____ right ____ left NA (body part) to ____ minutes per hour or ____ hours per day.

☐ Limit reaching: ✓ below ✓ at ✓ above - shoulder level, of ____ right or ____ left upper extremity to: ____ Occasional ✓ Frequent ____ Constant

☐ Limit work duties of driving to: 0.5 hours per day or \ minutes per hour

☐ Other Accommodations: He has Hard to Control Hypersomnia

**Patient may return to work on May Not with the above accommodations.**

**Date of anticipated return to work on a full duty basis NA.**

[signature] 5/26/2016

Medical Provider's Signature Date

You completed a restrictions form on March 14, 2016, noting Mr. Al-Shareih is capable of performing Sedentary work however would require frequent naps/rest and stimulating medication. Based on his current clinical status, and if his employer would be willing to accommodate these restrictions as well as any restrictions outlined above, do you feel he is capable of returning back to his current job which is performed at the Sedentary physical demand level?

Please be advised an independent medical review was performed by a board certified pulmonologist. The specialist opined Mr. Al-Shareih would be capable of performing his own occupation if allowed to take naps/rests up to 15 minutes every 2 to 4 hours if required. Do you agree? Please explain

If you have any questions about this letter, please call me.

Sincerely,

Lisa Gray
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16396
Secure Fax No.: (603) 334-5715

Attachments: 5690365-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.25.2016

**n0054335**

| | |
|---|---|
| **From:** | malshareih |
| **Sent:** | Friday, May 27, 2016 2:51:35 PM |
| **To:** | Gray, Lisa |
| **Subject:** | RE: Health insurance coverage |

Hi Lisa
Manpower was providing me health insurance with Aetna. Aerotekl was explained to you before. I did not go to any doctor visit between December 1, 2013 until March 2015.

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Gray, Lisa" <LISA.GRAY@LibertyMutual.com>
Date:05/27/2016 3:06 PM (GMT+03:00)
To: mohammed alshareih <malshareih@gmail.com>
Cc:
Subject: Health insurance coverage

Good Morning,

I need clarification as to why you did not have health coverage prior to your working at Crown Equipment. I understand you stated your two prior jobs were through placement services and they did not offer health insurance. What did you do for coverage during that time period?

This information is needed prior to making a claim determination.

Thank you,

Lisa Gray

Technical Claims Consultant

Liberty Life Assurance Company of Boston

100 Liberty Way - Mail Stop 02E Dover, NH 03820
(P) 1-888-437-7611 Ext: 16396

(F) 603-334-5715

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [x] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Lisa Gray DATE: Thursday, May 26, 2016

## CLAIM BACKGROUND

Claimant Name: MOHAMMED AL-SHAREIH Claim Number: 5690365

- [ ] STD
- [x] FULLY INSURED
- ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: CROWN EQUIPMENT CORPORATION

Change In DEF. Date: 04/22/2019

Pre-Disability Earnings: $8,081.67 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please review and provide whether or not the occupation can be performed at home.

DP 512

**n0054335**

**From:** mohammed alshareih
**Sent:** Thursday, May 26, 2016 11:00:23 AM
**To:** Gray, Lisa
**Subject:** Re: LTD status

Hi Lisa

The medications that I do have for my disability is not good enough for me to perform my Engineering Job properly in Crown Equipment corporation.

Thanks

Mohammed Al-Shareih

On Wed, May 25, 2016 at 10:13 AM, Gray, Lisa <LISA.GRAY@libertymutual.com> wrote:

> Good Morning,
>
> As you are aware we are currently in the processing of speaking with your doctor and your employer to determine if your employer would be willing to accommodate the restrictions and limitations outlined by Dr. Najjar. Your employer responded yesterday requesting clarification regarding your restrictions and limitations.
>
> Today a request has been faxed back to Dr. Najjar requesting clarification regarding the restrictions and limitations he provided to us on March 14, 2016. Once we receive his response this information will be provided to your employer to determine if they would be willing to accommodate you allowing you to be able to return back to work.
>
> I recommend that you contact Dr. Najjar's office today urging them to respond as soon as possible. The sooner I receive his response the sooner we can get an answer from your employer and make a claim determination.

Please be advised the Crown Equipment LTD Disability Policy states:

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

i. that during the Elimination Period and the next 36 months of Disability the Covered

Person, as a result of Injury or Sickness, is unable to perform the Material and

Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the

Material and Substantial Duties of Any Occupation.

The Monthly Benefit will cease on the earliest of:

the date the Covered Person refuses a job with the Sponsor where workplace modifications or

accommodations were made to allow the Covered Person to perform the Material and

Substantial Duties of the job;

The above information is needed in order to make a claim determination.

Thank you,

Lisa Gray

Technical Claims Consultant

Liberty Life Assurance Company of Boston

100 Liberty Way - Mail Stop 02E Dover, NH 03820
(P) 1-888-437-7611 Ext: 16396

(F) 603-334-5715

**n0054335**

**From:** Sullivan, Nancy
**Sent:** Wednesday, May 25, 2016 10:33:38 AM
**To:** Gray, Lisa
**Subject:** RE: 5690365 - M. Al-Shareih

Hi Lisa,

The occ is not available on a part time basis. I would have to research re work at home but given the following description it may be unlikely.

“Research, design, develop, test, or supervise the manufacturing and installation of electrical equipment, components, or systems for commercial, industrial, military, or scientific use.”

I would be happy to research work at home if you wish to proceed; kindly score for an addendum if you would like me to research.

Thanks

Nancy


Nancy L. Sullivan MSED, CDMS

Accredited Office Ergonomics Evaluator

Group Disability Claims

Charlotte, NC - Southeast

Liberty Life Assurance Company of Boston | P. O. Box 7207, London, KY 40742-7207

Phone: (800) 291-0112 Ext. 14183

E-Mail: Nancy.Sullivan@LibertyMutual.com


please consider the environment before printing this e-mail

This e-mail and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 602-861-0856 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Gray, Lisa
**Sent:** Wednesday, May 25, 2016 10:28 AM
**To:** Sullivan, Nancy <NANCY.SULLIVAN@LibertyMutual.com>
**Subject:** 5690365 - M. Al-Shareih

Hi Nancy,

You recently performed an OA on this file. I was wondering if this occupation can be performed on a part time basis and/or at home?

Thank you,

Lisa Gray

Technical Claims Consultant

Liberty Life Assurance Company of Boston

100 Liberty Way - Mail Stop 02E Dover, NH 03820
(P) 1-888-437-7611 Ext: 16396

(F) 603-334-5715

INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5715

| | |
|---|---|
| Date: | May 25, 2016 |
| To: | DR. MAMOUN NAJJAR<br>1222 SOMERVILLE ROAD SE<br>DECATUR AL 35601 |
| Attn: | |
| Fax: | (256) 341-0587 |
| From: | Lisa Gray<br>Disability Claims Tech Spec<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5715 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 5690365<br>Claimant: Mohammed Al-Shareih<br><br>Crown Equipment Corporation | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

May 25, 2016

Dr. Mamoun J. Najjar
1222 SOMERVILLE ROAD SE
DECATUR, AL 35601

RE: Long Term Disability (LTD) Benefits
Crown Equipment Corporation
Claim #: 5690365
Claimant: Mohammed Al-Shareih
Claimant D.O.B.:

Dear Dr. Mamoun Najjar:

We are the disability insurance carrier for your patient, Mohammed Al-Shareih. We are very focused in working with your patient's employer in order to facilitate the earliest and safest possible transition back to work. In order to help us manage this process, we are asking for your help to determine the necessary accommodations.

We would appreciate your assistance in providing us with the information below.

Please fax this request back to my attention at (603) 334-5715. Thank you in advance for your prompt response.

---

Physician Section:

Definitions:
Occasional : (1-33% of shift); Frequent : (34-66% of shift); Constant : (67-100% of shift)

☐ No lifting over: ____5lbs ____10lbs ____ 20lbs ____ other ____ lbs.

☐ Limit pushing, pulling ______lbs.

☐ Twisting, bending: ____Occasional ____ Frequent____ Constant

☐ Squatting: ____Never____ Occasional____ Frequent____ Constant

☐ Bending/twisting of: ____ right ____ left______ (body part) Occasional____ Frequent ____ Constant ____

☐ Stooping, kneeling: Never______ Occasional____ Frequent ____ Constant____

☐ Standing ____ minutes per hour

☐ Walking ____ minutes per hour

☐ Sitting ____ minutes per hour

☐ Limit work using: ____ right ____ left ________ (body part) to _____ minutes per hour or ____ hours per day.

☐ Limit reaching: ____ below ____ at ____ above - shoulder level, of ____ right or ____ left upper extremity to: ____ Occasional ____ Frequent ____ Constant

☐ Limit work duties of driving to: ______ hours per day or ______ minutes per hour

☐ Other Accommodations: ______________________________________________

**Patient may return to work on ____________ with the above accommodations.**

**Date of anticipated return to work on a full duty basis ________________.**

____________________________________ ______________________

Medical Provider's Signature Date

You completed a restrictions form on March 14, 2016, noting Mr. Al-Shareih is capable of performing Sedentary work however would require frequent naps/rest and stimulating medication. Based on his current clinical status, and if his employer would be willing to accommodate these restrictions as well as any restrictions outlined above, do you feel he is capable of returning back to his current job which is performed at the Sedentary physical demand level?

Please be advised an independent medical review was performed by a board certified pulmonologist. The specialist opined Mr. Al-Shareih would be capable of performing his own occupation if allowed to take naps/rests up to 15 minutes every 2 to 4 hours if required. Do you agree? Please explain

If you have any questions about this letter, please call me.

Sincerely,

Lisa Gray
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16396
Secure Fax No.: (603) 334-5715

Attachments: 5690365-EMPLOYEE/CLAIMANT-AUTHORIZATION-05.25.2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Mohammed Al-Shareih **Claim** 5690365

**EMPLOYER/SPONSOR/CUSTOMER** Crown Equipment Corporation

**Return** Lisa Gray

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Mohammed Al-Shareih**
Claimant Name (Print)

Date of Birth

Al-Shareih [signature]
Claimant Signature

03/29/2016
Date

**5690365**
Claim Number

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Mohammed Al-Shareih Claim No 5690365

Employer/Sponsor/Customer Name Crown Equipment Corporation

Return to: Lisa Gray

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Mohammed Al-Shareih
Claimant Name ( Print) Date of Birth

Claimant Signature Date

5690365
Claim Number

**n0054335**

**From:** Gray, Lisa
**Sent:** Wednesday, May 25, 2016 10:13:36 AM
**To:** 'mohammed alshareih'
**Subject:** LTD status

Good Morning,

As you are aware we are currently in the processing of speaking with your doctor and your employer to determine if your employer would be willing to accommodate the restrictions and limitations outlined by Dr. Najjar. Your employer responded yesterday requesting clarification regarding your restrictions and limitations.

Today a request has been faxed back to Dr. Najjar requesting clarification regarding the restrictions and limitations he provided to us on March 14, 2016. Once we receive his response this information will be provided to your employer to determine if they would be willing to accommodate you allowing you to be able to return back to work.

I recommend that you contact Dr. Najjar's office today urging them to respond as soon as possible. The sooner I receive his response the sooner we can get an answer from your employer and make a claim determination.

Please be advised the Crown Equipment LTD Disability Policy states:

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

i. that during the Elimination Period and the next 36 months of Disability the Covered

Person, as a result of Injury or Sickness, is unable to perform the Material and

Substantial Duties of his Own Occupation; and

ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

The Monthly Benefit will cease on the earliest of:

the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

The above information is needed in order to make a claim determination.

Thank you,

Lisa Gray

Technical Claims Consultant

Liberty Life Assurance Company of Boston

100 Liberty Way - Mail Stop 02E Dover, NH 03820
(P) 1-888-437-7611 Ext: 16396

(F) 603-334-5715

**n0054335**

---

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **Sent:** | Wednesday, May 25, 2016 10:13:38 AM |
| **To:** | mohammed alshareih |
| **Subject:** | Relayed: LTD status |
| **Attachments:** | LTD status.msg |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

mohammed alshareih (malshareih@gmail.com)

Subject: LTD status

**n0054335**

| | |
|---|---|
| **From:** | malshareih@gmail.com |
| **Sent:** | Wednesday, May 25, 2016 10:47:10 AM |
| **To:** | Gray, Lisa |
| **Subject:** | Read report : LTD status |

Recipient: malshareih@gmail.com
Time of reading : 05/25/2016 05:47 PM
Subject: LTD status

Good Morning, As you are aware we are currently in the processing of speaking with your doctor and your employer to determine if your employer would be willing to accommodate the restrictions and limitations outlined by Dr. Najjar. Your employer responded yesterday requesting clarification regarding your restrictions and limitations. Today a request has been faxed back to Dr. Najjar requesting clarification regarding the restrictions and limitations he provided to us on March 14, 2016. Once we r

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Mohammed Al-Shareih **Claim** 5690365

**EMPLOYER/SPONSOR/CUSTOMER** Crown Equipment Corporation

**Return** Lisa Gray

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Mohammed Al-Shareih**
Claimant Name (Print)

Date of Birth

Al-Shareih [signature]
Claimant Signature

03/29/2016
Date

**5690365**
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

## Authorization to Obtain and Release Information (Excluding Psychotherapy notes)

Employee Name Mohammed Al-Shareih Claim No 5690365

Employer/Sponsor/Customer Name Crown Equipment Corporation

Return to: Lisa Gray

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Mohammed Al-Shareih
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5690365
Claim Number

**n0054335**

---

**From:** Andrea Huber
**Sent:** Tuesday, May 24, 2016 10:28:44 AM
**To:** Gray, Lisa
**Subject:** Follow Up

I appreciate you checking in on can we accommodate Mohammed, at this time we have not received anything from him or his doctor that he is able to return to work.

Andrea Huber I Human Resources Representative

**CROWN EQUIPMENT CORPORATION**

419.629.2220 x3834 I andrea.huber@crown.com

**Apply online at crown.jobs**

**n0054335**

**From:** Gray, Lisa
**Sent:** Friday, May 20, 2016 3:48:29 PM
**To:** 'andrea.huber@crown.com'
**Subject:** FW: RTW with accommodations

Good Afternoon,

Would you be able to provide a status as to when we might receive a response as to whether or not Crown Equipment is able to accommodate Mr. Al Shareih?

I appreciate your assistance in this matter.

Thank you

Lisa Gray

Technical Claims Consultant

Liberty Life Assurance Company of Boston

100 Liberty Way - Mail Stop 02E Dover, NH 03820
(P) 1-888-437-7611 Ext: 16396

(F) 603-334-5715

**From:** Jean Sheaks [mailto:Jean.Sheaks@Crown.com]
**Sent:** Wednesday, May 18, 2016 8:45 AM
**To:** Andrea Huber <Andrea.Huber@Crown.com>
**Cc:** Gray, Lisa <LISA.GRAY@LibertyMutual.com>
**Subject:** FW: RTW with accommodations

Andrea – Lisa Gray of Liberty Mutual is following up regarding Mohammed's

restrictions.  Have you had a chance to address this yet?

**From:** Gray, Lisa [mailto:LISA.GRAY@libertymutual.com]
**Sent:** Wednesday, May 18, 2016 8:34 AM
**To:** Leave Administrator
**Subject:** FW: RTW with accommodations

Good Morning,

I am just following up to my email sent on May 12, 2016.  Would it be possible to provide me with a status as to when we might expect a response?

Thank you

Lisa

**From:** Gray, Lisa
**Sent:** Thursday, May 12, 2016 1:32 PM
**To:** 'leaveadministrator@crown.com' <leaveadministrator@crown.com>
**Subject:** RTW with accommodations

Good Afternoon,

Mohammed Al-Shareih

I am currently reviewing his application for LTD benefits.  His treating provider and an

independent reviewer have both opined that this individual is able to perform his job full time however would need brief naps (e.g. up to 15 minutes every 2 to 4 hours).

Is this something you could accommodate allowing him to return back to work?

Thank you

Lisa Gray
Technical Claims Specialist

Liberty Life Assurance Company of Boston/100 Liberty Way-Mail Stop 02E Dover, NH 03820
1-888-437-7611 Ext: 16396/603-750-7550 X 16396
SDN: 87316396
Facsimile: 603-334-5715

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 ext: 16396 and permanently delete the original and any copy of any e-mail and any printout thereof.

VOC Suite

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

- [x] JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)
- [ ] PHYSICAL JOB EVALUATION FORM (if available)
- [x] UPDATED MEDICAL WITH CLEAR R&L'S
- [x] TRAINING-EDUCATION-EXPERIENCE FORM
- [x] MANAGER APPROVAL (if required)
- [ ] ATTORNEY INFO (if applicable)

FROM: Lisa Gray DATE: Thursday, May 12, 2016

## CLAIM BACKGROUND

Claimant Name: MOHAMMED AL-SHAREIH Claim Number: 5690365

- [ ] STD
- [x] FULLY INSURED ( THRESHOLD $ )
- [x] LTD
- [ ] ASO
- [ ] LIFE

Has MDS worked the claim? [ ] YES [x] NO

Employer: CROWN EQUIPMENT CORPORATION

Change In DEF. Date: 04/22/2019

Pre-Disability Earnings: $8,081.67 / M (mode) Claim Service Type: ADOP

**Document Locations**

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Case Manager's Recommendations / Reason For Referral:**

Please provide the PDL for Electrical Engineer

DP 512

**Liberty Life Assurance Company of Boston**

Nancy L. Sullivan MSEd, CDMS
Group Disability Claims
Liberty Life Assurance Company of Boston
Phone: (800) 291-0112, Ext. 14183
Fax: (203) 294-4298
E-Mail: Nancy.Sullivan@LibertyMutual.com

# OCCUPATIONAL ANALYSIS / VOCATIONAL REVIEW

| | |
|---|---|
| **Claimant Name:** | Mohammed Al-Shareih |
| **Claim Number:** | 5690365 |
| **Technical Claims Consultant:** | Lisa Gray |
| **Date of Report:** | 5/12/2016 |

## FILE REVIEW / SUMMARY.

### DEMOGRAPHICS

Mr. Mohammed Al-Shareih is 52 year-old Engineer-Electrical employed by Crown Equipment Corporation who went out of work due to hypersomnia and chronic obstructive pulmonary disease. In preparation for this report, I have reviewed the claim file and researched standard vocational resources including the Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET) / Standard Occupational Classification (SOC) coding system, Guide for Occupational Exploration and Internet job boards.

## ASSESSMENT / ANALYSIS

### JOB

The details of Mr. Al-Shareih's job were obtained from a narrative job description that was found in the claim file. Mr. Al-Shareih's employer titles his position as an Engineer-Electrical. Mr. Al-Shareih is responsible for:

> Responsible for designing and developing new electronic control modules and enhancement to current modules. This position reports to the Group Leader of Electronic.
>
> Conceptualize ideas for electronic control systems. Assist in the development of product technical profile. Develop and write system requirement specifications.
> Design new electronic control modules or software to meet operation, safety, modularity and cost requirements. Develop detailed design document.

### OCCUPATION

The occupation falls under the DOT code of Electrical Engineer (DOT: 030.061-010) and SOC/O*NET classification of Electrical Engineers (SOC # 17-2071.00). The O*NET describes this occupation, along with sample job titles, as:

> "Research, design, develop, test, or supervise the manufacturing and installation of electrical equipment, components, or systems for commercial, industrial, military, or scientific use."

**Sample of reported job titles:** Circuits Engineer, Design Engineer, Electrical Controls Engineer, Electrical Design Engineer, Electrical Engineer, Electrical Project Engineer, Instrumentation and Electrical Reliability Engineer (I&E Reliability Engineer), Power Systems Engineer, Project Engineer, Test Engineer

The occupation falls under the Occupational Outlook Handbook (OOH) description of Electrical and Electronics Engineer.

## PHYSICAL DEMANDS

Based upon the research as outlined above, this occupation is performed at the sedentary level of physical demand levels in the national economy. The Department of Labor defines sedentary Work as:

> "Exerting up to 10 pounds of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists form 1/3 to 2/3 of the time) to lift, carry, push, pull or otherwise move objects, including the human body. Sedentary work involves sitting most of the time, but may involve walking or standing for brief amounts of time. Jobs are sedentary if walking or standing are required only occasionally and all other sedentary criteria are met."

**Positional Requirements:**

Frequent: sitting, fingering
Occasional: reaching, handling, standing, walking
No: bending/stooping, crouching/squatting, twisting, climbing, crawling, kneeling or balancing

## SUMMARY AND CONCLUSIONS

With a reasonable degree of vocational certainty, the typical physical demands of Mr. Al-Shareih's occupation of Electrical Engineer are most often sedentary in physical demand. The positional demands are outlined above.

I have not met with Mr. Al-Shareih for the purpose of this review. All opinions are based on a review of the medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance.

Respectfully submitted,

**Electronically Signed**

Nancy Sullivan, MSEd, CDMS
Vocational Case Manager
SDN: 873-20419
Group Benefits Claims
Liberty Life Assurance Company of Boston

# ENGINEER - ELECTRICAL

## Crown Equipment Corporation (2/10/12)

## JOB CODE: 7085

JOB PURPOSE AND OBJECTIVES

- Responsible for designing and developing new electronic control modules and enhancement to current modules. This position reports to the Group Leader of Electronics.

| PERCENTAGE OF TIME | KEY TASKS | |
|---|---|---|
| 15% | • | *New Product Development Specifications*<br><br>Conceptualize ideas for electronic control systems. Research theories to determine feasibility. Assist in the development of product technical profile. Develop and write system requirements specifications. |
| 30% | • | *New Product Design*<br><br>Design new electronic control modules or software to meet operation, safety, modularity and cost requirements. Develop detailed design document. |
| 40% | • | *New Product Development and Testing*<br><br>Implement design. Perform design analysis, including critical timing and failure modes effects analysis. Check printed circuit board "artwork". Develop and approve block, state, flow diagrams, schematics and drawings for module. Debug prototypes. Conduct first article inspection and engineering verification tests. Create design file documentation. Develop verification test requirements. |
| 10% | • | *Product Support*<br><br>Provide technical support to other engineers. Review production test requirements. Respond to questions from purchasing, sales, engineering and other departments. |
| 5% | • | *Miscellaneous*<br><br>Assist in the development and maintenance of Electrical Design Guidelines. Attend training courses, conferences and meetings on application of new technology. Review colleagues' designs. Perform other duties as assigned. |

MINIMUM QUALIFICATIONS

- This position requires a four year college degree in electrical engineering or computer systems/programming, with three years experience in electrical design, troubleshooting and instrumentation.

**n0054335**

**From:** Gray, Lisa
**Sent:** Thursday, May 12, 2016 1:32:28 PM
**To:** 'leaveadministrator@crown.com'
**Subject:** RTW with accommodations

Good Afternoon,

Mohammed Al-Shareih

I am currently reviewing his application for LTD benefits. His treating provider and an independent reviewer have both opined that this individual is able to perform his job full time however would need brief naps (e.g. up to 15 minutes every 2 to 4 hours).

Is this something you could accommodate allowing him to return back to work?

Thank you

Lisa Gray
Technical Claims Specialist

Liberty Life Assurance Company of Boston/100 Liberty Way-Mail Stop 02E Dover, NH 03820
1-888-437-7611 Ext: 16396/603-750-7550 X 16396
SDN: 87316396
Facsimile: 603-334-5715

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential

information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 ext: 16396 and permanently delete the original and any copy of any e-mail and any printout thereof.

**Memorandum**

| | |
|---|---|
| From: | A. Gray Bullard, MD |
| Date: | 4/24/2016 |
| To: | Case Manager (Lisa Gray) |

# Claim # 5690365

**Claimant**: Al-Shareih, Mohammed

**Company:** Crown Equipment Corporation

**Date of Birth**:

**Date of Disability**: 1/23/2016

**Questions**:

- Question 1. Tx - 4/8/2016: Diagnoses: Chronic idiopathic hypersomnia, COPD, nonorganic sleep apnea on cpap, valvular heart disease. Co-Morbids: Hyperlipidemia and headaches. Provider: Dr. Najjar, Sleep/Pulmonary. Symptoms: Fatigue and shortness of breath

  Need further assessment/clarification to determine if this individual received treatment for COPD, sleep apnea and Chronic Idiopathic hypersomnia during the pre x period. Pre X period is December 2, 2014 through March 1, 2015.

  The Policy states: Pre-Existing Condition Exclusion. This policy will not cover any Disability or Partial Disability:

  1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and

  2. which begins in the first 12 months immediately after the Covered Persons effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.

  "Pre-Existing Condition" means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Persons effective date of coverage.

  Based on your review of the medical evidence, including pharmacy records, did this individual receive treatment for the COPD, sleep apnea and chronic idiopathic hypersomnia between December 3, 2014 through March 1, 2015? Please explain.

- Response 1. It is more likely than not, but not clear from the records provided, that the claimant received treatment during the pre-existing period of December 3, 2014 through March 1, 2015 for chronic obstructive pulmonary disease, obstructive sleep apnea, and idiopathic hypersomnia.

- Question 2. If the individual did not receive treatment during the pre x period please address the following questions: Are the above diagnoses supported by

the medical and diagnostic evidence on file? Are the individual's self-reports of fatigue, drowsiness and shortness of breath supported by the medical evidence on file?

- Response 2. The records support diagnoses of idiopathic hypersomnia, obstructive sleep apnea, and severe chronic obstructive pulmonary disease (COPD). However, the hypersomnia is supported to possibly also be related to untreated obstructive sleep apnea alone, if the claimant is not currently using his CPAP therapy during sleep. Objective data (including polysomnography and multiple sleep latency testing) is inadequate to support impairment secondary to excessive daytime sleepiness requiring more than the accommodations mentioned in Response 3. The records support full-time light work capacity with regards to exertional dyspnea related to severe chronic obstructive pulmonary disease, and is supported by the six-minute walk testing.
- Question 3. Please provide restrictions and limitations consistent with the medical evidence on file.
- Response 3. The records support full-time light work capacity, with workplace accommodation for safe work environment, no heights, climbing, crawling, balancing, or work-related driving; and for frequent brief naps if subjectively beneficial to claimant (e.g., up to15 minutes every 2-4 hours if required). The records support that the claimant followup closely with his sleep/pulmonary specialist, and use CPAP and alerting therapy as may be indicated according to medical recommendations.
- Question 4. If further clarification is needed regarding this individual's treatment, clinical status and R/Ls please contact Dr. Najjar.
- Response 4. I placed a call to Dr. Najjar's office at 11 AM April 27, 2016. His receptionist Stephanie took my phone number and stated she would have him return the call. I received no callback by afternoon, and so called again and spoke with Stephanie; she stated she would have him return my call. If/when I receive a callback, I will prepare an addendum to this report.
- Question 5. Do the medical records reasonably support that the insured has impairments attributable to his COPD, sleep apnea and hypersomnia that would preclude him from carrying out his usual life activities including work related activities?
- Response 5. The records do not support impairment from carrying out her usual life activities including work-related activities, within the specifications noted in Response Three.
- Question 6. Please define the restrictions and limitations that are reasonably supported and their timeframe.
- Response 6. See Response Three; these restrictions and limitations are indefinite in duration.

**Analysis**: Hypersomnia refractory to effective therapy for sleep apnea may be related to sedating medications, insufficient sleep syndrome, inadequate sleep hygiene, idiopathic

hypersomnolence, or narcolepsy. Narcolepsy versus idiopathic hypersomnolence are determined using multiple sleep latency testing, which is normally performed off all stimulant drugs and agents, and after sleep apnea has been effectively controlled with positive airway therapy (e.g., CPAP, BiPAP, ASV, etc.). The claimant is supported to have idiopathic hypersomnia (IHS).[i] It is important to rule-out by history, sleep diary or actigraphy, depression and other affective disorders, insufficient sleep, and disturbance of circadian rhythms (e.g., advanced sleep phase syndrome and delayed sleep phase syndrome). Hypothyroidism and iron deficiency with or without anemia can also cause excessive sleep and daytime sleepiness and should be assessed for and corrected as appropriate.[ii] A night-time sleep test (polysomnogram) is performed followed by multiple sleep latency testing (MSLT) the day after during which the patient is given an opportunity to fall asleep on 4 or 5 occasions at 2-hour intervals after waking up. This testing performed at a sleep laboratory rules out other causes of sleepiness such as obstructive sleep apnea, and the MSLT in individuals with IHS usually demonstrates an average latency to sleep of < 8 minutes, and the intrusion of dream sleep into 1 or fewer daytime naps. Study observations suggest a common cause and a single entity which in the proposed revisions to the most commonly used diagnostic manual will be termed major hypersomnolence disorder.[iii]

**Review of Records**: Pre X period is December 2, 2014 through March 1, 2015.

Claims listing for pharmacy claims reviewed with dates July 8, 2015 through March 18, 2016. These include modafinil (7/8/2015), fenofibrate, methylphenidate, Symbicort, pro-air. Additional claims listing for pharmacy claims reviewed with dates April 13, 2015 through March 14, 2016. Additional claims listing for pharmacy claims reported March 25, 2016 list pharmacy orders dated October 13, 2015 through March 18, 2016.

There is a form signed March 28, 2016 by Dr. Sharma of Family Health Center stating that claimant has been under his care from December 2015 to present.

Clinic note August 10, 2015 from Dr. Sharma states that claimant "is here to get reestablished with me. He was seen here in July of 2011 last time. He was diagnosed with high triglycerides and was prescribed trilipix.… Today for few months and then discontinued difficulty losses medical insurance and he never followed up after that. He works in Ohio and he comes here every 2 to 4 weeks of his family still here.… Lots lab orders to have his cholesterol recheck. He has been trying to stay compliant with low-fat diet. He stays active. He also has problems with direction and in the past aching silence helped him as needed and he was a prescription for that. He is in the side effects from Cialis. He has no other issues today." Occasional headaches. Examination essentially normal. Plan was follow-up for laboratories in two weeks. October 5, 2015 clinic visit with Dr. Sharma showed room air oxygen saturation 97% room air, blood pressure 109/70, height 5 foot 4.5 inches, body mass index 27, pulse 89, temperature 97. Laboratories from December 2015 discussed. Claimant "states that he drinks so there is an sweet tea all day long because you need caffeine to stay awake because of his sleep apnea." Counseled to stop drinking sodas and sweet tea. March 14, 2016 clinic visit with Dr. Sharma reviewed. High triglycerides, compliant with fenofibrate. Other medications

include Cialis, methylphenidate 10 mg, methylphenidate 5 mg, methylphenidate ER 20 mg extended release, modafinil 200 mg, pro-air HSA inhaler, Symbicort 160 MCG/4.5 MCG. Clinic visit July 1, 2016 reviewed. Clinic visit March 14, 2016 vital signs contains problems of mixed hyperlipidemia, evidence, headache, impaired fasting glycemia. Patient refused colonoscopy in August 2015. Medications filled in January and February 2016 reviewed.

Laboratory work December 30, 2015 reviewed with CBC and chemistries unremarkable except for glucose 104. September 2015 bloodwork with cholesterol elevated at 215, triglycerides elevated at 253, LDL elevated at 140.

Disability claim form completed by Dr. Najjar April 14, 2016 states that prognosis is "good" for "central idiopathic hypersomnia, severe COPD" with first visit April 13, 2015, last visit March 14, 2016, date of first treatment July 2, 2015, date firsts symptoms appeared April 13, 2015, dates claimant advised to cease work January 4, 2016. Class 5 physical impairment ("incapable of minimum activity"), classified mental/nervous impairment.

Liberty Mutual restrictions form dated March 14, 2016 by Dr. Najjar state sedentary work capacity (lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time and standing/walking occasionally). "With central idiopathic hypersomnia, he needs frequent naps and a stimulating medicine. Severe COPD, needs frequent rest and use of bronchodilators in addition to restrictions as above." "Can't foresee return time" to work.

Clinic note Dr. Najjar pulmonary and sleep medicine dated April 13, 2015 states problems up "hypersomnia, nonorganic sleep apnea." Blood pressure 110/72, pulse 65 and regular, body mass index 25, oxygen saturation room air 94%. Physical examination normal. Plan was to perform polysomnography with CPAP retitration. April 30, 2015 clinic note for hypersomnolence notes the claimant is not using CPAP nor supplemental oxygen. Plan was to continue with CPAP therapy five CWP, with "good CPAP use in response (two) therapy", and to perform multiple sleep latency testing and annual echocardiography. The note is signed by Sofia Barnes, CRNP. July 20, 2015 clinic note with multiple sleep latency testing demonstrating borderline hypersomnia with subjective hypersomnia "affecting work, falls asleep" on Provigil. October 28, 2015 clinic note states that CPAP wakes claimantup. December 7, 2015 clinic visit start methylphenidate 50 mg TID with 20 mg extended release each morning. 1/25/2016 clinic note reviewed. SpO2 97%.

4/18/2015 sleep study reviewed: lights out 933p, lights on 410a, total recording time 397 m, total sleep time 387 m, sleep latency within normal limits at 10.5 minutes, 1% Stage 1, 71% Stage 2, 0% stage 3, 24% Stage R. conclusion was "mild OSA ; CPAP study and therapy" indicated. Multiple sleep latency testing (MSLT) October 5, 2015 with five naps, sleep latency 14.9, 3.8, and 2.8 minutes (mean not provided but calculated at 7.2 minutes) in the first three naps, no sleep fourth nap, no sleep onset REM periods. There is no routine urine drug screen provided with MSLT. “Significant hypersomnia” and Provigil 200 mg daily started.

Carotid ultrasound April 29, 2015 normal. Pulmonary function studies January 4, 2016 with FVC 1.26 L (29% predicted), FEV1 0.74 L (22% predicted), 53% improvement in FEV1 following bronchodilators (to 2.13 L, 50% predicted), with FEV1/FVC ratio 58% and changing to 53% with bronchodilators. 6 min. walk test January 25, 2016 with peak heart rate 87, BORG score for, no chest pain. Echocardiogram with EF 64%, mild mitral regurgitation, trace tricuspid regurgitation, pulmonary systolic pressure estimate 20 mm HG, normal chambers and valves.

Letter to whom it may concern dated November 17, 2015 from Dr. Najjar states that claimant "is currently being treated for obstructive sleep apnea and hypersomnia. It is vitally important that he received time to have these conditions evaluated and treated. Without proper medical management (e.g. testing, office assesses, evaluation) seeking damages helping reduce productivity. With proper medical management is possible for him to function at work at this time." Letter to whom it may concern dated January 4, 2016 states that "I had diagnosed (claimant) with both sleep apnea and central idiopathic hypersomnia, both impacting daytime functionality and concentration. In addition, he has a severe obstructive lung disease diagnosis."

I reviewed the records of this claimant that have been provided to me. If any other records are made available, my opinions are subject to change. I have reached my conclusions within a reasonable degree of medical certainty.
This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

(electronically signed)

A. Gray Bullard, MD, FACP, FCCP, D-ABSM

Board Certified in Pulmonary Medicine, American Board of Internal Medicine

Board Certified in Sleep Medicine, American Board of Sleep Medicine

---

[i] American Academy of Sleep Medicine. *The international classification of sleep disorders: diagnostic - coding manual*. 2nd ed. Westchester, IL: American Academy of Sleep Medicine; 2005.
[ii] http://sleep.emory.edu/sleep_disorders/idiopathic_hypersomnia/diagnosis.html. Accessed 6/30/2014.
[iii] Diagnostic and Statistical Manual of Mental Disorders, 5th Edition (DSM-V).

**Memorandum**

| | |
|---|---|
| From: | A. Gray Bullard, MD |
| Date: | 5/11/2016 |
| To: | Case Manager (Lisa Gray) |

# Claim # 5690365 (Addendum)

**Claimant**: Al-Shareih, Mohammed

**Company:** Crown Equipment Corporation

**Date of Birth**:

**Date of Disability**: 1/23/2016

I called Dr. Najjar at 256-341-0152 on 4/27/2016. The case manager reports that Dr. Najjar's office noted that there was a callback from Dr. Najjar to the case reviewer, and to the best recollection, Dr. Najjar did return a call the next day and stated that the claimant was impaired from COPD and hypersomnia with respect to work, and that he was not sure if the claimant had work capacity or if he would regain work capacity. I called again today at 5:50 pm to clarify his opinion further, but the male telephone attendant (name unclear) stated that Dr. Najjar was seeing appointments and would call back later. I asked if I could speak with the physician briefly at the time of the call to confirm his impressions, but was suddenly disconnected. However, the attendant did take my contact information. If any other information is obtained that confirms that the claimant has no full-time work capacity related to either dyspnea from COPD or hypersomnia, I will complete a further addendum.

Conclusions: The conclusions of the 4/27/2016 report are unchanged, namely, that the records are insufficient to support absence of full-time work capacity as noted in the report. However, the records support that the claimant be evaluated in Dr. Najjar's office for the purpose of completing a Restrictions and Limitations form to clarify his current opinion, on the basis of recent clinic examination specific for work capacity determination, as to the degree of impairment.

(electronically signed)

A. Gray Bullard, MD, FACP, FCCP, D-ABSM

Board Certified in Pulmonary Medicine, American Board of Internal Medicine

Board Certified in Sleep Medicine, American Board of Sleep Medicine

**Memorandum**

| | |
|---|---|
| From: | A. Gray Bullard, MD |
| Date: | 4/27/2016 |
| To: | Case Manager (Lisa Gray) |

# Claim # 5690365

**Claimant**: Al-Shareih, Mohammed

**Company:** Crown Equipment Corporation

**Date of Birth**:

**Date of Disability**: 1/23/2016

**Questions**:

- Question 1. Tx - 4/8/2016: Diagnoses: Chronic idiopathic hypersomnia, COPD, nonorganic sleep apnea on cpap, valvular heart disease. Co-Morbids: Hyperlipidemia and headaches. Provider: Dr. Najjar, Sleep/Pulmonary. Symptoms: Fatigue and shortness of breath

  Need further assessment/clarification to determine if this individual received treatment for COPD, sleep apnea and Chronic Idiopathic hypersomnia during the pre x period. Pre X period is December 2, 2014 through March 1, 2015.

  The Policy states: Pre-Existing Condition Exclusion. This policy will not cover any Disability or Partial Disability:

  1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and

  2. which begins in the first 12 months immediately after the Covered Persons effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.

  "Pre-Existing Condition" means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Persons effective date of coverage.

  Based on your review of the medical evidence, including pharmacy records, did this individual receive treatment for the COPD, sleep apnea and chronic idiopathic hypersomnia between December 3, 2014 through March 1, 2015? Please explain.

- Response 1. It is more likely than not, but not clear from the records provided, that the claimant received treatment during the pre-existing period of December 3, 2014 through March 1, 2015 for chronic obstructive pulmonary disease, obstructive sleep apnea, and idiopathic hypersomnia.

- Question 2. If the individual did not receive treatment during the pre x period please address the following questions: Are the above diagnoses supported by

the medical and diagnostic evidence on file? Are the individual's self-reports of fatigue, drowsiness and shortness of breath supported by the medical evidence on file?

- Response 2. The records support diagnoses of idiopathic hypersomnia, obstructive sleep apnea, and severe chronic obstructive pulmonary disease (COPD). However, the hypersomnia is supported to possibly also be related to untreated obstructive sleep apnea alone, if the claimant is not currently using his CPAP therapy during sleep. Objective data (including polysomnography and multiple sleep latency testing) is inadequate to support impairment secondary to excessive daytime sleepiness requiring more than the accommodations mentioned in Response 3. The records support full-time light work capacity with regards to exertional dyspnea related to severe chronic obstructive pulmonary disease, and is supported by the six-minute walk testing.
- Question 3. Please provide restrictions and limitations consistent with the medical evidence on file.
- Response 3. The records support full-time light work capacity, with workplace accommodation for safe work environment, no heights, climbing, crawling, balancing, or work-related driving; and for frequent brief naps if subjectively beneficial to claimant (e.g., up to15 minutes every 2-4 hours if required). The records support that the claimant followup closely with his sleep/pulmonary specialist, and use CPAP and alerting therapy as may be indicated according to medical recommendations.
- Question 4. If further clarification is needed regarding this individual's treatment, clinical status and R/Ls please contact Dr. Najjar.
- Response 4. I placed a call to Dr. Najjar's office at 11 AM April 27, 2016. His receptionist Stephanie took my phone number and stated she would have him return the call. I received no callback by afternoon, and so called again and spoke with Stephanie; she stated she would have him return my call. If/when I receive a callback, I will prepare an addendum to this report.
- Question 5. Do the medical records reasonably support that the insured has impairments attributable to his COPD, sleep apnea and hypersomnia that would preclude him from carrying out his usual life activities including work related activities?
- Response 5. The records do not support impairment from carrying out her usual life activities including work-related activities, within the specifications noted in Response Three.
- Question 6. Please define the restrictions and limitations that are reasonably supported and their timeframe.
- Response 6. See Response Three; these restrictions and limitations are indefinite in duration.

**Analysis**: Hypersomnia refractory to effective therapy for sleep apnea may be related to sedating medications, insufficient sleep syndrome, inadequate sleep hygiene, idiopathic

hypersomnolence, or narcolepsy. Narcolepsy versus idiopathic hypersomnolence are determined using multiple sleep latency testing, which is normally performed off all stimulant drugs and agents, and after sleep apnea has been effectively controlled with positive airway therapy (e.g., CPAP, BiPAP, ASV, etc.). The claimant is supported to have idiopathic hypersomnia (IHS).[i] It is important to rule-out by history, sleep diary or actigraphy, depression and other affective disorders, insufficient sleep, and disturbance of circadian rhythms (e.g., advanced sleep phase syndrome and delayed sleep phase syndrome). Hypothyroidism and iron deficiency with or without anemia can also cause excessive sleep and daytime sleepiness and should be assessed for and corrected as appropriate.[ii] A night-time sleep test (polysomnogram) is performed followed by multiple sleep latency testing (MSLT) the day after during which the patient is given an opportunity to fall asleep on 4 or 5 occasions at 2-hour intervals after waking up. This testing performed at a sleep laboratory rules out other causes of sleepiness such as obstructive sleep apnea, and the MSLT in individuals with IHS usually demonstrates an average latency to sleep of < 8 minutes, and the intrusion of dream sleep into 1 or fewer daytime naps. Study observations suggest a common cause and a single entity which in the proposed revisions to the most commonly used diagnostic manual will be termed major hypersomnolence disorder.[iii]

**Review of Records**: Pre X period is December 2, 2014 through March 1, 2015.

Claims listing for pharmacy claims reviewed with dates July 8, 2015 through March 18, 2016. These include modafinil (7/8/2015), fenofibrate, methylphenidate, Symbicort, pro-air. Additional claims listing for pharmacy claims reviewed with dates April 13, 2015 through March 14, 2016. Additional claims listing for pharmacy claims reported March 25, 2016 list pharmacy orders dated October 13, 2015 through March 18, 2016.

There is a form signed March 28, 2016 by Dr. Sharma of Family Health Center stating that claimant has been under his care from December 2015 to present.

Clinic note August 10, 2015 from Dr. Sharma states that claimant "is here to get reestablished with me. He was seen here in July of 2011 last time. He was diagnosed with high triglycerides and was prescribed trilipix.… Today for few months and then discontinued difficulty losses medical insurance and he never followed up after that. He works in Ohio and he comes here every 2 to 4 weeks of his family still here.… Lots lab orders to have his cholesterol recheck. He has been trying to stay compliant with low-fat diet. He stays active. He also has problems with direction and in the past aching silence helped him as needed and he was a prescription for that. He is in the side effects from Cialis. He has no other issues today." Occasional headaches. Examination essentially normal. Plan was follow-up for laboratories in two weeks. October 5, 2015 clinic visit with Dr. Sharma showed room air oxygen saturation 97% room air, blood pressure 109/70, height 5 foot 4.5 inches, body mass index 27, pulse 89, temperature 97. Laboratories from December 2015 discussed. Claimant "states that he drinks so there is an sweet tea all day long because you need caffeine to stay awake because of his sleep apnea." Counseled to stop drinking sodas and sweet tea. March 14, 2016 clinic visit with Dr. Sharma reviewed. High triglycerides, compliant with fenofibrate. Other medications

include Cialis, methylphenidate 10 mg, methylphenidate 5 mg, methylphenidate ER 20 mg extended release, modafinil 200 mg, pro-air HSA inhaler, Symbicort 160 MCG/4.5 MCG. Clinic visit July 1, 2016 reviewed. Clinic visit March 14, 2016 vital signs contains problems of mixed hyperlipidemia, evidence, headache, impaired fasting glycemia. Patient refused colonoscopy in August 2015. Medications filled in January and February 2016 reviewed.

Laboratory work December 30, 2015 reviewed with CBC and chemistries unremarkable except for glucose 104. September 2015 bloodwork with cholesterol elevated at 215, triglycerides elevated at 253, LDL elevated at 140.

Disability claim form completed by Dr. Najjar April 14, 2016 states that prognosis is "good" for "central idiopathic hypersomnia, severe COPD" with first visit April 13, 2015, last visit March 14, 2016, date of first treatment July 2, 2015, date firsts symptoms appeared April 13, 2015, dates claimant advised to cease work January 4, 2016. Class 5 physical impairment ("incapable of minimum activity"), classified mental/nervous impairment.

Liberty Mutual restrictions form dated March 14, 2016 by Dr. Najjar state sedentary work capacity (lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time and standing/walking occasionally). "With central idiopathic hypersomnia, he needs frequent naps and a stimulating medicine. Severe COPD, needs frequent rest and use of bronchodilators in addition to restrictions as above." "Can't foresee return time" to work.

Clinic note Dr. Najjar pulmonary and sleep medicine dated April 13, 2015 states problems up "hypersomnia, nonorganic sleep apnea." Blood pressure 110/72, pulse 65 and regular, body mass index 25, oxygen saturation room air 94%. Physical examination normal. Plan was to perform polysomnography with CPAP retitration. April 30, 2015 clinic note for hypersomnolence notes the claimant is not using CPAP nor supplemental oxygen. Plan was to continue with CPAP therapy five CWP, with "good CPAP use in response (two) therapy", and to perform multiple sleep latency testing and annual echocardiography. The note is signed by Sofia Barnes, CRNP. July 20, 2015 clinic note with multiple sleep latency testing demonstrating borderline hypersomnia with subjective hypersomnia "affecting work, falls asleep" on Provigil. October 28, 2015 clinic note states that CPAP wakes claimantup. December 7, 2015 clinic visit start methylphenidate 50 mg TID with 20 mg extended release each morning. 1/25/2016 clinic note reviewed. SpO2 97%.

4/18/2015 sleep study reviewed: lights out 933p, lights on 410a, total recording time 397 m, total sleep time 387 m, sleep latency within normal limits at 10.5 minutes, 1% Stage 1, 71% Stage 2, 0% stage 3, 24% Stage R. conclusion was "mild OSA ; CPAP study and therapy" indicated. Multiple sleep latency testing (MSLT) October 5, 2015 with five naps, sleep latency 14.9, 3.8, and 2.8 minutes (mean not provided but calculated at 7.2 minutes) in the first three naps, no sleep fourth nap, no sleep onset REM periods. There is no routine urine drug screen provided with MSLT. “Significant hypersomnia” and Provigil 200 mg daily started.

Carotid ultrasound April 29, 2015 normal. Pulmonary function studies January 4, 2016 with FVC 1.26 L (29% predicted), FEV1 0.74 L (22% predicted), 53% improvement in FEV1 following bronchodilators (to 2.13 L, 50% predicted), with FEV1/FVC ratio 58% and changing to 53% with bronchodilators. 6 min. walk test January 25, 2016 with peak heart rate 87, BORG score for, no chest pain. Echocardiogram with EF 64%, mild mitral regurgitation, trace tricuspid regurgitation, pulmonary systolic pressure estimate 20 mm HG, normal chambers and valves.

Letter to whom it may concern dated November 17, 2015 from Dr. Najjar states that claimant "is currently being treated for obstructive sleep apnea and hypersomnia. It is vitally important that he received time to have these conditions evaluated and treated. Without proper medical management (e.g. testing, office assesses, evaluation) seeking damages helping reduce productivity. With proper medical management is possible for him to function at work at this time." Letter to whom it may concern dated January 4, 2016 states that "I had diagnosed (claimant) with both sleep apnea and central idiopathic hypersomnia, both impacting daytime functionality and concentration. In addition, he has a severe obstructive lung disease diagnosis."

I reviewed the records of this claimant that have been provided to me. If any other records are made available, my opinions are subject to change. I have reached my conclusions within a reasonable degree of medical certainty.
This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.

(electronically signed)

A. Gray Bullard, MD, FACP, FCCP, D-ABSM

Board Certified in Pulmonary Medicine, American Board of Internal Medicine

Board Certified in Sleep Medicine, American Board of Sleep Medicine

---

[i] American Academy of Sleep Medicine. *The international classification of sleep disorders: diagnostic - coding manual*. 2nd ed. Westchester, IL: American Academy of Sleep Medicine; 2005.
[ii] http://sleep.emory.edu/sleep_disorders/idiopathic_hypersomnia/diagnosis.html. Accessed 6/30/2014.
[iii] Diagnostic and Statistical Manual of Mental Disorders, 5th Edition (DSM-V).

April 8, 2016

**LIBERTY MUTUAL DISABLITY**
100 Liberty Way
Dover, NH 3820

Requestor: **LISA GRAY**
Claim Number: **5690365**

# MOHAMMED AL-SHAREIH

| | |
|---|---|
| Date of Loss: | **JANUARY 23, 2016** |
| Received: | **MARCH 31, 2016** |
| Analysts: | **DANA BROUSSARAD AND SASHA FREDERICK** |
| HUB Case: | **1604000086** |
| HUB Contact: | **HEATHER ROSS** |

**NATURE OF ASSIGNMENT:**

**Liberty Mutual Disability** requested HUB Enterprises, Inc. to conduct a pharmacy check on the claimant, Mohammed Al-Shareih.

Dear Ms. Gray:

We acknowledge and thank you for your assignment. This will serve as our initial full captioned report regarding the above-captioned claim referred to this office for investigation on March 31, 2016.

**<u>RESEARCH SUMMARY</u>**:

On Friday, April 08, 2016, we conducted a pharmacy check of area facilities near Huntsville, AL for records related to the claimant, Mohammed Al-Shareih. There were no facilities with records pertaining to the claimant.

According to research, names associated with the claimant were listed as Mohammed A Alshareih, Mohammed Alshareih , R Mohammed Al-Shareih , R Mohammed A Al , Mohammed A Alsharieh , Mohammed Abd Alshareih, Mohammed A Al-Shareih , Mohammed A A Al-Shareih, Mohammed A Al Shareih, Mohammed Al Shareih, Shareih Mohamm Al, Shareih A Al, Mohammad A Alshareth, Mohammed Al,M Al shareih, , M AL , Shareih Mohammad Al , Mohammad Alshareih, R Mohammad Al Shareih , Mohammed Shareih , Mohammad Shre , Mohammad Sher , Mohammed Alshareith , Shareih Al , Mohammad A Alshareih , Mohammad Shareih , Mohammed Alhareih , Mohammed A Shareih, Shareih M Al , Mohammond Al-Shareih , Alshareih Mohammed , Mohammed A Shareh and Mohammed Abd Allati Al Shareih. Research was conducted utilizing Mohammed Al-Shareih and all alias names, the provided date of birth, and the provided social security number.

According to research, the claimant is associated with addresses located in Huntsville, AL; Troy, OH; Madison, AL;; Sugar Hill, GA; Duluth, GA; Suwanee; GA; Nashville, TN and Buford, GA.

See complete report below.



PO Box 3162 Lafayette, LA 70502 337-837-2608 800-873-0933 fax 337-837-2293
Fax 800-436-4399 hub@hubenterprises.com www.hubenterprises.com
Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

## PHARMACY SEARCH

| DATE | ANALYSTS | CLAIM # |
|---|---|---|
| 4-8-2016 | DANA BROUSSARD AND SASHA FREDERICK | 5690365 |

We have made every attempt to ensure accuracy on this report. However, we must depend on the facility personnel for our information. This report is confidential, is not in violation of any known FCRA laws and is meant only for you and your attorneys.

| Facility | Contact | Treatment Dates and Type |
|---|---|---|
| Rite Aid Pharmacy<br><br>444 Wynn Drive Northwest<br>Huntsville, AL 35816<br><br>2568376240 | Alex<br><br>Pharmacist | No records |
| Target Pharmacy<br><br>6275 University Drive<br>Huntsville, AL 35806<br><br>(256) 971-0913 | Antoinette<br><br>Pharmacy | No records |
| Walgreens<br><br>3997 University Dr Nw<br>Huntsville, AL 35816<br><br>(256) 534-2785 | Marla<br><br>Pharmacy Technician | A profile has been located; however, no prescriptions were filled. |
| Wal-Mart Pharmacy<br><br>6140 University Dr Nw<br>Huntsville, AL 35806<br><br>(256) 837-1656 | Jessie<br><br>Pharmacy Technician | No records |
| Medicine Shoppe<br><br>2701 E Patton Road<br>Huntsville, AL 35805<br><br>(256) 536-1910 | Annie<br><br>Pharmacy Technician | No records |
| Kroger Pharmacy<br><br>2110 Oakwood Avenue<br>Huntsville, AL 35810<br><br>(256) 539-5136 | Terry<br><br>Pharmacy Technician | No records |
| Healthmart Pharmacy<br><br>2599 Sparkman Dr Nw Ste B | No Name Provided<br><br>Pharmacist | No records |



PO Box 3162 Lafayette, LA 70502 337-837-2608 800-873-0933 fax 337-837-2293
Fax 800-436-4399 hub@hubenterprises.com www.hubenterprises.com
Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

| | | |
|---|---|---|
| Huntsville, AL 35810<br><br>(256) 715-7475 | | |
| Publix<br><br>4851 Whitesburg Dr Se Ste B<br>Huntsville, AL 35802<br><br>(256) 650-2396 | Karen<br><br>Pharmacy Technician | No records |
| Star Discount Pharmacy<br><br>704 Pratt Avenue<br>Huntsville, AL 35801<br><br>(256) 534-1118 | Stephanie<br><br>Pharmacy Technician | No records |
| Propst Discount Drugs<br><br>717 Pratt Ave Ne<br>Huntsville, AL 35801<br><br>(256) 539-7443 | Jessica<br><br>Pharmacy Technician | No records |
| Walgreens. Com<br><br>P.O. Box 4039 MS 735<br>Danville, IL 61834<br><br>(877) 250-5823 | Mellissa<br><br>Customer Service Representative | No records |
| Express Scripts<br><br>STLT5E 8931 Springdale Ave.<br>St. Louis, MO 63134<br><br>(800) 282-2881 | Charlie<br><br>Patient Care Advocate | No records |

**HUB Enterprises is not responsible for the processing of Medical Release Forms.**



PO Box 3162 Lafayette, LA 70502 337-837-2608 800-873-0933 fax 337-837-2293
Fax 800-436-4399 hub@hubenterprises.com www.hubenterprises.com
Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

# PROVIDED TREATING FACILITY SEARCH

| DATE | ANALYSTS | CLAIM # |
|---|---|---|
| 4-8-2016 | DANA BROUSSARD AND SASHA FREDERICK | 5690365 |

We have made every attempt to ensure accuracy on this report. However, we must depend on the facility personnel for our information. This report is confidential, is not in violation of any known FCRA laws and is meant only for you and your attorneys.

| Facility | Contact | Treatment Dates and Type |
|---|---|---|
| Sam's Club Pharmacy<br><br>5651 Holmes Avenue Nw<br>Huntsville, AL 35816<br><br>2568377212 | Anna<br><br>Pharmacy Technician | Has Records<br><br>03/14/2016 (last dos)<br><br>To obtain medical records, a request and singed release must be faxed to (479) 204-9655. We were provided with the telephone number of (479) 204-6788to follow-up with the request.<br><br>The turnaround time is approximately 30 business days from the day the request is received. |
| Sam's Club Pharmacy<br><br>6955 Miller Rd<br>Dayton, OH 45414<br><br>(937) 415-0198 | Crystal<br><br>Pharmacy Technician | Has Records<br><br>03/18/2016 (last dos)<br><br>Prescribing Physician:<br>Dr. Mamoun Najjar<br>1222 Somerville Rd SE,<br>Decatur, AL 35601<br>(256) 341-0152<br><br>To obtain medical records, a request and singed release must be faxed to (479) 204-9655. We were provided with the telephone number of (479) 204-6788to follow-up with the request.<br><br>The turnaround time is approximately 30 business days from the day the request is received. |

**HUB Enterprises is not responsible for the processing of Medical Release Forms.**



PO Box 3162 Lafayette, LA 70502 337-837-2608 800-873-0933 fax 337-837-2293
Fax 800-436-4399 hub@hubenterprises.com www.hubenterprises.com
Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

**CONCLUSION:**

All research activity on this file has been terminated pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to call me. We appreciate this opportunity to be of service to you.

Heather Ross

Client Relations

HR/db,sf



PO Box 3162 Lafayette, LA 70502 337-837-2608 800-873-0933 fax 337-837-2293
Fax 800-436-4399 hub@hubenterprises.com www.hubenterprises.com

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 182968 |
| **DATE** | 04/11/16 |

**CUSTOMER**

Lisa Gray
Liberty Mutual Disability
100 Liberty Way
Dover, NH 03820

Re: Mohammed Al-Shareih

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | LIB0393 | 208025 | 5690365 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| HC# 1604000086<br>Pharmacy Check | 1.00 | | | 125.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| **Sub-Total** | 125.00 |
| **Sales Tax** | |
| **TOTAL** | $125.00 |

# Liberty Mutual Consulting Physician Referral

## File Review - Standard

**Physician Specialty: Internal Medicine/Family Practice**

Office: 0096

Claim #: 5690365

Claimant Name: MOHAMMED AL-SHAREIH

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Date of Birth:

Claim Status: PE

Date of Disability: 1/23/2016

Date Sent: 4/6/2016

Claimant SSN:

Date Benefits Began: 4/22/2016

Product Type: LTD

Paid Through: 4/22/2019

Disability Level: Own Occupation

Policyholder/Self-Insured Plan Holder: CROWN EQUIPMENT CORPORATION

Referred By: GRAY, LISA 096 8*731-6396

Assigned Nurse Case Manager:

Diagnosis: G47.1 Hypersomnia, J44.9 Chronic obstructive pulmonary disease, unspecified

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Diagnoses: Chronic idiopathic hypersomnia, COPD, nonorganic sleep apnea on cpap, valvular heart disease

Co-Morbids: Hyperlipidemia and headaches

Provider: Dr. Najjar, Sleep/Pulmonary

Symptoms: Fatigue and shortness of breath

Need further assessment/clarification to determine if this individual received treatment for COPD, sleep apnea and Chronic Idopathic hypersomnia during the pre x period.

Pre X period is December 2, 2014 through March 1, 2015.

The Policy states:

Pre-Existing Condition Exclusion

This policy will not cover any Disability or Partial Disability:

1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and
2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.

"Pre-Existing Condition" means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

Based on your review of the medical evidence, including pharmacy records, did this individual receive treatment for the COPD, sleep apnea and chronic idiopathic hypersomnia between December 3, 2014 through March 1, 2015? Please explain.

If the individual did not receive treatment during the pre x period please address the following questions:

Are the above diagnoses supported by the medical and diagnostic evidence on file?

Are the individual's self reports of fatigue, drowsiness and shortness of breath supported by the medical evidence on file?

# Liberty Mutual Consulting Physician Referral

## File Review - Standard

Please provide restrictions and liimtations consistent with the medical evidence on file.

If further clarification is needed regarding this individual's treatment, clinical status and R/L's please contact Dr. Najjar.

Do the medical records reasonably support that the insured has impairments attributable to his COPD, sleep apnea and hypersomnia that would preclude him from carrying out his usual life activities including work related activities.

Please define the restrictions and limitations that are reasonably supported and their timeframe.

Thank you

You are logged in as MOHAMMED A AL-SHAREIH

Home \ Claims \ **Claims Listing**

# Claims Listing: Medical Claims

Learn More About Your Claim Listing and Paying Claims Online

To view other claims, change the selections below and click "Update".

| MEMBER | CLAIM TYPE | DATES | |
|---|---|---|---|
| MOHAMMED (You) | Medical | All Available | Update |

Download claims Need Help?

| Date of Service | Member | Provider/Facility | Status | Claim Amount | Paid by Plan | You May Pay |
|---|---|---|---|---|---|---|
| **03/14/16** | MOHAMMED (You) | SLEEP & PULMONARY CARE CENTER, P.C. | Not Approved | $110.00 | $ 0.00 | $ 0.00 Details |
| **03/14/16** | MOHAMMED (You) | BHAVNA SHARMA | Completed | $179.00 | $ 50.40 | $ 12.60 Details |
| **01/30/16** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $182.50 | $ 0.00 | $ 117.56 Details |
| **01/25/16** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $335.00 | $ 0.00 | $ 230.00 Details |
| **01/25/16** | MOHAMMED (You) | MAMOUN NAJJAR | Not Approved | $335.00 | $ 0.00 | $ 0.00 Details |
| **01/04/16** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $603.00 | $ 0.00 | $ 408.00 Details |
| **12/30/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $182.50 | $ 94.05 | $ 23.51 Details |
| **12/19/15** | MOHAMMED (You) | COMPUNET CLINICAL LABORATORY | Completed | $404.19 | $ 20.69 | $ 5.17 Details |
| **12/07/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $160.00 | $ 76.00 | $ 19.00 Details |
| **11/30/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $182.50 | $ 94.05 | $ 23.51 Details |
| **11/09/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $605.00 | $ 356.80 | $ 89.20 Details |
| **10/30/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $182.50 | $ 94.05 | $ 23.51 Details |
| **10/19/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $160.00 | $ 76.00 | $ 19.00 Details |
| **10/05/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $605.00 | $ 356.80 | $ 89.20 Details |
| **10/05/15** | MOHAMMED (You) | BHAVNA SHARMA | Completed | $179.00 | $ 50.40 | $ 12.60 Details |
| **10/01/15** | MOHAMMED (You) | JEFFREY AHRNS | Completed | $319.00 | $ 30.12 | $ 286.53 Details |
| **10/01/15** | MOHAMMED (You) | JEFFREY AHRNS | Not Approved | $310.00 | $ 0.00 | $ 310.00 Details |

| Date of Service | Member | Provider/Facility | Status | Claim Amount | Paid by Plan | You May Pay |
|---|---|---|---|---|---|---|
| **09/08/15** | MOHAMMED (You) | COMPUNET CLINICAL LABORATORY | Completed | $460.02 | $ 36.91 | $ 3.03 Details |
| **08/10/15** | MOHAMMED (You) | BHAVNA SHARMA | Completed | $265.00 | $ 60.00 | $ 15.00 Details |
| **07/02/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $160.00 | $ 76.00 | $ 19.00 Details |
| **05/18/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $605.00 | $ 0.00 | $ 460.00 Details |
| **04/30/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $1,486.00 | $ 371.75 | $ 92.93 Details |
| **04/30/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $2,685.00 | $ 0.00 | $ 247.00 Details |
| **04/29/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $742.00 | $ 0.00 | $ 553.00 Details |
| **04/25/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $990.00 | $ 0.00 | $ 712.00 Details |
| **04/18/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $900.00 | $ 0.00 | $ 682.00 Details |
| **04/13/15** | MOHAMMED (You) | MAMOUN NAJJAR | Completed | $230.00 | $ 0.00 | $ 181.00 Details |

You are logged in as MOHAMMED A AL-SHAREIH



# Claims Listing: Pharmacy Claims

Learn More About Your Claim Listing and Paying Claims Online

To view other claims, change the selections below and click "Update".

| MEMBER | CLAIM TYPE | DATES | |
|---|---|---|---|
| MOHAMMED (You) | Pharmacy | All Available | Update |

Download claims

| Date of Service | Member | Serviced By/ Prescription Number | Status | Drug Name | Prescription Cost | Paid by Plan | You Paid |
|---|---|---|---|---|---|---|---|
| **03/18/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-6380 RX2213683 | Completed | METHYLPHENID TAB 5MG | $ 18.47 | $ 14.78 | $ 3.69 Details |
| **03/18/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-6380 RX2213682 | Completed | METHYLPHENID TAB 10MG | $ 56.14 | $ 44.91 | $ 11.23 Details |
| **03/14/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX6763133 | Completed | FENOFIBRATE TAB 160MG | $ 44.40 | $ 35.52 | $ 8.88 Details |
| **02/22/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX6760349 | Completed | PROAIR HFA AER | $ 52.98 | $ 0.00 | $ 52.98 Details |
| **02/22/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX6760348 | Completed | SYMBICORT AER 160-4.5 | $ 287.64 | $ 0.00 | $ 287.64 Details |
| **02/12/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX6760348 | Reversed | SYMBICORT AER 160-4.5 | $ -287.64 | $ 0.00 | $ -287.64 Details |
| **02/10/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX6760349 | Reversed | PROAIR HFA AER | $ -52.98 | $ 0.00 | $ -52.98 Details |
| **01/07/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-6380 RX2213221 | Completed | METHYLPHENID TAB 20MG ER | $ 147.60 | $ 0.00 | $ 147.60 Details |
| **01/07/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-6380 RX2213222 | Completed | METHYLPHENID TAB 5MG | $ 18.47 | $ 0.00 | $ 18.47 Details |
| **01/07/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-6380 RX2213223 | Completed | METHYLPHENID TAB 10MG | $ 56.14 | $ 0.00 | $ 56.14 Details |
| **01/04/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX6760349 | Reversed | PROAIR HFA AER | $ -52.98 | $ 0.00 | $ -52.98 Details |
| **01/04/2016** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX6760348 | Reversed | SYMBICORT AER 160-4.5 | $ -287.64 | $ 0.00 | $ -287.64 Details |
| **12/08/2015** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-6380 RX2213008 | Completed | METHYLPHENID TAB 20MG ER | $ 147.60 | $ 118.08 | $ 29.52 Details |
| **10/19/2015** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX2208153 | Completed | METHYLPHENID TAB 10MG | $ 49.13 | $ 39.30 | $ 9.83 Details |
| **10/13/2015** | | | Completed | | $ 26.19 | $ 20.95 | |

| Date of Service | Member | Serviced By/ Prescription Number | Status | Drug Name | Prescription Cost | Paid by Plan | You Paid |
|---|---|---|---|---|---|---|---|
| | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX6756551 | | FENOFIBRATE TAB 54MG | | | $ 5.24 Details |
| **10/05/2015** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-4776 RX6756551 | Reversed | FENOFIBRATE TAB 54MG | $ -26.19 | $ 0.00 | $ -5.24 Details |
| **07/08/2015** | MOHAMMED (You) | SAM'S CLUB PHARMA 10-6380 RX4429213 | Completed | MODAFINIL TAB 200MG | $ 34.32 | $ 27.46 | $ 6.86 Details |

All portions of this form must be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

MOHAMMED AL-SHAREIH — Patients Name

Date of Birth

26476 — Medical Record Number

Address

E, AL 35814 — City, State, Zip

Telephone Number

I authorize the use and disclosure of health information about me as described below:

Dr. Bhavna Sharma, Madison Family Health Ctr

Facility Authorized to Release my Health Information

* Lisa Gray, insurance — fax 603.334.5715

* Agency or Individual(s) Authorized to Receive my Health Information

Address — City, State, Zip — Telephone Number

Health information that may be used / disclosed is limited to the following: ☐Progress Notes ☐Emergency Room Record ☐Discharge Summary ☐History & Physical ☐Consultation(s) ☐Lab ☐Pathology Report ☐Operative Note(s) ☐Imaging/X-ray ☐X-ray Reports ☐Entire Record ☐Other (specify)

Health information that may be used / disclosed is limited to the following periods of healthcare:

* From (date): 12/2015 To (date): Present Account Number:

From (date): To (date): Account Number:

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s): ☐Treatment/Consultation ☐At Request of Patient ☐Research ☐Marketing ☐Billing or Claims Payment ☐At Request of Employer ☐Other

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to; medical records, x-ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, **to include alcohol, drug abuse, communicable disease including HIV status, and/or psychiatric diagnoses** compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

If applicable, I agree to the release of my medical or billing records containing the **sensitive information** listed above. ☑Yes ☐No

Protected Health information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health information is used or disclosed for continued research purposes, an expiration date or event does not apply.

This authorization will automatically expire ~~90~~ 365 days after the date of signature below (except as indicated above), unless an earlier date is specified, or at the conclusion of a specified event. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the Health Insurance Portability Accountability Act prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with Health Insurance Portability and Accountability Act (HIPAA) privacy regulations.

* Al-Shareh [signature] — 3/28/2016

Patient's or Authorized Personal Representatives Signature* — Date — Time

Relationship to Patient / Authority to Act on Patient's Behalf — Interpreter, If Utilized

[signature]

Witness's Signature — Expiration Date or Event

☐ * Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.

# 87316396

## AL-SHAREIH, MOHAMMED (id #26476, dob: )
Encounter Summary

### Patient

| | | | |
|---|---|---|---|
| Name | AL-SHAREIH, MOHAMMED (52, M) ID# 26476 | Appt. Date/Time | 08/10/2015 01:00PM |
| DOB | | Service Dept. | MFHC_MADISON FAMILY HEALTH CENTER |
| Provider | BHAVNA SHARMA, MD | | |
| Insurance | Med Primary: AETNA<br>Insurance # : W218475409<br>Policy/Group # : 086820301400008<br>PCP : SHARMA, BHAVNA<br>Referring Provider Name : SHARMA, BHAVNA<br>Prescription: CMX - Member is eligible. | | |

### Chief Complaint
check up, New patient establishment

### Patient's Care Team
**Primary Care Provider (Primary Insurance):** SHARMA, BHAVNA: 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, Ph 256-325-8457, Fax 256-325-8454
**Referring Provider (Primary Insurance):** SHARMA, BHAVNA: 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, Ph 256-325-8457, Fax 256-325-8454
**Other:** MAMOUN NAJJAR: 1222 SOMERVILLE SE RD, DECATUR, AL 35601, Ph (256) 341-0152, Fax (256) 341-0587 NPI: 1043269061

### Patient's Pharmacies
**SAM'S CLUB PHARMACY 4776 (ERX): 5651 HOLMES AVENUE N.W., HUNTSVILLE AL 35816, Ph (256) 837-7212, Fax (256) 837-7210**

### Problems
- Hyperlipidemia
- Impotence

### Allergies
Reviewed Allergies
NKDA

### Medications
Reviewed Medications

| Name | Date | |
|---|---|---|
| **Cialis 10 mg tablet**<br>Take 1 tablet(s) every day by oral route for 15 days. | 08/10/15 | prescribed |
| **modafinil 200 mg tablet** | 07/08/15 | filled |

### Past Medical History
Discussed Past Medical History
HIGH CHOLESTEROL: Y
SLEEP DISORDER: Y - **OSA- on cpap**
Notes: ED

**AL-SHAREIH, MOHAMMED (id #26476, dob:**

### Family History

Discussed Family History
Non-contributory.

### Social History

Discussed Social History
**General Social Hx**
Smoking Status: Never smoker.
Exercise level: Occasional.
Alcohol intake: Occasional.

### Surgical History

Reviewed Surgical History
Colonoscopy - patient refuses- discussed on August 10, 2015

none

### Vitals

08/10/2015 02:33 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 4.5 in (163.83 cm) | **Wt:** 157 lbs 6 oz (71.38 kg) | **BMI:** 26.6 |
| **BP:** 116/68 sitting L arm | **T:** 96.8 F° temporal artery (36 C) | **Pulse:** 87 bpm |
| **O2Sat:** 98% Room Air at Rest | | |

### HPI

patient is here to get reestablished with me. He was seen here in July of 2011 last time. he was diagnosed with high triglycerides and was prescribed trilipix. Patient took it for about a few months and then discontinued it because he lost his medical insurance and he never followed up after that. He works in Ohio and he comes here every 2-4 weeks his family is still here. Patient wants lab orders to have his cholesterol rechecked. He has been trying to stay compliant with low fat diet. He stays active. He also has problems with erection and in the past taking Cialis helped him as needed and he wants a prescription for that. He had no side effects from Cialis. he has no other issues today.

### ROS

Patient reports no fever, no chills, and normal appetite; **no significant weight changes.** He reports no weakness and no dizziness; **patient sometimes gets headache and his back of his head and taking Tylenol helps.** He reports no visual changes. He reports no ear pain and no vertigo. He reports no nose/sinus problems. He reports no sore throat and no difficulty swallowing (dysphagia). He reports no chest pain, no palpitations, no lightheadedness, no calf or jaw pain, and no ankle edema. He reports no cough, no wheezing, and no shortness of breath. He reports no nausea, no vomiting, no abdominal pain, no diarrhea, no constipation, and no heartburn. He reports no difficulty urinating. He reports no swelling in the extremities and no difficulty walking. He reports no swollen glands. He reports no nasal congestion.

### Document Review

**Discussed the following orders:**

- Cialis 10 mg tablet - 08/10/15
- LIPID PANEL, SERUM - 08/10/15
- CMP, SERUM OR PLASMA - 08/10/15

### Physical Exam

Patient is a 52-year-old male.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

AL-SHAREIH, MOHAMMED (id #26476, dob: )

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear, EACs clear, and TMs clear. Nose: nares patent, nasal passages clear, and no sinus tenderness. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: normal S1 and S2 and RRR and no murmurs. Pulses including femoral / pedal: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, or rebound tenderness and soft and non-distended.

**Musculoskeletal::** Motor Strength and Tone: normal and normal tone. Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no edema or varicosities.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact. Sensation: grossly intact. Reflexes: DTRs 2+ bilaterally throughout.

QM

Provider: bsharma2

Programs: Adult Preventive Care Guidelines, Cardiac Care Guidelines, Diabetes Guidelines, Hypertension Guidelines, MU Medicare - Year 2 - 2014 (Stage 1), MU Medicare - Year 3 - 2015 (Stage 2), Meaningful Use Medicare - Year 1 - 2013, PQRS 2013, PQRS 2014, PQRS 2015 (EHR GPRO), PQRS 2015 (EHR and Registry), Pediatric Preventive Care Guidelines, Risk Identification Guidelines, athenaBenchmark Quality Metrics

Last updated 06/07/2015

| Measure | Status |
|---|---|
| Adults' access to preventive health services | Needs Data |
| Colorectal Cancer Screening | Needs Data |
| Hep C Screening | Needs Data |
| Influenza Immunization (Aug - Mar) | Needs Data |
| Influenza immunization (Full-year) | Needs Data |
| Patients view or download their health info | Needs Data |
| Provide patient information | Needs Data |
| Secure messaging | Needs Data |
| Td/Tdap Adult Booster | Needs Data |
| BMI Screening and Follow-Up | Out of Range |
| BP Control (140/90) | Satisfied |
| Blood Pressure Screening | Satisfied |
| Hypertension screening and follow-up | Satisfied |
| Record demographics | Satisfied |
| Record electronic progress notes | Satisfied |
| Record family health history | Satisfied |
| Record smoking status | Satisfied |
| Record vital signs | Satisfied |
| Tobacco Use Inquiry | Satisfied |
| Tobacco screening and cessation intervention | Satisfied |

Assessment / Plan

**1. Hyperlipidemia**

272.4: Other and unspecified hyperlipidemia

- CMP, SERUM OR PLASMA
- LIPID PANEL, SERUM
- HIGH CHOLESTEROL: AFTER YOUR VISIT

**2. Impotence**

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

302.72: Psychosexual dysfunction with inhibited sexual excitement

- Cialis 10 mg tablet - Take 1 tablet(s) every day by oral route for 15 days. Qty: 1 bottle(s) of 3 Refills: 5 Pharmacy: SAM'S CLUB PHARMACY 4776
- PSA, SERUM OR PLASMA

## Discussion

**Discussion Notes**

check above labs and followup in 2 weeks for recheck. Patient agreed and understood

## Return to Office

- Bhavna Sharma, MD for FOLLOW UP at MFHC_MADISON FAMILY HEALTH CENTER on 08/31/2015 at 11:00 AM

## Encounter Sign-Off

Encounter signed-off by Bhavna Sharma, MD, 08/10/2015.

Encounter performed and documented by Bhavna Sharma, MD
Encounter reviewed & signed by Bhavna Sharma, MD on 08/10/2015 at 3:46pm

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Encounter Summary

## Patient

| | | | |
|---|---|---|---|
| **Name** | AL-SHAREIH, MOHAMMED (52, M) ID# 26476 | **Appt. Date/Time** | 10/05/2015 01:00PM |
| **DOB** | | **Service Dept.** | MFHC_MADISON FAMILY HEALTH CENTER |
| **Provider** | BHAVNA SHARMA, MD | | |
| **Insurance** | Med Primary: AETNA<br>Insurance # : W218475409<br>Policy/Group # : 086820301400008<br>PCP : SHARMA, BHAVNA<br>Referring Provider Name : SHARMA, BHAVNA<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

## Chief Complaint

blood work f/u, headache

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** SHARMA, BHAVNA: 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, Ph 256-325-8457, Fax 256-325-8454
**Referring Provider (Primary Insurance):** SHARMA, BHAVNA: 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, Ph 256-325-8457, Fax 256-325-8454
**Other:** MAMOUN NAJJAR: 1222 SOMERVILLE SE RD, DECATUR, AL 35601, Ph (256) 341-0152, Fax (256) 341-0587 NPI: 1043269061

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 4776 (ERX): 5651 HOLMES AVENUE N.W., HUNTSVILLE AL 35816, Ph (256) 837-7212, Fax (256) 837-7210**

## Problems

- Mixed hyperlipidemia
- Hyperlipidemia
- Impotence
- Headache

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**Cialis 10 mg tablet** 08/10/15 prescribed
Take 1 tablet(s) every day by oral route for 15 days.

**fenofibrate 54 mg tablet** 10/05/15 prescribed
Take 1 tablet(s) every day by oral route for 90 days.

**modafinil 200 mg tablet** 07/08/15 filled

## Past Medical History

AL-SHAREIH, MOHAMMED (id #26476, dob: )

Discussed Past Medical History
HIGH CHOLESTEROL: Y
SLEEP DISORDER: Y - OSA- on cpap
Notes: ED

## Family History

Reviewed Family History
Non-contributory.

## Social History

Discussed Social History
**General Social Hx**
Smoking Status: Never smoker
Exercise level: Occasional
Alcohol intake: Occasional

## Surgical History

Reviewed Surgical History
Colonoscopy - patient refuses- discussed on August 10, 2015

## Vitals

10/05/2015 01:25 pm

**Ht:** 5 ft 4.5 in (163.83 cm) **Wt:** 160 lbs (72.57 kg) **BMI:** 27

**BP:** 128/60 sitting L arm **T:** 97.2 F° temporal artery (36.22 C) **Pulse:** 70 bpm

**O2Sat:** 99% Room Air at Rest

## HPI

patient is here to discuss his labs. he has high triglycerides and he has been off of medication for it for a few years. He has been trying to stay compliant with low fat diet. He stays active. he is willing to start the prescription to lower his triglycerides again. He did not have any side effects from it in the past. He was taking Trilipix.
Patient states that he has been having headaches for almost 2 years. He gets a headache maybe once or twice a month. It usually happens when he is either stressed-out overworked or if he is not compliant with his CPAP machine at night. Any of these things trigger his headache and he describes it as a very sharp throbbing headache that comes on suddenly and he takes a Tylenol and within half an hour to 1 hr he feels better. He denies associated nausea vomiting or photophobia. He denies any weakness or paresthesias of the extremities. he denies dizziness with it. No blurred vision with headaches. he has no other issues today.

## ROS

Patient reports no fever, no chills, and normal appetite; **no significant weight changes.** He reports no visual changes. He reports no ear pain. He reports no nose/sinus problems. He reports no sore throat and no difficulty swallowing (dysphagia). He reports no chest pain, no palpitations, no lightheadedness, no calf or jaw pain, and no ankle edema. He reports no cough, no wheezing, and no shortness of breath. He reports no nausea, no vomiting, no abdominal pain, no diarrhea, no constipation, and no heartburn. He reports no difficulty urinating. He reports no swelling in the extremities and no difficulty walking. He reports no loss of consciousness, no slurred speech, no difficulty finding desired words, and no loss of balance or falls. He reports no nasal congestion.

## Document Review

**Discussed the following orders:**
- fenofibrate 54 mg tablet - 10/05/15
- CMP, SERUM OR PLASMA - 10/05/15
- LIPID PANEL, SERUM - 10/05/15

**Discussed the following results:**
- Lab Result - 09/08/15
  Notes - CompuNet Clinical Labs
- Lab Result - 09/08/15

## Physical Exam

Patient is a 52-year-old male.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear, EACs clear, and TMs clear. Nose: nares patent, nasal passages clear, and no sinus tenderness. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: normal S1 and S2 and RRR and no murmurs. Pulses including femoral / pedal: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, or rebound tenderness and soft and non-distended.

**Musculoskeletal::** Motor Strength and Tone: normal and normal tone. Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no edema.

**Neurologic:** Gait and Station: normal gait and station. Reflexes: DTRs 2+ bilaterally throughout.

## QM

Provider: bsharma2
Programs: Adult Preventive Care Guidelines, Cardiac Care Guidelines, Diabetes Guidelines, Hypertension Guidelines, MU Medicare - Year 2 - 2014 (Stage 1), MU Medicare - Year 3 - 2015 (Stage 2), Meaningful Use Medicare - Year 1 - 2013, PQRS 2013, PQRS 2014, PQRS 2015 (EHR GPRO), PQRS 2015 (EHR and Registry), Pediatric Preventive Care Guidelines, Risk Identification Guidelines, athenaBenchmark Quality Metrics
Last updated 06/07/2015

| Measure | Status |
|---|---|
| Hep C Screening | Needs Data |
| Influenza Immunization (Aug - Mar) | Needs Data |
| Influenza Immunization (Full-year) | Needs Data |
| Patients view or download their health info | Needs Data |
| Secure messaging | Needs Data |
| Td/Tdap Adult Booster | Needs Data |
| Documentation of current medications | No Episodes |
| BMI Screening and Follow-Up | Out of Range |
| Hypertension screening and follow-up | Out of Range |
| Adults' access to preventive health services | Satisfied |
| BP Control (140/90) | Satisfied |
| Blood Pressure Screening | Satisfied |
| Colorectal Cancer Screening | Satisfied |
| Medication reconciliation | Satisfied |
| Provide patient information | Satisfied |
| Record demographics | Satisfied |
| Record electronic progress notes | Satisfied |
| Record family health history | Satisfied |
| Record smoking status | Satisfied |
| Record vital signs | Satisfied |
| Tobacco Use Inquiry | Satisfied |

**AL-SHAREIH, MOHAMMED (id #26476, dob:**

Tobacco screening and cessation intervention Satisfied

## Assessment / Plan

**1. Mixed hyperlipidemia**

E78.2: Mixed hyperlipidemia

- LIPID PANEL
- COMP METAB PANEL
- fenofibrate 54 mg tablet - Take 1 tablet(s) every day by oral route for 90 days. Qty: 90 tablet(s) Refills: 1 Pharmacy: SAM'S CLUB PHARMACY 4776
- HIGH CHOLESTEROL: CARE INSTRUCTIONS

**2. Headache**

R51: Headache

## Discussion

**Discussion Notes**

labs discussed with the patient. Triglycerides 250 LDL 130. Start fenofibrates. Recheck labs in 3 months. Continue low-fat diet and regular exercise. Patient wants to monitor for headaches for now and take Tylenol as needed he will followup if his symptoms worsen. He will try to be compliant with CPAP machine q.h.s.. I will see him back in 3 months

## Return to Office

- Bhavna Sharma, MD for FOLLOW UP at MFHC_MADISON FAMILY HEALTH CENTER on 12/28/2015 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Bhavna Sharma, MD, 10/05/2015.

Encounter performed and documented by Bhavna Sharma, MD
Encounter reviewed & signed by Bhavna Sharma, MD on 10/05/2015 at 5:02pm

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Encounter Summary

### Patient

| | | | |
|---|---|---|---|
| **Name** | AL-SHAREIH, MOHAMMED (52yo, M) ID# 26476 | **Appt. Date/Time** | 03/14/2016 02:30PM |
| **DOB** | | **Service Dept.** | MFHC_MADISON FAMILY HEALTH CENTER |
| **Provider** | BHAVNA SHARMA, MD | | |
| **Insurance** | Med Primary: AETNA<br>Insurance # : W218475409<br>Policy/Group # : 086820301400008<br>PCP : SHARMA, BHAVNA<br>Referring Provider Name : SHARMA, BHAVNA<br>Prescription: CMX - Member is eligible. | | |

### Chief Complaint

rx refills, blood work f/u

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** SHARMA, BHAVNA: 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, Ph 256-325-8457, Fax 256-325-8454
**Referring Provider (Primary Insurance):** SHARMA, BHAVNA: 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, Ph 256-325-8457, Fax 256-325-8454
**Other:** MAMOUN NAJJAR: 1222 SOMERVILLE SE RD, DECATUR, AL 35601, Ph (256) 341-0152, Fax (256) 341-0587 NPI: 1043269061

### Patient's Pharmacies

**SAM'S CLUB PHARMACY 4776 (ERX): 5651 HOLMES AVENUE N.W., HUNTSVILLE AL 35816, Ph (256) 837-7212, Fax (256) 837-7212**

### Problems

- Mixed hyperlipidemia
- Hyperlipidemia
- Impotence
- Headache
- Impaired fasting glycaemia

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

**Cialis 10 mg tablet** 08/10/15 prescribed
Take 1 tablet(s) every day by oral route for 15 days.

**fenofibrate 160 mg tablet** 03/14/16 prescribed
Take 1 tablet(s) every day by oral route for 90 days.

**methylphenidate 10 mg tablet** 01/07/16 filled

**methylphenidate 5 mg tablet** 01/07/16 filled

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

| | | |
|---|---|---|
| **methylphenidate ER 20 mg tablet,extended release** | 01/07/16 | filled |
| **modafinil 200 mg tablet** | 07/08/15 | filled |
| **ProAir HFA 90 mcg/actuation aerosol inhaler** | 02/22/16 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 02/22/16 | filled |

## Past Medical History

Discussed Past Medical History
ASTHMA: Y
HIGH CHOLESTEROL: Y
SLEEP DISORDER: Y - **OSA- on cpap**
Notes: ED and impaired fbs hba1c 6.4%- 12/15

## Family History

Reviewed Family History
Non-contributory.

## Social History

Discussed Social History
**General Social Hx**
Smoking Status: Never smoker
Exercise level: Occasional
Alcohol intake: Occasional

## Surgical History

Reviewed Surgical History
Colonoscopy - patient refuses- discussed on August 10, 2015

## Vitals

03/14/2016 03:08 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 4.5 in (163.83 cm) | **Wt:** 160 lbs 6 oz (72.74 kg) | **BMI:** 27.1 |
| **BP:** 109/70 sitting R arm | **T:** 97 F° temporal artery (36.11 C) | **Pulse:** 89 bpm |
| **O2Sat:** 97% Room Air at Rest | | |

## HPI

patient is here to discuss his labs done in 12/15. he has high triglycerides and he has been compliant with fenofibrate 54 mg I po qd and has no s/e from it. He has been trying to stay compliant with low fat diet.
patient states that he drinks sodas and sweet tea all day long because he needs caffeine to stay awake because of his sleep apnea.
he has no other issues today.

## ROS

Patient reports no fever, no chills, and normal appetite; **no significant weight changes**. He reports no visual changes. He reports no ear pain. He reports no nose/sinus problems. He reports no sore throat and no difficulty swallowing (dysphagia). He reports no chest pain, no palpitations, no lightheadedness, no calf or jaw pain, and no ankle edema. He reports no cough, no wheezing, and no shortness of breath. He reports no nausea, no vomiting, no abdominal pain, no diarrhea, no constipation, and no heartburn. He reports no difficulty urinating. He reports no swelling in the extremities and no difficulty walking. He reports no slurred speech, no weakness, no numbness, no tingling, no dizziness, and no headaches.

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Document Review

**Discussed the following orders:**
- HBA1C (HEMOGLOBIN A1C), BLOOD - 03/14/16
- fenofibrate 160 mg tablet - 03/14/16
- CMP, SERUM OR PLASMA - 03/14/16
- LIPID PANEL, SERUM - 03/14/16

**Discussed the following results:**
- LIPID PANEL, SERUM - 12/20/15

## Physical Exam

Patient is a 52-year-old male.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person.

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear, EACs clear, and TMs clear. Nose: nares patent. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules and non-tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, good air movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: normal S1 and S2 and RRR and no murmurs. Pulses including femoral / pedal: normal throughout.

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, or rebound tenderness and soft and non-distended.

**Musculoskeletal::** Motor Strength and Tone: normal and normal tone. Joints, Bones, and Muscles: normal movement of all extremities. Extremities: no edema.

**Neurologic:** Gait and Station: normal gait and station. Reflexes: DTRs 2+ bilaterally throughout.

## Assessment / Plan

**1. Hyperlipidemia**

E78.5: Hyperlipidemia, unspecified
- LIPID PANEL
- COMP METAB PANEL
- fenofibrate 160 mg tablet - Take 1 tablet(s) every day by oral route for 90 days. Qty: 90 tablet(s) Refills: 0 Pharmacy: SAM'S CLUB PHARMACY 4776

**2. Impaired fasting glycaemia**

R73.01: Impaired fasting glucose
- HEMOGLOBIN A1C
- PREDIABETES: CARE INSTRUCTIONS

## Discussion

**Discussion Notes**

labs discussed with the patient. Triglycerides 230 LDL 132. increase fenofibrate to 160 mg qd. HBA1C 6.4% . STOP DRINKING SODAS AND SWEET TEA , counseling done for low-fat diet and low carbohydrate diet. patient understood. Recheck labs in 3 months. followup in 3 months

## Return to Office

- Bhavna Sharma, MD for FOLLOW UP at MFHC_MADISON FAMILY HEALTH CENTER on 07/01/2016 at 03:30 PM

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Encounter Sign-Off
Encounter signed-off by Bhavna Sharma, MD, 03/14/2016.

Encounter performed and documented by Bhavna Sharma, MD
Encounter reviewed & signed by Bhavna Sharma, MD on 03/14/2016 at 3:30pm

**n0054335**

**From:** mohammed alshareih
**Sent:** Thursday, March 31, 2016 4:42:11 PM
**To:** Gray, Lisa
**Subject:** Re: Additional information needed to conduct pre- x investigation
**Attachments:** Aetna_med_claims_list.pdf; Aetna_pharmacy_claims_list.pdf

Hi Lisa

I was never denied for any health insurance.

Mohammed Al-Shareih

On Thu, Mar 31, 2016 at 2:36 PM, Gray, Lisa <LISA.GRAY@libertymutual.com> wrote:

> Good Afternoon,
>
> While I understand you state you did not have health insurance prior to your employment at Crown not having health insurance is not an option. The law states that if you do not have coverage you will have to pay a fine. Please provide an explanation/proof if you were not required to apply and if you did and were denied for some reason we ask that you please also provide this documentation.
>
> In addition, we do need copy of your current health insurance carrier claims history. Therefore please obtain and forward this information at your earliest convenience.
>
> Thank you,
>
> Lisa Gray
> Technical Claims Specialist
>
> Liberty Life Assurance Company of Boston/100 Liberty Way-Mail Stop 02E Dover, NH 03820
> 1-888-437-7611 Ext: 16396/603-750-7550 X 16396
> SDN: 87316396

Facsimile: 603-334-5715

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 ext: 16396 and permanently delete the original and any copy of any e-mail and any printout thereof.

# Liberty Mutual Investigation Referral

Requested By: Lisa Gray
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16396

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | CROWN EQUIPMENT CORPORATION | Date Sent: | 3/31/2016 |
| Funding type: | FI: YES ASO: NO | Coverage Type: | STD: NO LTD: YES |
| Claimant Name: | MOHAMMED AL-SHAREIH | Claim #: | 5690365 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | ( |
| State: | AL | Date of Hire: | 3/2/2015 |
| Zip: | 35814-0000 | Date of Disability: | 1/23/2016 |
| Gender: | MALE | Injury/Illness: | Hypersomnia |
| Marital Status: | | Job Description: | COMPUTER ENGINEER |
| No. of Dependents: | 0 | | |
| Claimant's Physical Description: | 52 year old male. Hgt: 5' 6". Wt: 150 lbs. Brown eyes. Brown hair. | | |

Describe Reason For Referral:

Pharmacy search

Instructions For Vendor:

Vendor Chosen: HUB ENTERPRISES

Please conduct a pharmacy search - 50 to 60 mile radius. Need further clarification as to whether or not EE filled scripts at other pharmacies other then what he states which are Sams Club in Hunstville, AL and Sams Club in Dayton, OH.

**n0054335**

**From:** Gray, Lisa
**Sent:** Thursday, March 31, 2016 2:36:28 PM
**To:** 'mohammed alshareih'
**Subject:** Additional information needed to conduct pre- x investigation

Good Afternoon,

While I understand you state you did not have health insurance prior to your employment at Crown not having health insurance is not an option. The law states that if you do not have coverage you will have to pay a fine. Please provide an explanation/proof if you were not required to apply and if you did and were denied for some reason we ask that you please also provide this documentation.

In addition, we do need copy of your current health insurance carrier claims history. Therefore please obtain and forward this information at your earliest convenience.

Thank you,

Lisa Gray
Technical Claims Specialist

Liberty Life Assurance Company of Boston/100 Liberty Way-Mail Stop 02E Dover, NH 03820
1-888-437-7611 Ext: 16396/603-750-7550 X 16396
SDN: 87316396
Facsimile: 603-334-5715

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments

thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 ext: 16396 and permanently delete the original and any copy of any e-mail and any printout thereof.

**n0054335**

---

**From:** mohammed alshareih
**Sent:** Thursday, March 31, 2016 4:56:15 PM
**To:** Gray, Lisa
**Subject:** Re: Additional information needed to conduct pre- x investigation

Hi Lisa

I was covered with Aetna while working for Experis (under Manpower, Inc.) from January 6,2014 until April 16, 2016 But I never went to a doctor office.

Thanks

Mohammed Al-Shareih

On Thu, Mar 31, 2016 at 4:42 PM, mohammed alshareih <malshareih@gmail.com> wrote:

> Hi Lisa
>
> I was never denied for any health insurance.
>
> Mohammed Al-Shareih
>
> On Thu, Mar 31, 2016 at 2:36 PM, Gray, Lisa <LISA.GRAY@libertymutual.com> wrote:
>
> > Good Afternoon,
> >
> > While I understand you state you did not have health insurance prior to your employment at Crown not having health insurance is not an option. The law states that if you do not have coverage you will have to pay a fine. Please provide an explanation/proof if you were not required to apply and if you did and were denied for some reason we ask that you please also provide this documentation.

In addition, we do need copy of your current health insurance carrier claims history. Therefore please obtain and forward this information at your earliest convenience.

Thank you,

Lisa Gray
Technical Claims Specialist

Liberty Life Assurance Company of Boston/100 Liberty Way-Mail Stop 02E
Dover, NH 03820
1-888-437-7611 Ext: 16396/603-750-7550 X 16396
SDN: 87316396
Facsimile: 603-334-5715

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-888-437-7611 ext: 16396 and permanently delete the original and any copy of any e-mail and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. MOHAMMED AL-SHAREIH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

March 14, 2016

Mr. Mohammed Al-Shareih

RE: Long Term Disability (LTD) Benefits
Crown Equipment Corporation
Claim #: 5690365

Dear Mr. Mohammed Al-Shareih:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Crown Equipment Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The Policy contains the following provision:

> **"Disability"** or **"Disabled"** means:
>
> 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
>
> i. that during the Elimination Period and the next 36 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
>
> ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.
>
> **"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.
>
> **"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.
>
> **Pre-Existing Condition Exclusion**
>
> This policy will not cover any Disability or Partial Disability:
>
> 1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and
> 2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

Your coverage under Crown Equipment Corporation Long Term DIsability Policy (LTD) became effective March 2, 2015 and your disability began on January 23, 2016. Because your date of disability is within the first 12 months of LTD coverage, it is necessary for us to conduct a pre-existing investigation. This investigation is part of our overall evaluation of your eligibility for disability benefits and the pre-existing period in question is December 2. 2014 to the present.

Please complete the enclosed forms and also provide us with the following:

- Pharmacy records from all pharmacies you have used fromDecember 2, 2013 to present.
- Health Insurance Carrier Claims History from December 2, 2014 from your previous Health Insurance Carrier (previous to your current job/coverage) and your present Health Insurance Carrier in place with your employment with Crown Equipment Corporation.
- Legible copy of your driver's license

Please return all in the envelope provided by April 17, 2016 but no later than May 1, 2016.

Failure to provide this information (proof) to us within 45 days, May 1, 2016 will result in a denial of your Long Term Disability claim under the following provision of the Crown Equipment Corporation LTD Policy.

**Proof of Claim**

**Proof**

a. Satisfactory Proof of loss must be given to Liberty at the claims office assigned to the Sponsor. This must be done no later than 90 days after the end of the Elimination Period.

b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof. Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

"Proof" means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1 a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;
2 an Attending Physician Statement completed and signed (or otherwise formally submitted) by the Covered Person's attending physician; and
3 the provision by the attending physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

Please be advised you may also fax the requested information and LTD forms to (603) 334-5715.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Gray
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16396
Secure Fax No.: (603) 334-5715

Attachments: SS Reimbursement Agreement
Authorization - Medical
Survivor / Estate Information Form
Claimant Supplementary Statement
Activities Questionnaire Form
Training Education Experience
Claimant Information Form
Family Information Questionnaire
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715



**Return To:** Lisa Gray

EMPLOYEE/CLAIMANT NAME: Mohammed Al-Shareih

CLAIM NO: 5690365 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Crown Equipment Corporation

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 1 hour stand 30 - 45 munites walk 30 munits

How many hours a day do you:

sit Most of the day stand About 2 hours walk About 2 hours

Do you take a nap during the day?

Yes ✓ No ____________

If Yes, for how long? More than 3 times At what time of the day? Unpredicatable

How many hours a day do you spend in bed? About 15

Do you require any assistive devices such as a:

cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? Do not have a problem to sit in the car.

Do you hold a valid driver's license?

Yes ✓ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car? Should not drive continuously more than 25 minutes; other wise it is hazard.

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you? Using internet communications or phone calls.

Do you have children?

Yes ✓ No ______ If Yes, what are their dates of birth 07/05/2009 04/04/2014

Do you need help caring for your children?

Yes ______ No ✓ Not living with me.

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No ✓ If Yes, please explain ____________

How many times a day do you leave the house during the week? About 2 times

On the weekends? Some times

How often do you run errands? About 2 times a day

Please describe what errands you most commonly run: Groceries

Liberty Mutual INSURANCE

How often do you get outdoors? ______

Are you left or right hand dominant? Left ______ Right ✓

Are you able to work in your garden? I do not have a garden Yes ______ No ______

Are you able to work on your house? I do not have a house Yes ______ No ______

Are you able to wash your car? Yes ✓ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ✓ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ✓ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
✓ Pay bills ✓ Read news/articles ✓ Use search engines ✓ Send emails
______ Visit chat rooms ______ Photos Other: ______

What computer software applications do you utilize. Please check all that apply:
______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics
______ Photo software (Photoshop) ______ Programming Other: ______

Do you have a working home copy machine/fax machine? ______ Yes ✓ No

If yes, please explain purpose and usage: ______

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Self | No |
| Carrying groceries into the house | Self | No |
| Cooking meals | Self | No |
| Cleaning after meals | Self | No |
| Cleaning bathrooms | Self | No |
| Vacuuming | Self | No |
| Doing the laundry | Self | No |
| Opening and responding to mail | Self | No |
| Managing your finances | Self | No |
| Balancing your checkbook | Self | No |
| Bathing yourself | Self | No |
| Styling your own hair | Self | No |
| Getting dressed | Self | No |
| Going up and down stairs | Self | No |

Have you been confined to a hospital within the last 12 months? Yes ______ No ✓

If Yes, please provide reason and hospital contact Information: ______

Liberty Mutual
INSURANCE



How often do you travel or take vacation? Sometimes I take a vacation once a year.

Where do you go? How do you get there (transportation method)? Flying

Are you able to pursue your hobbies? Yes ___ No ✓

If Yes, please describe ___

Do you participate in an exercise program? Yes ___ No ✓

If Yes, please describe ___

Do you do any Volunteer work? Yes ___ No ✓

If Yes:

- how many hours per day? ___
- how many hours per week? ___
- for whom? ___

Are you working for wages? Yes ___ No ✓

If Yes, please provide employer's name ___

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Exhausted and very tired; memory loss; sometimes fall sleep; sometimes breathing problems.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Most of the time sleep; sitting or laydown; surf internet and send e-mails to run my errands, or leave my place for shopping groceries.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

___ ___

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Use my e-mail: ___

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: MOHAMMED AL-SHAREIH Date: 03/29/2016

Signature: Al-Shareih [signature]

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Mohammed Al-Shareih Claim No 5690365

Employer/Sponsor/Customer Name Crown Equipment Corporation

Return to: Lisa Gray

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Mohammed Al-Shareih
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5690365
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

**Return To:** Lisa Gray

EMPLOYEE/CLAIMANT NAME: Mohammed Al-Shareih
CLAIM NO: 5690365
EMPLOYER/SPONSOR: Crown Equipment Corporation DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/02/2014 to 03/14/2016 . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Madison Family Health Center
Specialty:
Address: 102 Essex Court Suite C
Madison, AL 35758
Telephone No. : (256) 325-8457 Fax No. : (256) 325-8454

Name: Sleep & Pulmonary Care Center
Specialty:
Address: 1222 Somerville Rd., SE
Decatur, AL 35601
Telephone No. : (256) 341-0152 Fax No. : (256) 341-0587

Name:
Specialty:
Address:
Telephone No. : ( ) Fax No. : ( )

Name:
Specialty:
Address:
Telephone No. : ( ) Fax No. : ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Aetna Inc.
Specialty:
Address: 151 Farmington Avenue
Hartford, CT 06156
Telephone No. : (800) 872-3862 Fax No. : ( )

Name:
Specialty:
Address:
Telephone No. : ( ) Fax No. : ( )

**PHARMACY(S):**

Name: Sam's Club in Huntsville Alabama
Specialty:
Address: 5651 Holmes Avenue N. W.
Huntsville, AL 35816
Telephone No. : (256 ) 837-7212 Fax No. : ( )

Name: Sam's Club in Dayton Ohio
Specialty:
Address: 6955 Miller Lane
Dayton, OH 45414
Telephone No. : ( 937 )415-0198 Fax No. : ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** Al-Shareih [signature] **DATE:** 03/29/2016

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

**Return to:** Lisa Gray

**EMPLOYEE/CLAIMANT NAME:** Mohammed Al-Shareih **CLAIM #:** 5690365
**EMPLOYER/SPONSOR:** Crown Equipment Corporation **DATE OF BIRTH:** ________

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Al-Shareih, Mohammed, A. | Social Security # | Email Add |
| Street Address | City | State AL / Zip Code 35814 |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Divorced |
| Spouse's Full Name and Date of Birth | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. I created a company called Hardware-Software, Inc. on June 26, 2013; it was never active or engaged in any type of work.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
Instrument Number: 20130726000492720 --> This for Hardware-Software, Inc. listed above.

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability, State Disability or Veteran's Benefits | $ | | | |
| | | Only Short Term Disability with Crown Equipment Corp.; starts from 1/25/2015 for only 90 calender days. | | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) ________ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** MOHAMMED AL-SHAREIH

**DATE:** 03/29/2016 **EMPLOYEE'S SIGNATURE:** [signature]

DP 409 (11/12)

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

Liberty Mutual INSURANCE

**Return to:** Lisa Gray

EMPLOYEE/CLAIMANT NAME: Mohammed Al-Shareih
CLAIM NO: 5690365
EMPLOYER/SPONSOR: Crown Equipment Corporation DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ✓

If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children? Yes ✓ No ____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Bassell | 07/05/2009 | Non-Custodial | No | |
| Layan | 04/04/2014 | Non-Custodial | No | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
I do have no spouse; I do not have a custody and I do not know.
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Mohammed Al-Shareih Date: 03/29/2016

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Mohammed Al-Shareih **Date of Birth:** ____________

**Employer:** Crown Equipment Corporation **Policy/Plan Sponsor No.** 09 - 462942

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________ **(Witness signature)** ____________________

**(Address)** ____________________ **(Address)** ____________________

**(Date)** ____________________ **(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

EMPLOYEE/CLAIMANT NAME: Mohammed Al-Shareih
CLAIM NO: 5690365
EMPLOYER/SPONSOR: Crown Equipment Corporation DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA / (BS) Major: Engineering Graduate School: MA (MS) CAGS PHD Degree: Engineering

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☒ Y ☐ N If yes, provide name of school: On line class with UAH

List any other Training or Classes Attended or Plan to Attend: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☒ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Crown Equipmemt Corp. Department: Engineering From: 03/01/2015 To: ________
   Job Title(s): Software Engineer
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): Writing software code for testing hardware.

2. Company: Aerotek Department: GE Intelligent Platforms From: 4/2014 To: 2/2015
   Job Title(s): Embedded Software Engineer
   Supervisory Experience ☐ Y ☒ N
   Tasks/Duties (please be specific): ________

3. Company: Experis Department: SPX Flash-technology From: 1/2014 To: 4/2014
Job Title(s): Firmware Engineer
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): Writing software code for configuring Vanguard LED Series Tower Light. This software involves C code, also design and development of embedded web pages; the development involves Linux, RS485, I2C, LCD, MpLab.

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | | | |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☒ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☒ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______ Work: ______

**SIGNATURE:** [signature] **PHONE NO: (** ______

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Mohammed Al-Shareih **Claim** 5690365

**EMPLOYER/SPONSOR/CUSTOMER** Crown Equipment Corporation

**Return** Lisa Gray

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Mohammed Al-Shareih**
Claimant Name (Print)

Date of Birth

Al-Shareih [signature]
Claimant Signature

03/29/2016
Date

**5690365**
Claim Number

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| **YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:** |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** E Al-Shareih | **Date of Birth:** ( |
| **Address:** Huntsville, Alabama | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** La Al-Shareih | **Date of Birth:** ( |
| **Address:** Huntsville, Alabama | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL?** YES ___ NO ✓ **DO YOU HAVE A TRUST?** YES ___ NO ✓

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:** 03/29/2016 **EMPLOYEE'S PRINTED NAME:** MOHAMMED AL-SHAREIH

**EMPLOYEE'S SIGNATURE:** [signature]




Liberty/Al-Shareih 446

Store #: 6380
Report Date: 03/25/2016

**Connexus Pharmacy System**
**Sam's Pharmacy10-6380**
**Medical Expense Summary**

**Patient:** ALSHAREIH,MOHAMMED,ALLAT

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:12/01/2013 To 03/25/2016

**SAMS PHARMACY #10-4776,5651 HOLMES AVENUE N.W. 5651 HOLMES AVENUW N HUNTSVILLE AL 35816, DAYTON OH-45414**
**NABP Number:0131704 ID: BS8262393 NPI Number :1619994928**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 10/13/2015 10/05/2015 | 6756551 1513508 | FENOFIBRATE 54MG TAB 63304-0900-90 | SHARMA BHAVNA | 90 0 | 90 | 0 | $ 5.24 AET |
| 10/19/2015 10/19/2015 | 2208153 1514507 | METHYLPHENID 10MG TAB 00406-1144-01 | NAJJAR MAMOUN IZZEDDIN | 90 0 | 30 | 0 | $ 9.83 AET |
| 02/22/2016 01/04/2016 | 6760349 1534006 | PROAIR HFA AER 59310-0579-22 | NAJJAR MAMOUN IZZEDDIN | 9 0 | 25 | 0 | $ 52.98 AET |
| 02/22/2016 01/04/2016 | 6760348 1534008 | SYMBICORT 160-4.5 AER 00186-0370-20 | NAJJAR MAMOUN IZZEDDIN | 11 0 | 30 | 0 | $ 0.00 AET |
| 03/14/2016 03/14/2016 | 6763133 1537050 | FENOFIBRATE 160MG TAB 63304-0901-90 | SHARMA BHAVNA | 90 0 | 90 | 0 | $ 8.88 AET |

**SAMS PHARMACY #10-6380,6955 MILLER ROAD 6955 MILLER ROAD DAYTON OH 45414, DAYTON OH-45414**
**NABP Number:3668499 ID: BS6975683 NPI Number :1003833203**

| Date Filled Date Written | Rx Fill ID | Drug Name NDC | Prescriber | Qty Refill # | Days Supply | Dispense As Written | Patient Paid |
|---|---|---|---|---|---|---|---|
| 07/08/2015 07/02/2015 | 4429213 1735691 | MODAFINIL 200MG TAB 00591-3500-30 | NAJJAR MAMOUN IZZEDDIN | 30 0 | 30 | 0 | $ 6.86 AET |
| 12/08/2015 12/07/2015 | 2213008 1765190 | METHYLPHENID 20MG ER TAB 00406-1473-01 | NAJJAR MAMOUN IZZEDDIN | 30 0 | 30 | 0 | $ 29.52 AET |
| 01/07/2016 01/07/2016 | 2213222 1770979 | METHYLPHENID 5MG TAB 00406-1142-01 | NAJJAR MAMOUN IZZEDDIN | 90 0 | 30 | 0 | $ 18.47 AET |
| 01/07/2016 01/07/2016 | 2213221 1770978 | METHYLPHENID 20MG ER TAB 00406-1473-01 | NAJJAR MAMOUN IZZEDDIN | 30 0 | 30 | 0 | $ 147.60 AET |
| 01/07/2016 01/07/2016 | 2213223 1770980 | METHYLPHENID 10MG TAB 00406-1144-01 | NAJJAR MAMOUN IZZEDDIN | 90 0 | 30 | 0 | $ 56.14 AET |

****PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

Store #: 6380
Report Date: 03/25/2016

**Connexus Pharmacy System**
**Sam's Pharmacy10-6380**
**Medical Expense Summary**

**Patient:** ALSHAREIH,MOHAMMED,ALLAT

**Birthdate:**

Below is a list of your Pharmacy Orders for the date range of:12/01/2013 To 03/25/2016

**SAMS PHARMACY #10-6380,6955 MILLER ROAD 6955 MILLER ROAD DAYTON OH 45414, DAYTON OH-45414**
**NABP Number:3668499 ID: BS6975683 NPI Number :1003833203**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/18/2016 2213682<br>03/14/2016 1785039 | METHYLPHENID 10MG TAB<br>00406-1144-01 | NAJJAR MAMOUN<br>IZZEDDIN | 90<br>0 | 30 | 0 | $ 11.23 AET |
| 03/18/2016 2213683<br>03/14/2016 1785040 | METHYLPHENID 5MG TAB<br>00406-1142-01 | NAJJAR MAMOUN<br>IZZEDDIN | 90<br>0 | 30 | 0 | $ 3.69 AET |

Report Date :03/25/2016
Attested To By :

Registered Pharmacist

**Total:** $ 350.44

****PRIVATE-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**
**WAL*MART STORES, INC.**

## Initial Payment Set up Worksheet

**Claimant's Name** Mohammed Al-Shareih **DOB**

**Customer** Crown Equipment Corporation

**LTD Claim #** 5690365

**Associated Claims** Type SLCT Type

**Benefit End date of associated claims** 4/26/2016 per ers email in doclist

**Contractual EP** 90 days

**Does policy include COLA provision** No Task Set Date n/a

**LTD Benefit begin date** 4/22/2016 **DOD** 1/23/2016 **AGE** 52

**Max Benefit date** 8/9/2030 SSNRA to age 67

**BME Amount** $8,081.67

**Sources used to verify BME amount**

Earnings Report In Doc List PPE 1/9/16. $3730.00 biweekly x 26 pay periods /12 mos= $8081.67 monthly

**Benefit percentage** 60.00 % **Gross modal benefit** $4,849.00

**Benefit Begin date** 4/22/2016

**Approved thru date** 4/21/2019 36 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| SLCT $1865.00 weekly /7 x 5= 4/22/16-4/26/16 flat entered as $727.35 to ensure the min benefit is paid for 4/22/16-4/26/16 | $1,332.14 |

**Resident / Work State:** OH

**Deductions entered**

| Type | Amount | Type | Amount |
|---|---|---|---|
| N/A | | | |

**Tax Withholding** **Federal** N/A **State** N/A

**Completed by** **Jessica Keefer** **Approved by**

**n0249238**

**From:** Betsy Muhlenkamp
**Sent:** Thursday, March 24, 2016 3:48:55 PM
**To:** Keefer, Jessica
**Subject:** RE: LTD Salary Verification -Mohammed Al Shareih - LTD Claim 5690365
**Attachments:** image001.jpg; image002.jpg

Jessica -

Mohammed's salary continuation will end 4/26/16 and he's paid $1,865.00 per week. Also, he is not a commissioned employee.

Please let me know if you have any further questions.


Betsy Muhlenkamp I Leave Administrator

**CROWN EQUIPMENT CORPORATION**

419.629.2220 x 2348 I FAX: 419.629.3855



ATTENTION. Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.


**From:** Keefer, Jessica [mailto:Jessica.Keefer@libertymutual.com]
**Sent:** Thursday, March 24, 2016 1:17 PM
**To:** Betsy Muhlenkamp
**Subject:** RE: LTD Salary Verification -Mohammed Al Shareih - LTD Claim 5690365

Hi Betsy, Thank you for your recent information, please confirm the maximum end date for the Salary Continuance and the amount that the employee is receiving weekly.

Is Mohammed a commissioned employee?

If you have any questions please reach out.

Thank you,

Jessica Keefer

Payment Specialist II /Group Benefits

Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Mail Stop:02-4,Desk:02G-P741
Tel: 1-888-437-7611 Ext-16442 **|** Fax: 603-430-5796

Jessica.Keefer@LibertyMutual.com

>This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 x16442 and permanently delete the original and any copy of any e-mail and any printout thereof.

**From:** Betsy Muhlenkamp [mailto:Betsy.Muhlenkamp@Crown.com]
**Sent:** Thursday, March 24, 2016 11:27 AM
**To:** Keefer, Jessica <Jessica.Keefer@LibertyMutual.com>
**Cc:** Jean Sheaks <Jean.Sheaks@Crown.com>
**Subject:** RE: LTD Salary Verification -Mohammed Al Shareih - LTD Claim 5690365

Jessica –

Please see attached.

Betsy Muhlenkamp I Leave Administrator

**CROWN EQUIPMENT CORPORATION**

419.629.2220 x 2348 I FAX: 419.629.3855

ATTENTION. Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.

**From:** Keefer, Jessica [mailto:Jessica.Keefer@libertymutual.com]
**Sent:** Thursday, March 24, 2016 10:21 AM
**To:** Leave Administrator
**Subject:** LTD Salary Verification -Mohammed Al Shareih - LTD Claim 5690365

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Mohammed Al-Shareih, DOB .

Please provide a copy of the following:

- The employee's earnings statement ending prior to, but not including, the disability date of 1/23/16.
- A commissions report for 1/1/2015 – 12/31/2015.

Also, please confirm the maximum end date for the Salary Continuance and the amount that the employee is receiving weekly.

Please contact me with any questions.

Thank you,

Jessica Keefer

Payment Specialist II /Group Benefits

Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Mail Stop:02-4,Desk:02G-P741
Tel: 1-888-437-7611 Ext-16442 **|** Fax: 603-430-5796

Jessica.Keefer@LibertyMutual.com

>This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 x16442 and permanently delete the original and any copy of any e-mail and any printout thereof.

**n0249238**

---

**From:** Keefer, Jessica
**Sent:** Thursday, March 24, 2016 10:20:49 AM
**To:** 'leaveadministrator@crown.com'
**Subject:** LTD Salary Verification -Mohammed Al Shareih - LTD Claim 5690365

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Mohammed Al-Shareih, DOB .

Please provide a copy of the following:

- The employee's earnings statement ending prior to, but not including, the disability date of 1/23/16.
- A commissions report for 1/1/2015 – 12/31/2015.

Also, please confirm the maximum end date for the Salary Continuance and the amount that the employee is receiving weekly.

Please contact me with any questions.

Thank you,

Jessica Keefer
Payment Specialist II /Group Benefits
Liberty Life Assurance Company of Boston
100 Liberty Way, Dover, NH 03820
Mail Stop:02-4,Desk:02G-P741
Tel: 1-888-437-7611 Ext-16442 | Fax: 603-430-5796
Jessica.Keefer@LibertyMutual.com

>This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 x16442 and permanently delete the original and any copy of any e-mail and any printout thereof.

**n0249238**

**From:** Betsy Muhlenkamp
**Sent:** Thursday, March 24, 2016 11:27:10 AM
**To:** Keefer, Jessica
**Cc:** Jean Sheaks
**Subject:** RE: LTD Salary Verification -Mohammed Al Shareih - LTD Claim 5690365
**Attachments:** image001.jpg; Mohammed Al-Shareih.pdf

Jessica –

Please see attached.


Betsy Muhlenkamp I Leave Administrator

**CROWN EQUIPMENT CORPORATION**

419.629.2220 x 2348 I FAX: 419.629.3855



ATTENTION. Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.


**From:** Keefer, Jessica [mailto:Jessica.Keefer@libertymutual.com]
**Sent:** Thursday, March 24, 2016 10:21 AM
**To:** Leave Administrator
**Subject:** LTD Salary Verification -Mohammed Al Shareih - LTD Claim 5690365

Good Morning,

I'm a Payment Specialist in the Payment Services Department within Disability Claims at Liberty Life Assurance Company and am contacting you for salary verification regarding the LTD claim for Mohammed Al-Shareih, DOB .

Please provide a copy of the following:

•□□□□□□□□ The employee's earnings statement ending prior to, but not including, the disability date of 1/23/16.

•□□□□□□□□ A commissions report for 1/1/2015 – 12/31/2015.

Also, please confirm the maximum end date for the Salary Continuance and the amount that the employee is receiving weekly.

Please contact me with any questions.

Thank you,

Jessica Keefer

Payment Specialist II /Group Benefits

Liberty Life Assurance Company of Boston

100 Liberty Way, Dover, NH 03820

Mail Stop:02-4,Desk:02G-P741
Tel: 1-888-437-7611 Ext-16442 | Fax: 603-430-5796

Jessica.Keefer@LibertyMutual.com

>This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me

via return e-mail and via telephone at 603-750-7550 x16442 and permanently delete the original and any copy of any e-mail and any printout thereof.

PeopleSoft
EMPLOYEE EARNINGS RECORD
DIV-LOC 01
11-JAN-2015 thru 09-JAN-2016

Report ID: xpa209
Company CEC Crown Equipment Corporation
030031 Al-Shareih,Mohammed A.

| P/E Date Check# | <------- REGULAR -----> | | <---- OVERTIME ----> | | <--------- OTHER ---------> | | | | <-- |
|---|---|---|---|---|---|---|---|---|---|
| Dept. ID \FormID | Hours | Earnings | Hours | Earnings | Type | Hours | Earnings | Gross Pay | T |
| 03/07/2015 CRCHK<br>500O453 7398519 | 40.00 | 1,810.00 | | | | | | 1,810.00 | |
| ** Totals | | 1,810.00 | | 0.00 | | | 0.00 | | |
| | 40.00 | | 0.00 | | | 0.00 | | 1,810.00 | |
| 03/21/20015 CRADV<br>500O453 9035543 | | | | | REL | | 5,430.00 | 5,430.00 | |
| ** Totals | | 0.00 | | 0.00 | | | 5,430.00 | | |
| | 0.00 | | 0.00 | | | 0.00 | | 5,430.00 | |
| 03/21/2015 CRADV<br>500O453 9040531 | 80.00 | 3,620.00 | | | | | | 3,620.00 | |
| ** Totals | | 3,620.00 | | 0.00 | | | 0.00 | | |
| | 80.00 | | 0.00 | | | 0.00 | | 3,620.00 | |
| 04/04/2015 CRADV<br>500O453 9042387 | 72.00 | 3,258.00 | | | HOL<br>HWC | 8.00 | 362.00<br>5.00 | 3,625.00 | |
| ** Totals | | 3,258.00 | | 0.00 | | | 367.00 | | |
| | 72.00 | | 0.00 | | | 8.00 | | 3,625.00 | |
| 04/18/2015 CRADV<br>500O453 9047727 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | |
| ** Totals | | 3,620.00 | | 0.00 | | | 5.00 | | |
| | 80.00 | | 0.00 | | | 0.00 | | 3,625.00 | |

PeopleSoft
EMPLOYEE EARNINGS RECORD
DIV-LOC 01
11-JAN-2015 thru 09-JAN-2016

Report ID: xpa209
Company CEC Crown Equipment Corporation
030031 Al-Shareih,Mohammed A.

| P/E Date Check# / Dept. ID \FormID | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | <-- T |
|---|---|---|---|---|---|---|---|---|---|
| 05/16/2015 CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | |
| 500O453 9061796 | | | | | | | | | |
| ** Totals | | 3,620.00 | | 0.00 | | | 5.00 | | |
| | 80.00 | | 0.00 | | | 0.00 | | 3,625.00 | |
| 05/30/2015 CRADV | 72.00 | 3,258.00 | | | HOL | 8.00 | 362.00 | 3,625.00 | |
| 500O453 9065370 | 32.00- | 1,448.00- | | | HWC | | 5.00 | | |
| | | | | | VAS | 32.00 | 1,448.00 | | |
| ** Totals | | 1,810.00 | | 0.00 | | | 1,815.00 | | |
| | 40.00 | | 0.00 | | | 40.00 | | 3,625.00 | |
| 06/13/2015 CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | |
| 500O453 9070912 | 40.00- | 1,810.00- | | | VAS | 40.00 | 1,810.00 | | |
| | 40.00- | 1,810.00- | | | VAS | 40.00 | 1,810.00 | | |
| ** Totals | | 0.00 | | 0.00 | | | 3,625.00 | | |
| | 0.00 | | 0.00 | | | 80.00 | | 3,625.00 | |
| 06/27/2015 CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | |
| 500O453 9076471 | 8.00- | 362.00- | | | VAS | 8.00 | 362.00 | | |
| ** Totals | | 3,258.00 | | 0.00 | | | 367.00 | | |
| | 72.00 | | 0.00 | | | 8.00 | | 3,625.00 | |

PeopleSoft
EMPLOYEE EARNINGS RECORD
DIV-LOC 01
11-JAN-2015 thru 09-JAN-2016

Report ID: xpa209
Company CEC Crown Equipment Corporation
030031 Al-Shareih,Mohammed A.

| P/E Date Check# / Dept. ID \FormID | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | <-- T |
|---|---|---|---|---|---|---|---|---|---|
| 07/25/2015 CRADV 500O453 9086987 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | |
| 08/08/2015 CRADV 500O453 9094180 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | |
| 08/22/2015 CRADV 500O453 9098470 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | |
| 09/05/2015 CRADV 500O453 9104890 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | |

Report ID: xpa209
Company CEC Crown Equipment Corporation
030031 Al-Shareih,Mohammed A.

PeopleSoft
EMPLOYEE EARNINGS RECORD
DIV-LOC 01
11-JAN-2015 thru 09-JAN-2016

| P/E Date Check# / Dept. ID \FormID | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay |
|---|---|---|---|---|---|---|---|---|
| 10/03/2015 CRADV 500O453 9121133 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 |
| 10/17/2015 CRADV 500O453 9122527 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 |
| 10/31/2015 CRADV 500O453 9131665 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 |
| 11/14/2015 CRADV 500O453 9139326 | 80.00 | 3,730.00 | | | HWC | | 5.00 | 3,735.00 |
| ** Totals | 80.00 | 3,730.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,735.00 |

PeopleSoft
EMPLOYEE EARNINGS RECORD
DIV-LOC 01
11-JAN-2015 thru 09-JAN-2016

Report ID: xpa209
Company CEC Crown Equipment Corporation
030031 Al-Shareih,Mohammed A.

| P/E Date Dept. ID | Check# \FormID | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/2015 | CRADV | 80.00 | 3,730.00 | | | HWC | | 5.00 | 3,735.00 |
| 500O453 | 9150429 | | | | | | | | |
| ** Totals | | | 3,730.00 | | 0.00 | | | 5.00 | |
| | | 80.00 | | 0.00 | | | 0.00 | | 3,735.00 |
| 12/26/2015 | CRADV | 64.00 | 2,984.00 | | | HOL | 16.00 | 746.00 | 3,735.00 |
| 500O453 | 9153026 | | | | | HWC | | 5.00 | |
| | | | | | | XMS | | 20.00 | |
| ** Totals | | | 2,984.00 | | 0.00 | | | 771.00 | |
| | | 64.00 | | 0.00 | | | 16.00 | | 3,735.00 |
| 01/09/2016 | CRADV | 72.00 | 3,357.00 | | | HOL | 8.00 | 373.00 | 3,730.00 |
| 500O453 | 9163271 | | | | | | | | |
| ** Totals | | | 3,357.00 | | 0.00 | | | 373.00 | |
| | | 72.00 | | 0.00 | | | 8.00 | | 3,730.00 |
| ****TOTALS | | 1,608.00 | | 0.00 | | | 192.00 | | 87,530.00 |

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

March 14, 2016

Madison Family Health Center
102 ESSEX COURT
SUITE C
MADISON, AL 35758

RE: Long Term Disability (LTD) Benefits
Crown Equipment Corporation
Claim #: 5690365
Claimant: Mohammed Al-Shareih
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Mohammed Al-Shareih.

To evaluate Mr. Al-Shareih's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 2, 2013 through present.

We ask that you provide this information by March 28, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5715 or mailed to the above address.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Gray
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16396
Secure Fax No.: (603) 334-5715

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Medical Records - CONFIDENTIAL

## From: AL - CHS - Crestwood Physician Service,

## To: 1111

## Name: AL-SHAREIH, MOHAMMED

## DOB:

## Date Range: 12/02/2013 to 03/14/2016

**This document contains the following records of the patient:**

- **Clinical Documents**
- **Encounters and Procedures**
- **Facesheet**
- **Lab Results**
- **Lab Orders**
- **Medication List**
- **Vaccination History**

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:26476-A-3038]

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Clinical Documents

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Aug 10 2015 03:16pm P001/004

# ADULT PATIENT REGISTRATION

Date 8/21/20

Patient's Name: Al Shareih Mohammed A
Last Name First Name Middle Name
Name you go by:
Apt:
Address:
State: ___ Zip: ___
City: ___ Age: 52 SS#:
Marital Status: ___
Driver's Lic#:
Sex:
Occupation: ___
Employer: ___
Home #: ___ Work #:
Cell #:
Email Address: ___
How did you hear about us?

Which is the best way to reach you and or remind you of future appointments?

X Cell Phone ___ Home Phone ___ Work Phone

Preferred Pharmacy Name and #: Sam's Club

Emergency Contact
Name: ___ Relationship: ___ Ph#: ___
Names of Children and DOB: ___

Guarantor:
Person responsible for the bill: Self Spouse Parent Other

Last Name: ___ First Name: ___ MI: ___ Nickname: ___
Address: ___ Apt: ___
City: ___ State: ___ Zip: ___ Employer: ___
Date of Birth: ___ SS#: ___ Sex: F M
Cell #: ___ Home #: ___ Work #: ___

***The following information is needed to indicate the your claim with your Insurance Company***

Insurance Information:
1st Primary Insurance: ___ Subscriber name: ___ DOB: ___
Co: ___
Patient ID: ___ Group #: 868203-014-00008 ___
Claims Address: ___
City: ___ State: ___ Zip: ___ Phone #: ___
2nd Secondary Insurance: ___ Subscriber name: ___ DOB: ___
Co: ___
Patient ID: ___ Group #: ___
Claims Address: ___
City: ___ State: ___ Zip: ___ Phone #: ___

**Please indicate:**

**Patient's Race:** ___
___ **Prefer not to indicate**

**Patient's Language:** ___
___ **Prefer not to indicate**

**Patient's Ethnicity:** Hispanic/Latino — yes
___ **Prefer not to indicate** — no

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Aug 10 2015 03:16pm P002/004

102 ESSEX COURT SUITE C
MADISON AL 35758-3161

# ADULT HEALTH QUESTIONNAIRE

Date: 8/4/2015

Name: Mohammed Al-Sha

Birth Date

**Allergies to medications? (please circle): Yes None Known** If yes, please list medication(s) AND type of reaction(s)

**Medications** (Please list any medications you currently take, including dose and frequency. Please include any vitamins or supplements)

☐ None

Family History (Please DO NOT List Yours)

| | Which Relative? |
|---|---|
| ☐ Alcoholism | |
| ☐ Anxiety | |
| ☐ Arthritis | |
| ☐ Bleeding Disorder | |
| ☐ Breast Cancer | |
| ☐ Colitis/Crohn's Disease | |
| ☐ Colon Cancer | |
| ☐ Colon Polyps | |
| ☐ Depression | |
| ☐ Diabetes | |
| ☐ Gout | |
| ☐ Heart Attack | |
| ☐ Heart Failure | |
| ☐ High Blood Pressure | |
| ☐ High Cholesterol | |
| ☐ Kidney Stones | |
| ☐ Kidney Disease/Failure/Dialysis | |
| ☐ Liver Disease | |
| ☐ Leukemia | |
| ☐ Lung Cancer | |
| ☐ Migraine Headache | |
| ☐ Osteoporosis | |
| ☐ Prostate Cancer | |
| ☐ Sickle Cell Disease | |
| ☐ Skin Cancers | |
| ☐ Stomach Ulcers | |
| ☐ Stroke | |
| ☐ Suicide | |
| ☐ Thyroid Disease | |

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Aug 10 2015 03:16pm P002/004

102 Essex [illegible]
Madison AL 35758-3161

# ADULT HEALTH QUESTIONNAIRE

Date: 9/4/2015 Name: Mohammed Al-Sha
Birth Date:

**Allergies to medications? (please circle): Yes None Known** If yes, please list medication(s) AND type of reaction(s)

---

**Medications** (Please list any medications you currently take, including dose and frequency. Please include any vitamins or supplements)

☐ **None**

---

**Family History** (Please DO NOT List Yours)

Which Relative?

- ☐ Alcoholism
- ☐ Anxiety
- ☐ Arthritis
- ☐ Bleeding Disorder
- ☐ Breast Cancer
- ☐ Colitis/Crohn's Disease
- ☐ Colon Cancer
- ☐ Colon Polyps
- ☐ Depression
- ☐ Diabetes
- ☐ Gout
- ☐ Heart Attack
- ☐ Heart Failure
- ☐ High Blood Pressure
- ☐ High Cholesterol
- ☐ Kidney Stones
- ☐ Kidney Disease/Failure/Dialysis
- ☐ Liver Disease
- ☐ Leukemia
- ☐ Lung Cancer
- ☐ Migraine Headache
- ☐ Osteoporosis
- ☐ Prostate Cancer
- ☐ Sickle Cell Disease
- ☐ Skin Cancers
- ☐ Stomach Ulcers
- ☐ Stroke
- ☐ Suicide
- ☐ Thyroid Disease

MFHC_MADISON FAMILY HEALTH CENTER - 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Aug 10 2015 03:17pm P003/004

102 ESSEX COURT SUITE C
MADISON, AL 35758-3161

**Your Health History** - Check if you have had any of the following:

| | | | |
|---|---|---|---|
| ___ Abn Heart Rhythm | ___ Chronic Pain | ___ Heartburn/ GERD | ___ Obesity |
| ___ Allergies/Seasonal/Environmental | ___ Chronic Kidney Disease | ___ Heart Failure | ___ Osteoporosis |
| ___ Anemia | ___ Depression | ___ Heart Murmur | ___ Peripheral Vascular Disease |
| ___ Anxiety / Stress | ___ Diabetes | ___ Hepatitis | ___ Seizures / Epilepsy |
| ___ Asthma | ___ Diverticulitis | ___ High Blood Pressure | ___ Sleep Apnea |
| ___ Arthritis | ___ Emphysema / COPD | ___ High Cholesterol | ___ Stomach Ulcers |
| ___ Atrial Fibrillation | ___ Gallbladder Disease | ___ HIV / AIDS | ___ Stroke |
| ___ Back Pain | ___ Gout | ___ IBS | ___ Thyroid Disease |
| ___ Colitis / Chrohn's | ___ Headache / Migraines | ___ Kidney Failure | ___ |
| ___ Cancer (any type) | ___ Heart Attack | ___ Kidney Stones | ___ |

**List the names of other physicians involved in your health care**

Dr Nasser

List all surgeries including dates:

______________________

**Accidents--Trauma:**

Have you ever had a severe accident? ______________________

Do you have any metal pins or plates in your body? ______________________

**Social History**: (in order for us to be more sensitive to the needs of our patients, we ask the following)

**Smoking History**: (Check where applicable)

☒ Never Smoked
☐ Smoking cigarettes currently
Packs / day ________
Year started ________
☐ Stopped smoking cigarettes
Year started ________
Year stopped ________
☐ Smoke pipe or cigars currently
☐ Smoke pipe or cigars in the past
☐ Chew tobacco currently
☐ Chew tobacco in the past

**Alcohol Use**: (Check where applicable)

___ None
How often: ✓ Less than 1 drink / month
___ 1 - 3 drinks / month
___ 1 - 3 drinks / week
___ > 3 drinks / day

Any illicit/street drugs? (please circle) Yes No Details ______________________

Ever used IV drugs? Yes No

**Health habits:**

Your level of exercise is:
☐ Sedentary (almost never)
☒ Occasional
☐ More than 3 times a week
☐ Almost Daily

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C. MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Aug 10 2015 03:17pm P003/004

102 ESSEX COURT SUITE C
MADISON, AL 35758-3161

**Your Health History** - Check if you have had any of the following:

| | | | |
|---|---|---|---|
| ___ Abn Heart Rhythm | ___ Chronic Pain | ___ Heartburn/ GERD | ___ Obesity |
| ___ Allergies/Seasonal/Environmental | ___ Chronic Kidney Disease | ___ Heart Failure | ___ Osteoporosis |
| ___ Anemia | ___ Depression | ___ Heart Murmur | ___ Peripheral Vascular Disease |
| ___ Anxiety / Stress | ___ Diabetes | ___ Hepatitis | ___ Seizures / Epilepsy |
| ___ Asthma | ___ Diverticulitis | ___ High Blood Pressure | ___ Sleep Apnea |
| ___ Arthritis | ___ Emphysema / COPD | ___ High Cholesterol | ___ Stomach Ulcers |
| ___ Atrial Fibrillation | ___ Gallbladder Disease | ___ HIV / AIDS | ___ Stroke |
| ___ Back Pain | ___ Gout | ___ IBS | ___ Thyroid Disease |
| ___ Colitis / Crohn's | ___ Headache / Migraines | ___ Kidney Failure | ___ |
| ___ Cancer (any type) | ___ Heart Attack | ___ Kidney Stones | ___ |

**List the names of other physicians involved in your health care**

Dr Naser

List all surgeries including dates:

**Accidents--Trauma:**

Have you ever had a severe accident? ___

Do you have any metal pins or plates in your body?

**Social History: (in order for us to be more sensitive to the needs of our patients, we ask the following)**

**Smoking History:** (Check where applicable)

☒ Never Smoked
☐ Smoking cigarettes currently
Packs / day ___
Year started ___
☐ Stopped smoking cigarettes
Year started ___
Year stopped ___
☐ Smoke pipe or cigars currently
☐ Smoke pipe or cigars in the past
☐ Chew tobacco currently
☐ Chew tobacco in the past

**Alcohol Use:** (Check where applicable)

___ None
How often: ✓ Less than 1 drink / month
___ 1 - 3 drinks / month
___ 1 - 3 drinks / week
___ 1 - 3 drinks / day

Any illicit/street drugs? (please circle) Yes No Details ___

Ever used IV drugs? Yes No

**Health habits:**

Your level of exercise is:
☐ Sedentary (almost never)
☒ Occasional
☐ More than 3 times a week
☐ Almost Daily

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Aug 10 2015 [illegible]pm P004/004

102 ESSEX COURT SUITE C
MADISON, AL 35758-3161

**Ob / Gyn History-(Females Only)**

| | |
|---|---|
| Age when periods began | |
| Number of times pregnant | |
| Number of full term babies | |
| Number of premature babies | |
| Number of abortions or miscarriages | |
| Number of living children | |
| Number of stillborn babies | |
| Current method of birth control | |
| Have you ever had an abnormal pap smear (list year and details) | |

Preventative Health History.

If you have had any of the following preventative health screening exams please note the Mo/Yr of the exam.

| | DATE | RESULTS |
|---|---|---|
| ☐ Rectal exam | | |
| ☐ Flexible Sigmoid | | |
| ☐ Colonoscopy | | |
| ☐ PSA blood test (males only) | | |
| ☐ Testicular exam | | |
| ☐ Cardiac stress test | | |
| ☐ Cholesterol Screening | | |
| ☐ Pelvic/Pap | | |
| ☐ Mammogram | | |
| ☐ Breast Exam | | |
| ☐ Bone Density | | |
| ☐ Tetanus (Td) | | |
| ☐ Pneumonia | | |
| ☐ Hepatitis B | | |
| ☐ Influenza (flu) | | |

List any other vaccines you have had as an adult: ____________

Do you have an advance directive or a living will? (Circle) No Yes *If yes, please supply our office with a copy

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Aug 10 2015 03:17pm P004/004

102 ESSEX COURT SUITE C
MADISON, AL 35758-3161

**Ob / Gyn History (Females Only)**

Age when periods began ______
Number of times pregnant ______
Number of full term babies ______
Number of premature babies ______
Number of abortions or miscarriages ______
Number of living children ______
Number of stillborn babies ______
Current method of birth control ______
Have you ever had an abnormal pap smear (list year and details) ______

Preventative Health History
If you have had any of the following preventative health screening exams please note the Mo/Yr of the exam.

| | DATE | RESULTS |
|---|---|---|
| ☐ Rectal exam | | |
| ☐ Flexible Sigmoid | | |
| ☐ Colonoscopy | | |
| ☐ PSA blood test (males only) | | |
| ☐ Testicular exam | | |
| ☐ Cardiac stress test | | |
| ☐ Cholesterol Screening | | |
| ☐ Pelvic/Pap | | |
| ☐ Mammogram | | |
| ☐ Breast Exam | | |
| ☐ Bone Density | | |
| ☐ Tetanus (Td) | | |
| ☐ Pneumonia | | |
| ☐ Hepatitis B | | |
| ☐ Influenza (flu) | | |

List any other vaccines you have had as an adult: ______

Do you have an advance directive or a living will? (Circle) No Yes *If yes, please supply our office with a copy

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 03/14/2016**

### Patient

| | | | |
|---|---|---|---|
| **Name** | AL-SHAREIH, MOHAMMED (52yo, M) ID# 26476 | **Appt. Date/Time** | 03/14/2016 02:30PM |
| **DOB** | | **Service Dept.** | MFHC_MADISON FAMILY HE CENTER |
| **Provider** | BHAVNA SHARMA, MD | | |
| **Insurance** | ed Primary: AETNA<br>Insurance # : W218475409<br>Policy/Group # : 086820301400008<br>PCP : SHARMA, BHAVNA<br>Referring Provider Name : SHARMA, BHAVNA<br>escription: CMX - Member is eligible. details | | |

### Chief Complaint

rx refills, blood work f/u

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** SHARMA, BHAVNA: 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, 8457, Fax 256-325-8454
**Referring Provider (Primary Insurance):** SHARMA, BHAVNA: 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, Ph Fax 256-325-8454
**Other:** MAMOUN NAJJAR: 1222 SOMERVILLE SE RD, DECATUR, AL 35601, Ph (256) 341-0152, Fax (256) 341-0587 N

### Patient's Pharmacies

SAM'S CLUB PHARMACY 4776 (ERX): 5651 HOLMES AVENUE N.W., HUNTSVILLE AL 35816, Ph (256) 837-7212, Fa 7212

### Problems

- Mixed hyperlipidemia
- Hyperlipidemia
- Impotence
- Headache
- Impaired fasting glycaemia

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Cialis 10 mg tablet**<br>Take 1 tablet(s) every day by oral route for 15 days | 08/10/15 | prescrit |
| **fenofibrate 160 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days. | 03/14/16 | prescrit |
| **methylphenidate 10 mg tablet** | 01/07/16 | filled |
| **methylphenidate 5 mg tablet** | 01/07/16 | filled |

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

| | | |
|---|---|---|
| **methylphenidate ER 20 mg tablet,extended release** | 01/07/16 | filled |
| **modafinil 200 mg tablet** | 07/08/15 | filled |
| **ProAir HFA 90 mcg/actuation aerosol inhaler** | 02/22/16 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 02/22/16 | filled |

### Past Medical History

Discussed Past Medical History
ASTHMA: Y
HIGH CHOLESTEROL: Y
SLEEP DISORDER: Y - OSA- on cpap
Notes: ED and impaired fbs hba1c 6 4%- 12/15

### Family History

Reviewed Family History
Non-contributory.

### Social History

Discussed Social History
**General Social Hx**
Smoking Status: Never smoker
Exercise level: Occasional
Alcohol intake: Occasional

### Surgical History

Reviewed Surgical History
- Colonoscopy - patient refuses- discussed on August 10, 2015

### Vitals

03/14/2016 03.08 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 4.5 in (163 83 cm) | **Wt:** | 160 lbs 6 oz (72 74 kg) | **BMI:** | 27.1 |
| **BP:** | 109/70 sitting R arm | **T:** | 97 F° temporal artery (36.11 C) | **Pulse:** | 89 bpm |
| **O2Sat:** | 97% Room Air at Rest | | | | |

### HPI

patient is here to discuss his labs done in 12/15. he has high triglycerides and he has been compliant with fenofibrate 54 m
has no s/e from it. He has been trying to stay compliant with low fat diet.
patient states that he drinks sodas and sweet tea all day long because he needs caffeine to stay awake because of his slee
has no other issues today

### ROS

Patient reports no fever, no chills, and normal appetite, no significant weight changes. He reports no visual changes. He pain. He reports no nose/sinus problems. He reports no sore throat and no difficulty swallowing (dysphagia). He reports no palpitations, no lightheadedness, no calf or jaw pain, and no ankle edema. He reports no cough, no wheezing, and no shor He reports no nausea, no vomiting, no abdominal pain, no diarrhea, no constipation, and no heartburn. He reports no diffic He reports no swelling in the extremities and no difficulty walking. He reports no slurred speech, no weakness, no numbnes no dizziness, and no headaches.

### Document Review

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

**Discussed the following orders:**
- HBA1C (HEMOGLOBIN A1C), BLOOD - 03/14/16
- fenofibrate 160 mg tablet - 03/14/16
- CMP, SERUM OR PLASMA - 03/14/16
- LIPID PANEL, SERUM - 03/14/16

**Discussed the following results:**
- LIPID PANEL, SERUM - 12/20/15

## Physical Exam

Patient is a 52-year-old male

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Aml ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, pla

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear, EACs clear, and TMs clear. Nose: nares patent. Oropharynx: no erythema or exuc mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, gc movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: normal S1 and S2 and RRR and no murmurs. Pulses including femoral / pedal: norm

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, or rebound tenderness an distended.

**Musculoskeletal::** Motor Strength and Tone: normal and normal tone. Joints, Bones, and Muscles: normal movement of a Extremities: no edema.

**Neurologic:** Gait and Station: normal gait and station. Reflexes: DTRs 2+ bilaterally throughout

## Assessment / Plan

**1. Hyperlipidemia**

E78.5: Hyperlipidemia, unspecified
- LIPID PANEL
- COMP METAB PANEL
- fenofibrate 160 mg tablet - Take 1 tablet(s) every day by oral route for 90 days. Qty: 90 tablet(s) Refills: 0 Phar CLUB PHARMACY 4776

**2. Impaired fasting glycaemia**

R73.01: Impaired fasting glucose
- HEMOGLOBIN A1C
- PREDIABETES: CARE INSTRUCTIONS

## Discussion

:ussion **Notes**

labs discussed with the patient. Triglycerides 230 LDL 132. increase fenofibrate to 160 mg qd. HBA1C 6.4% . STOP D SODAS AND SWEET TEA . counseling done for low-fat diet and low carbohydrate diet. patient understood. Recheck l months. followup in 3 months

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Return to Office

- Bhavna Sharma, MD for FOLLOW UP at MFHC_MADISON FAMILY HEALTH CENTER on 07/01/2016 at 03 30 PM

Encounter Sign-Off

Encounter signed-off by Bhavna Sharma, MD, 03/14/2016.

Encounter performed and documented by Bhavna Sharma, MD
Encounter reviewed & signed by Bhavna Sharma, MD on 03/14/2016 at 3 30pm

Encounter Date: **10/05/2015**

Patient

| | | | |
|---|---|---|---|
| **Name** | AL-SHAREIH, MOHAMMED (52, M) ID# 26476 | **Appt. Date/Time** | 10/05/2015 01 00PM |
| **DOB** | | **Service Dept.** | MFHC_MADISON FAMILY HI CENTER |
| **Provider** | BHAVNA SHARMA, MD | | |
| **Insurance** | :d Primary: AETNA<br>Insurance # : W218475409<br>Policy/Group # : 086820301400008<br>PCP : SHARMA, BHAVNA<br>Referring Provider Name : SHARMA, BHAVNA<br>:scription: SURESCRIPTS LLC - This member could not be found in the payer's files Please verif and all member demographic information. details | | |

Chief Complaint

blood work f/u, headache

Patient's Care Team

**Primary Care Provider (Primary Insurance)**: SHARMA, BHAVNA: 102 ESSEX CT SUITE C MADISON, AL 35758-3160, 8457, Fax 256-325-8454
**Referring Provider (Primary Insurance)**: SHARMA, BHAVNA: 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, Ph Fax 256-325-8454
**Other**: MAMOUN NAJJAR: 1222 SOMERVILLE SE RD, DECATUR, AL 35601, Ph (256) 341-0152, Fax (256) 341-0587 N

Patient's Pharmacies

**SAM'S CLUB PHARMACY 4776 (ERX): 5651 HOLMES AVENUE N.W., HUNTSVILLE AL 35816, Ph (256) 837-7212, Fa 7210**

Problems

- Mixed hyperlipidemia
- Hyperlipidemia
- Impotence
- Headache

Allergies

Reviewed Allergies
NKDA

Medications

Reviewed Medications

**Cialis 10 mg tablet** 08/10/15 prescribed
Take 1 tablet(s) every day by oral route for 15 days.

**fenofibrate 54 mg tablet** 10/05/15 prescribed

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob:**

Take 1 tablet(s) every day by oral route for 90 days

**modafinil 200 mg tablet** 07/08/15 filled

## Past Medical History

Discussed Past Medical History
HIGH CHOLESTEROL. Y
SLEEP DISORDER: Y - **OSA- on cpap**
Notes. ED

## Family History

Reviewed Family History
Non-contributory.

## Social History

Discussed Social History
**General Social Hx**
Smoking Status: Never smoker
Exercise level. Occasional
Alcohol intake. Occasional

## Surgical History

Reviewed Surgical History
- Colonoscopy - patient refuses- discussed on August 10, 2015

## Vitals

10/05/2015 01:25 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 4.5 in (163.83 cm) | **Wt:** | 160 lbs (72.57 kg) | **BMI:** | 27 |
| **BP:** | 128/60 sitting L arm | **T:** | 97.2 F temporal artery (36.22 C) | **Pulse:** | 70 bpm |
| **O2Sat:** | 99% Room Air at Rest | | | | |

## HPI

patient is here to discuss his labs. he has high triglycerides and he has been off of medication for it for a few years. He has stay compliant with low fat diet. He stays active. he is willing to start the prescription to lower his triglycerides again. He did side effects from it in the past. He was taking Trilipix
Patient states that he has been having headaches for almost 2 years. He gets a headache maybe once or twice a month. It happens when he is either stressed-out overworked or if he is not compliant with his CPAP machine at night. Any of these t his headache and he describes it as a very sharp throbbing headache that comes on suddenly and he takes a Tylenol and hour to 1 hr he feels better. He denies associated nausea vomiting or photophobia. He denies any weakness or paresthesi extremities. he denies dizziness with it. No blurred vision with headaches. he has no other issues today

## ROS

Patient reports no fever, no chills, and normal appetite; **no significant weight changes**. He reports no visual changes. He pain. He reports no nose/sinus problems. He reports no sore throat and no difficulty swallowing (dysphagia). He reports no palpitations, no lightheadedness, no calf or jaw pain, and no ankle edema. He reports no cough, no wheezing, and no shor He reports no nausea, no vomiting, no abdominal pain, no diarrhea, no constipation, and no heartburn. He reports no diffic He reports no swelling in the extremities and no difficulty walking. He reports no loss of consciousness, no slurred speech, finding desired words, and no loss of balance or falls. He reports no nasal congestion

## Document Review

**Discussed the following orders:**
- fenofibrate 54 mg tablet - 10/05/15

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

- CMP, SERUM OR PLASMA - 10/05/15
- LIPID PANEL, SERUM - 10/05/15

Discussed the following results:

- Lab Result - 09/08/15
  Notes - CompuNet Clinical Labs

- Lab Result - 09/08/15
  Notes - CompuNet

## Physical Exam

Patient is a 52-year-old male

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Aml ambulating normally.

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, pla

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear, EACs clear, and TMs clear. Nose: nares patent, nasal passages clear, and no sin Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged.

**Neck:** Neck: supple, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, gc movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: normal S1 and S2 and RRR and no murmurs. Pulses including femoral / pedal: norm

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, or rebound tenderness an distended.

**Musculoskeletal::** Motor Strength and Tone: normal and normal tone. Joints, Bones, and Muscles: normal movement of a Extremities: no edema

**Neurologic:** Gait and Station: normal gait and station. Reflexes: DTRs 2+ bilaterally throughout.

## QM

Provider: bsharma2

Programs: Adult Preventive Care Guidelines, Cardiac Care Guidelines, Diabetes Guidelines, Hypertension Guidelines, ML Year 2 - 2014 (Stage 1), MU Medicare - Year 3 - 2015 (Stage 2), Meaningful Use Medicare - Year 1 - 2013, PQRS 2013, F PQRS 2015 (EHR GPRO), PQRS 2015 (EHR and Registry), Pediatric Preventive Care Guidelines, Risk Identification Guic athenaBenchmark Quality Metrics

Last updated 06/07/2015

| Measure | Status |
|---|---|
| Hep C Screening | Needs Data |
| Influenza Immunization (Aug - Mar) | Needs Data |
| Influenza immunization (Full-year) | Needs Data |
| Patients view or download their health info | Needs Data |
| Secure messaging | Needs Data |
| Td/Tdap Adult Booster | Needs Data |
| Documentation of current medications | No Episodes |
| BMI Screening and Follow-Up | Out of Range |

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

| | |
|---|---|
| Hypertension screening and follow-up | Out of Range |
| Adults' access to preventive health services | Satisfied |
| BP Control (140/90) | Satisfied |
| Blood Pressure Screening | Satisfied |
| Colorectal Cancer Screening | Satisfied |
| Medication reconciliation | Satisfied |
| Provide patient information | Satisfied |
| Record demographics | Satisfied |
| Record electronic progress notes | Satisfied |
| Record family health history | Satisfied |
| Record smoking status | Satisfied |
| Record vital signs | Satisfied |
| Tobacco Use Inquiry | Satisfied |
| Tobacco screening and cessation intervention | Satisfied |

## Assessment / Plan

1. **Mixed hyperlipidemia**
   E78.2: Mixed hyperlipidemia
   - LIPID PANEL
   - COMP METAB PANEL
   - fenofibrate 54 mg tablet - Take 1 tablet(s) every day by oral route for 90 days. Qty: 90 tablet(s) Refills: 1 Pharm CLUB PHARMACY 4776
   - HIGH CHOLESTEROL: CARE INSTRUCTIONS

2. **Headache**
   R51: Headache

## Discussion

**:ussion Notes**

labs discussed with the patient. Triglycerides 250 LDL 130. Start fenofibrates. Recheck labs in 3 months. Continue low regular exercise. Patient wants to monitor for headaches for now and take Tylenol as needed he will followup if his syn He will try to be compliant with CPAP machine q.h.s.. I will see him back in 3 months

## Return to Office

- Bhavna Sharma, MD for FOLLOW UP at MFHC_MADISON FAMILY HEALTH CENTER on 12/28/2015 at 10:00 AM

## Encounter Sign-Off

Encounter signed-off by Bhavna Sharma, MD 10/05/2015.

Encounter performed and documented by Bhavna Sharma, MD
Encounter reviewed & signed by Bhavna Sharma, MD on 10/05/2015 at 5:02pm

**Encounter Date: 08/10/2015**

## Patient

| | | | |
|---|---|---|---|
| **Name** | AL-SHAREIH, MOHAMMED (52, M) ID# 26476 | **Appt. Date/Time** | 08/10/2015 01:00PM |
| **DOB** | | **Service Dept.** | MFHC_MADISON FAMILY HI CENTER |
| **Provider** | BHAVNA SHARMA, MD | | |
| **Insurance** | :d Primary: AETNA<br>Insurance # : W218475409 | | |

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

licy/Group # : 086820301400008
PCP SHARMA, BHAVNA
Referring Provider Name : SHARMA, BHAVNA
escription: CMX - Member is eligible. details

## Chief Complaint

check up, New patient establishment

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** SHARMA, BHAVNA: 102 ESSEX CT SUITE C MADISON, AL 35758-3160 8457, Fax 256-325-8454
**Referring Provider (Primary Insurance):** SHARMA, BHAVNA. 102 ESSEX CT SUITE C, MADISON, AL 35758-3160, Ph Fax 256-325-8454
**Other:** MAMOUN NAJJAR: 1222 SOMERVILLE SE RD, DECATUR, AL 35601. Ph (256) 341-0152, Fax (256) 341-0587 N

## Patient's Pharmacies

**SAM'S CLUB PHARMACY 4776 (ERX): 5651 HOLMES AVENUE N.W., HUNTSVILLE AL 35816, Ph (256) 837-7212, Fa 7210**

## Problems

- Hyperlipidemia
- Impotence

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| Name | Date |
|---|---|
| **Cialis 10 mg tablet**<br>Take 1 tablet(s) every day by oral route for 15 days | 08/10/15 prescribed |
| **modafinil 200 mg tablet** | 07/08/15 filled |

## Past Medical History

Discussed Past Medical History
HIGH CHOLESTEROL: Y
SLEEP DISORDER: Y - **OSA- on cpap**
Notes: ED

## Family History

Discussed Family History
Non-contributory.

## Social History

Discussed Social History
**General Social Hx**
Smoking Status: Never smoker.
Exercise level: Occasional.
Alcohol intake: Occasional.

## Surgical History

Reviewed Surgical History
- Colonoscopy - patient refuses- discussed on August 10, 2015

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

none

## Vitals

08/10/2015 02:33 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 4.5 in (163.83 cm) | **Wt:** | 157 lbs 6 oz (71.38 kg) | **BMI:** | 26.6 |
| **BP:** | 116/68 sitting L arm | **T:** | 96.8 F° temporal artery (36 C) | **Pulse:** | 87 bpm |
| **O2Sat:** | 98% Room Air at Rest | | | | |

## HPI

patient is here to get reestablished with me. He was seen here in July of 2011 last time. he was diagnosed with high triglyc prescribed trilipix . Patient took it for about a few months and then discontinued it because he lost his medical insurance an followed up after that. He works in Ohio and he comes here every 2-4 weeks his family is still here. Patient wants lab order cholesterol rechecked. He has been trying to stay compliant with low fat diet. He stays active. He also has problems with e the past taking Cialis helped him as needed and he wants a prescription for that. He had no side effects from Cialis. he has issues today

## ROS

Patient reports no fever, no chills, and normal appetite; **no significant weight changes**. He reports no weakness and no d **patient sometimes gets headache and his back of his head and taking Tylenol helps**. He reports no visual changes. H ear pain and no vertigo. He reports no nose/sinus problems. He reports no sore throat and no difficulty swallowing (dyspha no chest pain, no palpitations, no lightheadedness, no calf or jaw pain, and no ankle edema. He reports no cough, no whee shortness of breath. He reports no nausea, no vomiting, no abdominal pain, no diarrhea, no constipation, and no heartburn difficulty urinating. He reports no swelling in the extremities and no difficulty walking. He reports no swollen glands. He rep congestion

## Document Review

**Discussed the following orders:**

- Cialis 10 mg tablet - 08/10/15
- LIPID PANEL, SERUM - 08/10/15
- CMP, SERUM OR PLASMA - 08/10/15

## Physical Exam

Patient is a 52-year-old male.

**Constitutional:** General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD. Amb ambulating normally

**Psychiatric:** Insight: good judgement. Mental Status: normal mood and affect and active and alert. Orientation: to time, pla

**Eyes:** Lids and Conjunctivae: no discharge or pallor and non-injected. EOM: EOMI.

**ENMT:** Ears: no lesions on external ear, EACs clear, and TMs clear. Nose: nares patent, nasal passages clear, and no sin Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged

**Neck:** Neck: supple, trachea midline, and no masses. Lymph Nodes: no cervical LAD. Thyroid: no enlargement or nodules tender.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal, gc movement, and CTA except as noted.

**Cardiovascular:** Heart Auscultation: normal S1 and S2 and RRR and no murmurs. Pulses including femoral / pedal: norm

**Abdomen:** Bowel Sounds: normal. Inspection and Palpation: no tenderness, guarding, masses, or rebound tenderness an

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

distended

**Musculoskeletal:**: Motor Strength and Tone normal and normal tone Joints Bones, and Muscles normal movement of a Extremities. no edema or varicosities

**Neurologic**: Gait and Station. normal gait and station Cranial Nerves grossly intact Sensation grossly intact. Reflexes: C bilaterally throughout

## QM

Provider bsharma2

Programs Adult Preventive Care Guidelines, Cardiac Care Guidelines, Diabetes Guidelines, Hypertension Guidelines, ML Year 2 - 2014 (Stage 1), MU Medicare - Year 3 - 2015 (Stage 2), Meaningful Use Medicare - Year 1 - 2013, PQRS 2013, F PQRS 2015 (EHR GPRO), PQRS 2015 (EHR and Registry), Pediatric Preventive Care Guidelines, Risk Identification Guic athenaBenchmark Quality Metrics

Last updated 06/07/2015

| Measure | Status |
|---|---|
| Adults' access to preventive health services | Needs Data |
| Colorectal Cancer Screening | Needs Data |
| Hep C Screening | Needs Data |
| influenza Immunization (Aug - Mar) | Needs Data |
| Influenza immunization (Full-year) | Needs Data |
| Patients view or download their health info | Needs Data |
| Provide patient information | Needs Data |
| Secure messaging | Needs Data |
| Td/Tdap Adult Booster | Needs Data |
| BMI Screening and Follow-Up | Out of Range |
| BP Control (140/90) | Satisfied |
| Blood Pressure Screening | Satisfied |
| Hypertension screening and follow-up | Satisfied |
| Record demographics | Satisfied |
| Record electronic progress notes | Satisfied |
| Record family health history | Satisfied |
| Record smoking status | Satisfied |
| Record vital signs | Satisfied |
| Tobacco Use Inquiry | Satisfied |
| Tobacco screening and cessation intervention | Satisfied |

## Assessment / Plan

1. **Hyperlipidemia**
   272.4. Other and unspecified hyperlipidemia
   - CMP, SERUM OR PLASMA
   - LIPID PANEL, SERUM
   - HIGH CHOLESTEROL: AFTER YOUR VISIT

2. **Impotence**
   302.72: Psychosexual dysfunction with inhibited sexual excitement
   - Cialis 10 mg tablet - Take 1 tablet(s) every day by oral route for 15 days Qty: 1 bottle(s) of 3 Refills 5 Pharma CLUB PHARMACY 4776
   - PSA, SERUM OR PLASMA

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Discussion

**ussion Notes**

check above labs and followup in 2 weeks for recheck Patient agreed and understood

Return to Office

- Bhavna Sharma, MD for FOLLOW UP at MFHC_MADISON FAMILY HEALTH CENTER on 08/31/2015 at 11 00 AM

Encounter Sign-Off

Encounter signed-off by Bhavna Sharma, MD, 08/10/2015.

Encounter performed and documented by Bhavna Sharma, MD
Encounter reviewed & signed by Bhavna Sharma, MD on 08/10/2015 at 3.46pm

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

# Facesheet

**Demographics**

| | |
|---|---|
| Patient Name | AL-SHAREIH, MOHAMMED |
| Sex | M |
| DOB | |
| Address | |
| City/State/Zip | |
| Home Phone | |
| Mobile Phone | |
| Insurance | :d Primary: AETNA<br>Insurance # : W218475409<br>Policy/Group # : 086820301400008<br>PCP : SHARMA, BHAVNA<br>Referring Provider Name : SHARMA, BHAVNA<br>əscription: CMX - Member is eligible. details |
| Default Pharmacy | SAM'S CLUB PHARMACY 4776 (ERX)<br>5651 HOLMES AVENUE N.W.<br>HUNTSVILLE<br>AL 35816<br>Ph (256) 837-7212<br>Fax (256) 837-7212 |

**Height / Weight / BMI / BP**

| | |
|---|---|
| Height | 5 ft 4.5 in 03/14/2016 |
| Weight | 160.38 lbs 03/14/2016 |
| BMI | 27.1 03/14/2016 |
| Blood Pressure | 109 / 70 03/14/2016 |

**Problems**

- Mixed hyperlipidemia
- Hyperlipidemia
- Impotence
- Headache
- Impaired fasting glycaemia

**Surgical History**

- Colonoscopy - patient refuses- discussed on August 10, 2015

**Medications**

**Cialis 10 mg tablet** 08/10/15 presc

Take 1 tablet(s) every day by oral route for 15 days.

**fenofibrate 160 mg tablet** 03/14/16 presc

Take 1 tablet(s) every day by oral route for 90 days.

**methylphenidate 10 mg tablet** 01/07/16 filled

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

| | | |
|---|---|---|
| **methylphenidate 5 mg tablet** | 01/07/16 | filled |
| **methylphenidate ER 20 mg tablet,extended release** | 01/07/16 | filled |
| **modafinil 200 mg tablet** | 07/08/15 | filled |
| **ProAir HFA 90 mcg/actuation aerosol inhaler** | 02/22/16 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 02/22/16 | filled |

**Vaccines**
None recorded

**Allergies / Adverse Reactions**
NKDA

**Past Medical History**

| | | | |
|---|---|---|---|
| ASTHMA | Y | SLEEP DISORDER | Y, OSA- on cpap |
| HIGH CHOLESTEROL | Y | Notes | ED and impairec 12/15 |

**Social History**
**General Social Hx**
Smoking Status: Never smoker
Exercise level: Occasional
Alcohol intake: Occasional

**Family History**
Non-contributory

**Patient History - Other**
None recorded

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Lab Results

LIPID PANEL 12/20/2015 (#1234454, final)

Lab Result 12/30/2015 (#1245359, 12/19/2015 11:53am)

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Dec 30 2015 10:33am P001/002

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A

REPORT STATUS **FINAL** [illegible]

ORDERING PHYSICIAN
**SHARMA, BHAVNA**

[illegible]
[illegible]

SPECIMEN INFORMATION
SPECIMEN: [illegible]
REQUISITION: [illegible]

DOB: [illegible] AGE: [illegible]
GENDER: M FASTING: Y

ID: [illegible]
PHONE: [illegible]

CLIENT INFORMATION
COPY TO: [illegible] DR BHAVNA SHARMA
DR BHAVNA SHARMA
102 ESSEX COURT, STE C
MADISON
AL 35758

COLLECTED: [illegible] ET
RECEIVED: 12/29/2015 16:33 ET
REPORTED: 12/31/2015 04:37 ET

COMMENTS: FASTING: YES
MICROFILM NO. [illegible]

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | |
| SODIUM | [illegible] | | | 135-146 MEQ/L |
| POTASSIUM | 4.[illegible] | | | 3.5-5.3 MEQ/L |
| CHLORIDE | [illegible] | | | 98-110 MEQ/L |
| CARBON DIOXIDE | [illegible] | | | 19-30 MEQ/L |
| **GLUCOSE** | | **104** | **H** | MG/DL |

The American Diabetes Association recommends the following guidelines:

75-107 MG/DL: Fasting Reference Range
< 100 MG/DL: Normal Fasting Glucose
100-125 MG/DL: Impaired Fasting Glucose
> 126 MG/DL: Provisional diagnosis of diabetes

ADA Workgroup Report, Diabetes Care, Volume [illegible], January [illegible]

| Test Name | In Range | Out of Range | Reference Range |
|---|---|---|---|
| BUN | 15 | | 7-25 MG/DL |
| CREATININE | 1.1 | | 0.6-1.4 MG/DL |
| BUN/CREATININE RATIO | 14 | | [illegible] (CALC) |
| GFR ESTIMATED (CKD-EPI) | [illegible] | | ML/MIN/1.73M2 |

If the patient is African-American, please multiply this result by 1.159. This result has been calculated assuming the patient is Non African American.

REFERENCE RANGE: > OR = 60

| Test Name | In Range | Out of Range | Reference Range |
|---|---|---|---|
| CALCIUM | [illegible] | | 8.5-10.5 MG/DL |
| TOTAL PROTEIN | 7.[illegible] | | 6.0-8.3 GM/DL |
| ALBUMIN | 4.3 | | 3.5-5.0 GM/DL |
| GLOBULIN | [illegible] | | 1.9-3.8 GM/DL (CALC) |
| A/G RATIO | [illegible] | | [illegible] (CALC) |
| BILIRUBIN, TOTAL | [illegible] | | 0.0-1.2 MG/DL |
| AST (SGOT) | [illegible] | | 0-46 U/L |
| ALT (SGPT) | [illegible] | | 0-46 U/L |
| ALK PHOS | [illegible] | | 33-144 U/L |

ALSHAREIH, MOHAMMED A - [illegible]

Page 1 - Continued on Page

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C. MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Dec 30 2015 10:31am P002/002

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A

REPORT STATUS FINAL [illegible]

Required Clinical Information

DOB: AGE: 52
GENDER: M FASTING: Y
ID: [illegible]

COLLECTED: 12/18/2015 [illegible]
REPORTED: 12/21/2015 [illegible]

ORDERING PHYSICIAN
SHARMA, BHAVNA

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | | 206 | H | MG/DL |
| DESIRABLE: <200 MG/DL<br>BORDERLINE: 200-239 MG/DL<br>HIGHER RISK: >239 MG/DL | | | | |
| TRIGLYCERIDES | | [illegible] | H | MG/DL |
| NORMAL: <150 MG/DL<br>BORDERLINE HIGH: 150-199 MG/DL<br>HIGH: 200-499 MG/DL<br>VERY HIGH: = OR > 500 MG/DL | | | | |
| HDL-CHOLESTEROL | | 28 | L | MG/DL |
| DESIRABLE: > OR = 40 MG/DL<br>HIGHER RISK: < 40 MG/DL | | | | |
| LDL-CHOLESTEROL | | 132 | H | MG/DL (CALC) |
| OPTIMAL: <100 MG/DL<br>NEAR/ABOVE OPTIMAL: 100-129 MG/DL<br>BORDERLINE HIGH: 130-159 MG/DL<br>HIGH: 160-189 MG/DL<br>VERY HIGH: > OR = 190 MG/DL | | | | |
| VLDL CHOLESTEROL | | [illegible] | H | 4-38 MG/DL (CALC) |
| GLYCOHEMOGLOBIN A1C | | 6.4 | H | % TOTAL HGB |

The American Diabetes Association recommends the following guidelines:

5.7-6.4% indicates increased risk for diabetes (prediabetes)
> 6.4% Diagnosis of diabetes (confirm with repeat Hemoglobin A1C test).
Note: Confirmation is not required in symptomatic persons with plasma glucose levels > 200 mg/dl
< 7% indicates a diabetic patient in control
> 8% indicates a diabetic patient in possible need of intervention.

ADA Workgroup Report, Diabetic Care, Volume 33, January 2010.



Page 2 - Continued on Page

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C. MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Dec 30 2015 10:31am P002/002

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A

REPORT STATUS FINAL [illegible]

[illegible] Clinical Laboratories

DOB: AGE: 52
GENDER: M FASTING: Y
ID: [illegible]

ORDERING PHYSICIAN
SHARMA, BHAVNA

COLLECTED: 12/28/2015 [illegible] ET
REPORTED: 12/29/2015 [illegible] ET

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | | 206 | H | MG/DL |
| DESIRABLE: <200 MG/DL<br>BORDERLINE: 200-239 MG/DL<br>HIGHER RISK: >239 MG/DL | | | | |
| TRIGLYCERIDES | | 231 | H | MG/DL |
| NORMAL: <150 MG/DL<br>BORDERLINE HIGH: 150-199 MG/DL<br>HIGH: 200-499 MG/DL<br>VERY HIGH: OR > 500 MG/DL | | | | |
| HDL CHOLESTEROL | | 28 | L | MG/DL |
| DESIRABLE: OR > 40 MG/DL<br>HIGHER RISK: < 40 MG/DL | | | | |
| LDL-CHOLESTEROL | | 132 | H | MG/DL (CALC) |
| OPTIMAL: <100 MG/DL<br>NEAR/ABOVE OPTIMAL: 100-129 MG/DL<br>BORDERLINE HIGH: 130-159 MG/DL<br>HIGH: 160-189 MG/DL<br>VERY HIGH: > OR = 190 MG/DL | | | | |
| VLDL CHOLESTEROL | | 46 | H | 6-32 MG/DL (CALC) |
| GLYCOHEMOGLOBIN A1C | | 6.4 | H | % TOTAL HGB |

The American Diabetes Association recommends the following guidelines:

5.7-6.4% Indicates increased risk for diabetes (prediabetes)
> 6.5% Diagnosis of diabetes (confirm with repeat Hemoglobin A1C test).
Note: Confirmation is not required in symptomatic persons with plasma glucose levels > 200 mg/dl.
< 7% Indicates a diabetic patient in control
> 8% Indicates a diabetic patient in possible need of intervention.

ADA Workgroup Report, Diabetic Care, volume 33, January 2010.



Page 2 - Continued on Page

MFHC_MADISON FAMILY HEALTH CENTER - 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## COMP METAB PANEL 12/20/2015 (#1234403, final, 12/19/2015 11:53am)

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C. MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

CompuNet. CLINICAL LABORATORIES

Dec 20, 2015 02:18:37 AM 1 of 4

CompuNet Clinical Laboratories
CLIENT SERVICE 937 297.8260

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A

DOB: AGE: 57
GENDER: M FASTING: Y

ID: ALSMOH00101063M
PHONE: 404 510 9441

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
SHARMA, BHAVNA

CLIENT INFORMATION
00841 07
CCL PSC TROY

1850 W MAIN ST
TROY, OH 45373-2304

SPECIMEN INFORMATION
SPECIMEN: IO1525601
REQUISITION: 0009293

COLLECTED: 12/19/2015 11:53 ET
RECEIVED: 12/19/2015 16:53 ET
REPORTED: 12/19/2015 22:46 ET

COMMENTS: FASTING: YES

| Test Name | In Range | Out of Range | Reference Range |
|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | |
| SODIUM | 140 | | 135-148 MEQ/L |
| POTASSIUM | 4.2 | | 3.4-5.3 MEQ/L |
| CHLORIDE | 102 | | 96-110 MEQ/L |
| CARBON DIOXIDE | 27 | | 19-32 MEQ/L |
| GLUCOSE | | 104 H | MG/DL |
| See note 1 | | | |
| BUN | 15 | | 3-26 MG/DL |
| CREATININE | 1.1 | | 0.5-1.4 MG/DL |
| BUN/CREATININE RATIO | 14 | | 7.0-25.0 (CALC) |
| GFR ESTIMATED (CKD-EPI) | 77 | | ML/MIN/1.73M2 |
| If the patient is African-American, please multiply this result by 1.150. This result has been calculated assuming the patient is Non-African American. | | | |
| REFERENCE RANGE: > OR = 60 | | | |
| CALCIUM | 9.4 | | 8.5-10.5 MG/DL |
| TOTAL PROTEIN | 7.3 | | 6.0-8.3 GM/DL |
| ALBUMIN | 4.3 | | 3.5-5.2 GM/DL |
| GLOBULIN | 3.0 | | 1.9-3.6 GM/DL (CALC) |
| A/G RATIO | 1.4 | | 0.8-2.6 (CALC) |
| BILIRUBIN, TOTAL | 0.6 | | 0.0-1.2 MG/DL |
| AST (SGOT) | 37 | | 0-46 U/L |
| ALT (SGPT) | 58 | | 0-60 U/L |
| ALK PHOS | 113 | | 23-144 U/L |
| LIPID PANEL | | | |
| CHOLESTEROL, TOTAL | | 206 H | MG/DL |

DESIRABLE: <200 MG/DL
BORDERLINE: 200-239 MG/DL
HIGHER RISK: >239 MG/DL

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob:**

CompuNet. CLINICAL LABORATORIES

Dec 20, 2015 02:18:37 AM 2 of 4

CompuNet Clinical Laboratories

COLLECTED: 12/19/2015 11:53 ET
REPORTED: 12/19/2015 22:46 ET

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A

DOB: AGE: 52
GENDER: M FASTING: Y
ID: A:SM0H0R1010630M

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
SHARMA, BHAVNA

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| TRIGLYCERIDES | | 231 | H | MG/DL |

NORMAL: <150 MG/DL
BORDERLINE HIGH: 150-199 MG/DL
HIGH: 200-499 MG/DL
VERY HIGH: > OR = 500 MG/DL

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| HDL-CHOLESTEROL | | 28 | L | MG/DL |

DESIRABLE: > OR = 60 MG/DL
HIGHER RISK: < 40 MG/DL

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| LDL-CHOLESTEROL | | 132 | H | MG/DL (CALC) |

OPTIMAL: <100 MG/DL
NEAR/ABOVE OPTIMAL: 100-129 MG/DL
BORDERLINE HIGH: 130-159 MG/DL
HIGH: 160-189 MG/DL
VERY HIGH: > OR = 190 MG/DL

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| VLDL CHOLESTEROL | | 46 | H | 4-38 MG/DL (CALC) |
| GLYCOHEMOGLOBIN A1C | | 6.4 | H | % TOTAL HGB |

The American Diabetic Association recommends the following guidelines:

5.7-6.4% indicates increased risk for diabetes (prediabetes)
> 6.5% Diagnosis of diabetes (confirm with repeat Hemoglobin A1C test).
Note: Confirmation is not required in symptomatic persons with plasma glucose levels > 200 mg/dl.
< 7% indicates a diabetic patient in control
> 8% indicates a diabetic patient in possible need of intervention.

ADA Workgroup Report, Diabetic Care, volume 35, January 2012.

HARD COPY TO FOLLOW

NOTE(S):

1 The American Diabetic Association recommends the following guidelines:

70-100 MG/DL: Fasting Reference Range
< 100 MG/DL: Normal Fasting Glucose
100-125 MG/DL: Impaired Fasting Glucose
> 126 MG/DL: Provisional diagnosis of diabetes

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

CompuNet. CLINICAL LABORATORIES

Dec 20, 2015 02:18:37 AM 2 of 4

CompuNet Clinical Laboratories

COLLECTED: 12/19/2015 11:53 ET
REPORTED: 12/19/2015 22:08 ET

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A
DOB: AGE: 52
GENDER: M FASTING: Y
ID: A:SMDH0R101068M

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
SHARMA, BHAVNA

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| TRIGLYCERIDES | | 231 | H | MG/DL |

```
NORMAL:               <150 MG/DL
BORDERLINE HIGH:  150-199 MG/DL
HIGH:              200-499 MG/DL
VERY HIGH:     > OR = 500 MG/DL
```

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| HDL-CHOLESTEROL | | 28 | L | MG/DL |

```
DESIRABLE:       > OR = 60 MG/DL
HIGHER RISK:          < 40 MG/DL
```

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| LDL-CHOLESTEROL | | 132 | H | MG/DL (CALC) |

```
OPTIMAL:                   <100 MG/DL
NEAR/ABOVE OPTIMAL: 100-129 MG/DL
BORDERLINE HIGH:    130-159 MG/DL
HIGH                160-189 MG/DL
VERY HIGH:     > OR = 190 MG/DL
```

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| VLDL CHOLESTEROL | | 46 | H | 4-38 MG/DL (CALC) |
| GLYCOHEMOGLOBIN A1C | | 6.4 | H | % TOTAL HGB |

The American Diabetic Association recommends the following guidelines:

```
5.7-6.4%   indicates increased risk for diabetes (prediabetes)
  > 6.5%   Diagnosis of diabetes (confirm with repeat
           Hemoglobin A1C test).
           Note: Confirmation is not required in symptomatic
                 persons with plasma glucose levels > 200 mg/dl.
    < 7%   indicates a diabetic patient in control
    > 8%   indicates a diabetic patient in possible need of
           intervention.
```

ADA Workgroup Report, Diabetic Care, volume 35, January 2012.

HARD COPY TO FOLLOW

NOTE(S):

1 The American Diabetic Association recommends the following guidelines:

```
 70-100  MG/DL:  Fasting Reference Range
< 100    MG/DL:  Normal Fasting Glucose
 100-125 MG/DL:  Impaired Fasting Glucose
> 126    MG/DL:  Provisional diagnosis of diabetes
```

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

CompuNet. CLINICAL LABORATORIES

Dec 20, 2015 02:18:37 AM 3 of 4

CompuNet Clinical Laboratories

| | | | |
|---|---|---|---|
| | PATIENT INFORMATION | | REPORT STATUS FINAL REPRINT |
| | ALSHAREIH, MOHAMMED A | | |
| | | | ORDERING PHYSICIAN |
| | DOB: | AGE: 52 | SHARMA, BHAVNA |
| COLLECTED: 12/19/2015 11:53 ET | GENDER: M FASTING: Y | | |
| REPORTED: 12/19/2015 22:38 ET | ID: A:SMCH081010630 | | |

NOTE(S):

ADA Workgroup Report, Diabetic Care, volume 35, January 2012

PERFORMING LABORATORY INFORMATION

ID COMPUNET CLINICAL LAB, 2308 SANDRIDGE DRIVE, DAYTON, OH 45439-1847
Laboratory Director: DANIEL L. HODD, MD, CLIA: 36D0350049

DUPLICATE REPORT WILL BE SENT TO:

DR BHAVNA SHARMA
102 ESSEX COURT, STE C
MADISON
AL 35758

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

CompuNet.
CLINICAL LABORATORIES

Dec 20, 2015 02:18:37 AM 3 of 4

PATIENT INFORMATION
ALSHAREIH,MOHAMMED A

REPORT STATUS FINAL REPRINT

CompuNet Clinical Laboratories

DOB: AGE: 52

ORDERING PHYSICIAN
SHARMA,BHAVNA

COLLECTED: 12/18/2015 11:53 ET
REPORTED: 12/18/2015 22:46 ET

GENDER: M FASTING: Y
ID: ALSMEHM08101063M

NOTE(S):

ADA Workgroup Report, Diabetic Care, volume 35, January 2012

PERFORMING LABORATORY INFORMATION

TO COMPUNET CLINICAL LAB, 2308 SANDRIDGE DRIVE, DAYTON, OH 45439-1847
Laboratory Director: DANIEL L. HOOD, MD, CLIA: 36D0350049

DUPLICATE REPORT WILL BE SENT TO:

DR BHAVNA SHARMA
102 ESSEX COURT, STE C
MADISON
AL 35758

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

CompuNet. CLINICAL LABORATORIES

Dec 20, 2015 02:18:37 AM 4 of 4

F A X C O V E R S H E E T

Fax No : 12563258450

Date: 12/20/2015 2:16 AM

WARNING: THIS FAX CONTAINS CONFIDENTIAL MEDICAL INFORMATION.

The medical information in this FAX message is confidential and protected by both State and Federal Law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited. If you have received this FAX in error, please notify us immediately at the telephone number indicated below and either destroy these documents or return the originals to us by mail. Thank you.

COMPUNET CLINICAL LABORATORIES

Attn. Client Services Manager

2308 SANDRIDGE DRIVE
DAYTON, OH 45439-1847
(937) 297-8260

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob:**

CompuNet. CLINICAL LABORATORIES

Dec 20, 2015 02:18:37 AM 4 of 4

F A X C O V E R S H E E T

Fax No : 12563258050

Date: 12/20/2015 2:16 AM

WARNING: THIS FAX CONTAINS CONFIDENTIAL MEDICAL INFORMATION.

The medical information in this FAX message is confidential and protected by both State and Federal Law. It is unlawful for unauthorized persons to review, copy, disclose, or disseminate confidential medical information. If the reader of this warning is not the intended FAX recipient or the intended recipient's agent, you are hereby notified that you have received this FAX message in error and that review or further disclosure of the information contained in this FAX is strictly prohibited. If you have received this FAX in error, please notify us immediately at the telephone number indicated below and either destroy these documents or return the originals to us by mail. Thank you.

COMPUNET CLINICAL LABORATORIES

Attn. Client Services Manager

2308 SANDRIDGE DRIVE
DAYTON, OH 45439-1847
(937) 297-8250

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Lab Result 09/15/2015 (#1072410, 09/08/2015 12:08pm)

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Sep 15 2015 05:27am P001/003

PATIENT INFORMATION
**ALSHAREIH, MOHAMMED A**

REPORT STATUS **FINAL** REPRINT

[illegible] Clinical Laboratories
CLIENT SERVICES [illegible]

DOB: AGE: 62
GENDER: M FASTING: Y

ORDERING PHYSICIAN
**SHARMA, BHAVNA**

SPECIMEN INFORMATION
SPECIMEN: [illegible]
REQUISITION: [illegible]

ID: [illegible]
PHONE: 404-510-1441

CLIENT INFORMATION
COPY TO: BHAVNA SHARMA, M
BHAVNA SHARMA, MD
102 ESSEX COURT, STE C
MADISON
AL 35758

COLLECTED: 09/09/2015 12:09 ET
RECEIVED: 09/09/2015 18:41 ET
REPORTED: 09/09/2015 05:18 ET

COMMENTS: FASTING:YES
AN UPDATE OR CORRECTION HAS BEEN MADE TO GFR

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | |
| SODIUM | 141 | | | 135-148 MEQ/L |
| POTASSIUM | 4.9 | | | 3.4-5.3 MEQ/L |
| CHLORIDE | 102 | | | 98-110 MEQ/L |
| CARBON DIOXIDE | 27 | | | 19-32 MEQ/L |
| **GLUCOSE** | | **104** | **H** | MG/DL |

The American Diabetic Association recommends the following guidelines:

70-100 MG/DL: Fasting Reference Range
< 100 MG/DL: Normal Fasting Glucose
100-125 MG/DL: Impaired Fasting Glucose
> 126 MG/DL: Provisional diagnosis of diabetes

ADA Workgroup Report, Diabetic Care, volume 37, January 2014

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| BUN | 13 | | | 7-25 MG/DL |
| CREATININE | 1.0 | | | 0.5-1.4 MG/DL |
| BUN/CREATININE RATIO | 13 | | | 9.0-20.0 (CALC) |
| GFR ESTIMATED (CKD-EPI) | 86 | | | ML/MIN/1.73M2 |

If the patient is African-American, please multiply this result by 1.159. This result has been calculated assuming the patient is Non African American

REFERENCE RANGE: > OR = 60

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| CALCIUM | 9.5 | | | 8.5-10.5 MG/DL |
| TOTAL PROTEIN | 7.3 | | | 6.0-8.3 GM/DL |
| ALBUMIN | 4.4 | | | 3.5-5.2 GM/DL |
| GLOBULIN | 2.9 | | | 1.9-3.6 GM/DL (CALC) |
| A/G RATIO | 1.5 | | | 0.8-2.6 (CALC) |
| BILIRUBIN, TOTAL | 0.3 | | | 0.3-1.2 MG/DL |
| AST (SGOT) | 42 | | | 0-44 U/L |
| ALT (SGPT) | | 66 | H | 0-60 U/L |
| ALK PHOS | 122 | | | 23-144 U/L |

ALSHAREIH, MOHAMMED A - [illegible]

Page 1 - Continued on Page

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C. MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Sep 15 2015 09:27am P002/003

REPORT STATUS: FINAL REPORT

PATIENT INFORMATION
**ALSHAREIH, MOHAMMED A**

DOB: AGE: 32
GENDER: M FASTING: Y
ID: ALSMOH08101963H

ORDERING PHYSICIAN
**SHARMA, BHAVNA**

COLLECTED: 09/04/2015 [illegible] ET
REPORTED: 09/09/2015 [illegible]

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | | 215 | H | MG/DL |
| DESIRABLE: <200 MG/DL | | | | |
| BORDERLINE: 200-239 MG/DL | | | | |
| HIGHER RISK: >239 MG/DL | | | | |
| TRIGLYCERIDES | | 250 | H | MG/DL |
| NORMAL: <150 MG/DL | | | | |
| BORDERLINE HIGH: 150-199 MG/DL | | | | |
| HIGH: 200-499 MG/DL | | | | |
| VERY HIGH: > OR = 500 MG/DL | | | | |
| HDL-CHOLESTEROL | | 35 | L | MG/DL |
| DESIRABLE: > OR = 60 MG/DL | | | | |
| HIGHER RISK: < 40 MG/DL | | | | |
| LDL-CHOLESTEROL | | 130 | H | MG/DL (CALC) |
| OPTIMAL: <100 MG/DL | | | | |
| NEAR/ABOVE OPTIMAL: 100-129 MG/DL | | | | |
| BORDERLINE HIGH: 130-159 MG/DL | | | | |
| HIGH: 160-189 MG/DL | | | | |
| VERY HIGH: > OR = 190 MG/DL | | | | |
| VLDL CHOLESTEROL | | 50 | H | 4-38 MG/DL (CALC) |
| CBC, PLATELET CT & DIFF | | | | |
| WHITE BLOOD CELL COUNT | 6.8 | | | 3.8-10.8 K/MM3 |
| RED BLOOD CELL COUNT | 5.51 | | | 4.40-5.80 M/MM3 |
| HEMOGLOBIN | 15.3 | | | 13.8-17.2 G/DL |
| HEMATOCRIT | 46.5 | | | 41.0-50.0 % |
| MCV | 82.1 | | | 80.0-100.0 FL |
| MCH | 27.9 | | | 27.0-33.0 PG |
| MCHC | 33.2 | | | 32.0-36.0 G/DL |
| RDW | 14.1 | | | 9.0-15.0 % |
| PLATELET COUNT | 247 | | | 140-400 K/MM3 |
| ABSOLUTE NEUTROPHILS | 4.3 | | | 1.5-7.8 K/MM3 |
| ABSOLUTE LYMPHOCYTES | 3.0 | | | 0.9-4.1 K/MM3 |
| ABSOLUTE MONOCYTES | 0.6 | | | 0.2-1.1 K/MM3 |
| ABSOLUTE EOSINOPHILS | 0.3 | | | 0.0-0.6 K/MM3 |
| ABSOLUTE BASOPHILS | 0.0 | | | 0.0-0.3 K/MM3 |
| NEUTROPHILS | 50.2 | | | 40.0-75.0 % |

ALSHAREIH,MOHAMMED A - [illegible]

Page 2 - Continued on Page

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Sep 15 2015 09:27am P002/003

[illegible]: ALSHAREIH, MOHAMMED A

[illegible]: FINAL REPORT

[illegible]

ORDERING PHYSICIAN: SHARMA, BHAVNA

COLLECTED: 09/08/2015 [illegible] ET

REPORTED: 09/09/2015 [illegible]

DOB: AGE: 52

GENDER: M FASTING: Y

ID: [illegible]

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | | 215 | H | MG/DL |
| DESIRABLE: <200 MG/DL<br>BORDERLINE: 200-239 MG/DL<br>HIGHER RISK: >239 MG/DL | | | | |
| TRIGLYCERIDES | | 253 | H | MG/DL |
| NORMAL: <150 MG/DL<br>BORDERLINE HIGH: 150-199 MG/DL<br>HIGH: 200-499 MG/DL<br>VERY HIGH: > OR = 500 MG/DL | | | | |
| HDL CHOLESTEROL | | 35 | L | MG/DL |
| DESIRABLE: > OR = 60 MG/DL<br>HIGHER RISK: < 40 MG/DL | | | | |
| LDL-CHOLESTEROL | | 130 | H | MG/DL (CALC) |
| OPTIMAL: <100 MG/DL<br>NEAR/ABOVE OPTIMAL: 100-129 MG/DL<br>BORDERLINE HIGH: 130-159 MG/DL<br>HIGH: 160-189 MG/DL<br>VERY HIGH: > OR = 190 MG/DL | | | | |
| VLDL CHOLESTEROL | | 50 | H | 4-38 MG/DL (CALC) |
| CBC, PLATELET CT & DIFF | | | | |
| WHITE BLOOD CELL COUNT | 6.6 | | | 3.8-10.8 K/MM3 |
| RED BLOOD CELL COUNT | 5.51 | | | 4.40-5.80 M/MM3 |
| HEMOGLOBIN | 15.3 | | | 13.8-17.2 G/DL |
| HEMATOCRIT | 46.5 | | | 41.0-50.0 % |
| MCV | 84.1 | | | 80.0-100.0 FL |
| MCH | 27.9 | | | 27.0-33.0 PG |
| MCHC | 33.2 | | | 32.0-36.0 G/DL |
| RDW | 14.1 | | | 9.0-15.0 % |
| PLATELET COUNT | 247 | | | 140-400 K/MM3 |
| ABSOLUTE NEUTROPHILS | 4.2 | | | 1.5-7.8 K/MM3 |
| ABSOLUTE LYMPHOCYTES | 3.5 | | | 0.9-4.1 K/MM3 |
| ABSOLUTE MONOCYTES | 0.6 | | | 0.2-1.1 K/MM3 |
| ABSOLUTE EOSINOPHILS | 0.3 | | | 0.0-0.6 K/MM3 |
| ABSOLUTE BASOPHILS | 0.0 | | | 0.0-0.2 K/MM3 |
| NEUTROPHILS | 50.2 | | | 40.0-75.0 % |

ALSHAREIH, MOHAMMED A - [illegible]

Page 2 - Continued on Page

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Sep 15 2015 09:28am P003/003

[illegible] STATUS FINAL [illegible]

[illegible]
ALSHAREIH, MOHAMMED A

[illegible]

AGE: 52

[illegible]
SHARMA, BHAVNA

COLLECTED: [illegible]/2015 [illegible] ET
REPORTED: [illegible]/2015 [illegible] ET

GEND E: M FASTING: Y
ID: [illegible]

| Test Name | In Range | Out of Range | Reference Range |
|---|---|---|---|
| LYMPHOCYTES | 26.7 | | 20.0-47.0 % |
| MONOCYTES | 7.2 | | 0-14.0 % |
| EOSINOPHILS | 2.5 | | 0.0-7.0 % |
| BASOPHILS | 0.3 | | 0.0-2.0 % |
| PROSTATE SPECIFIC ANTIGEN TOTAL | | | |
| PSA | 0.35 | | <4.0 NG/ML |

**PERFORMING LABORATORY INFORMATION**

[illegible]

ORIGINAL REPORT SENT TO: [illegible]

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C. MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Sep 15 2015 05:28am P003/003

[illegible] FINAL [illegible]

[illegible]
ALSHAREIH, MOHAMMED A

[illegible]
SHARMA, BHAVNA

[illegible]

| | | |
|---|---|---|
| COLLECTED: [illegible] [illegible] ET | DOB: | AGE: [illegible] |
| REPORTED: [illegible] [illegible] ET | GENDER: M FASTING: Y | ID: [illegible] |

| Test Name | In Range | Out of Range | Reference Range |
|---|---|---|---|
| LYMPHOCYTES | 26.7 | | [illegible] |
| MONOCYTES | [illegible] | | [illegible] |
| EOSINOPHILS | [illegible] | | [illegible] |
| BASOPHILS | [illegible] | | [illegible] |
| PROSTATE SPECIFIC ANTIGEN | | | |
| TOTAL PSA | 0.25 | | <4.0 NG/ML |

**PERFORMING LABORATORY INFORMATION**

[illegible]

[illegible] REPORT SENT TO: [illegible]

ALSHAREIH, MOHAMMED A - [illegible]

Page 3 - End of Report

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Lab Result 09/09/2015 (#1064263, 09/08/2015 12:08pm)

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

CompuNet.
CLINICAL LABORATORIES

Sep 9 2015 09:47am P001/003

| | | |
|---|---|---|
| | PATIENT INFORMATION<br>ALSHAREIH, MOHAMMED A | REPORT STATUS FINAL REPRINT |
| CompuNet Clinical Laboratories<br>CLIENT SERVICE 937.297.8200 | DOB: AGE: 52<br>GENDER: M FASTING: Y | ORDERING PHYSICIAN<br>SHARMA, BHAVNA |
| SPECIMEN INFORMATION<br>SPECIMEN: I0795990K<br>REQUISITION: 0008886 | ID: ALSMO108101983M<br>PHONE: 404-510-9941 | CLIENT INFORMATION<br>09841 DAE<br>CCL PSC TROY |
| COLLECTED: 09/08/2015 12:08 ET<br>RECEIVED: 09/08/2015 18:53 ET<br>REPORTED: 09/09/2015 00:10 ET | | 1860 W MAIN ST<br>TROY, OH 45373-2304 |

COMMENTS: FASTING YES
AN UPDATE OR CORRECTION HAS BEEN MADE TO NAME

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | |
| SODIUM | 141 | | | 135-148 MEQ/L |
| POTASSIUM | 4.9 | | | 3.4-5.3 MEQ/L |
| CHLORIDE | 102 | | | 96-110 MEQ/L |
| CARBON DIOXIDE | 29 | | | 19-32 MEQ/L |
| GLUCOSE | | 109 | H | MG/DL |
| See note 1 | | | | |
| BUN | 13 | | | 3-29 MG/DL |
| CREATININE | 1.0 | | | 0.5-1.4 MG/DL |
| BUN/CREATININE RATIO | 13 | | | 7.0-25.0 (CALC) |
| GFR ESTIMATED (CKD-EPI) | 86 | | | ML/MIN/1.73M2 |

If the patient is African-American, please multiply this result by 1.159. This result has been calculated assuming the patient is Non-African American.

REFERENCE RANGE: > OR = 60

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| CALCIUM | 9.5 | | | 8.5-10.5 MG/DL |
| TOTAL PROTEIN | 7.3 | | | 6.0-8.3 GM/DL |
| ALBUMIN | 4.4 | | | 3.5-5.2 GM/DL |
| GLOBULIN | 2.9 | | | 1.9-3.8 GM/DL (CALC) |
| A/G RATIO | 1.5 | | | 0.8-2.6 (CALC) |
| BILIRUBIN, TOTAL | 0.5 | | | 0.0-1.2 MG/DL |
| AST (SGOT) | 42 | | | 0-46 U/L |
| ALT (SGPT) | | 66 | H | 0-60 U/L |
| ALK PHOS | 102 | | | 23-144 U/L |
| LIPID PANEL | | | | |
| CHOLESTEROL, TOTAL | | 215 | H | MG/DL |

DESIRABLE: <200 MG/DL
BORDERLINE: 200-239 MG/DL
HIGHER RISK: >239 MG/DL



Page 1 - Continued on Page

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Sep 9 2015 09:47am P002/003

CompuNet.
CLINICAL LABORATORIES

CompuNet Clinical Laboratories

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A
DOB: AGE: 52
GENDER: M FASTING: Y
ID: ALSMOH08101963M

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
SHARMA, BHAVNA

COLLECTED: 09/08/2015 12:08 ET
REPORTED: 09/09/2015 08:10 ET

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| TRIGLYCERIDES | | 250 | H | MG/DL |

NORMAL: <150 MG/DL
BORDERLINE HIGH: 150-199 MG/DL
HIGH: 200-499 MG/DL
VERY HIGH: > OR = 500 MG/DL

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| HDL-CHOLESTEROL | | 35 | L | MG/DL |

DESIRABLE: > OR = 60 MG/DL
HIGHER RISK: < 40 MG/DL

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| LDL-CHOLESTEROL | | 130 | H | MG/DL (CALC) |

OPTIMAL: <100 MG/DL
NEAR/ABOVE OPTIMAL: 100-129 MG/DL
BORDERLINE HIGH: 130-159 MG/DL
HIGH: 160-189 MG/DL
VERY HIGH: > OR = 190 MG/DL

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| VLDL CHOLESTEROL | | 50 | H | 4-38 MG/DL (CALC) |
| CBC, PLATELET CT & DIFF | | | | |
| WHITE BLOOD CELL COUNT | 8.6 | | | 3.8-10.8 K/MM3 |
| RED BLOOD CELL COUNT | 5.61 | | | 4.40-5.80 M/MM3 |
| HEMOGLOBIN | 15.[illegible] | | | 13.8-17.2 G/DL |
| HEMATOCRIT | 46.0 | | | 41.0-50.0 % |
| MCV | 82.1 | | | 80.0-100.0 FL |
| MCH | 27.3 | | | 27.0-33.0 PG |
| MCHC | 33.2 | | | 32.0-36.0 G/DL |
| RDW | 14.1 | | | 9.0-15.0 % |
| PLATELET COUNT | 247 | | | 130-400 K/MM3 |
| ABSOLUTE NEUTROPHILS | 4.3 | | | 1.5-7.8 K/MM3 |
| ABSOLUTE LYMPHOCYTES | 3.3 | | | 0.9-4.1 K/MM3 |
| ABSOLUTE MONOCYTES | 0.6 | | | 0.2-1.1 K/MM3 |
| ABSOLUTE EOSINOPHILS | 0.3 | | | 0.0-0.6 K/MM3 |
| ABSOLUTE BASOPHILS | 0.0 | | | 0.0-0.3 K/MM3 |
| NEUTROPHILS | 50.3 | | | 40.0-75.0 % |
| LYMPHOCYTES | 38.7 | | | 18.0-47.0 % |
| MONOCYTES | 7.2 | | | 0-14.0 % |
| EOSINOPHILS | 3.5 | | | 0.0-7.0 % |
| BASOPHILS | 0.3 | | | 0.0-2.0 % |

PROSTATE SPECIFIC ANTIGEN
TOTAL

ALSHAREIH, MOHAMMED A - TD795980K

Page 2 - Continued on Page

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Sep 9 2015 09:47am P002/003

CompuNet. Clinical Laboratories

CompuNet Clinical Laboratories

COLLECTED: 09/08/2015 17:08 ET
REPORTED: 09/09/2015 00:10 ET

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A

DOB: AGE: 52
GENDER: M FASTING: Y
ID: ALSMOH08101963M

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
SHARMA, BHAVNA

| Test Name | In Range | Out of Range | | Reference Range |
|---|---|---|---|---|
| TRIGLYCERIDES | | 250 | H | MG/DL |
| NORMAL: <150 MG/DL | | | | |
| BORDERLINE HIGH: 150-199 MG/DL | | | | |
| HIGH: 200-499 MG/DL | | | | |
| VERY HIGH: > OR = 500 MG/DL | | | | |
| HDL-CHOLESTEROL | | 35 | L | MG/DL |
| DESIRABLE: > OR = 60 MG/DL | | | | |
| HIGHER RISK: < 40 MG/DL | | | | |
| LDL-CHOLESTEROL | | 130 | H | MG/DL (CALC) |
| OPTIMAL: <100 MG/DL | | | | |
| NEAR/ABOVE OPTIMAL: 100-129 MG/DL | | | | |
| BORDERLINE HIGH: 130-159 MG/DL | | | | |
| HIGH: 160-189 MG/DL | | | | |
| [illegible]: > OR = 190 MG/DL | | | | |
| VLDL CHOLESTEROL | | 50 | H | 4-38 MG/DL (CALC) |
| CBC, PLATELET CT & DIFF | | | | |
| WHITE BLOOD CELL COUNT | 8.6 | | | 3.8-10.8 K/MM3 |
| RED BLOOD CELL COUNT | 5.61 | | | 4.40-5.80 M/MM3 |
| HEMOGLOBIN | 15.3 | | | 13.8-17.2 G/DL |
| HEMATOCRIT | 46.0 | | | 41.0-50.0 % |
| MCV | 82.1 | | | 80.0-100.0 FL |
| MCH | 27.3 | | | 27.0-33.0 PG |
| MCHC | 33.2 | | | 32.0-36.0 G/DL |
| RDW | 14.1 | | | 9.0-15.0 % |
| PLATELET COUNT | 247 | | | 130-400 K/MM3 |
| ABSOLUTE NEUTROPHILS | 4.3 | | | 1.5-7.8 K/MM3 |
| ABSOLUTE LYMPHOCYTES | 3.3 | | | 0.9-4.1 K/MM3 |
| ABSOLUTE MONOCYTES | 0.6 | | | 0.2-1.1 K/MM3 |
| ABSOLUTE EOSINOPHILS | 0.3 | | | 0.0-0.6 K/MM3 |
| ABSOLUTE BASOPHILS | 0.0 | | | 0.0-0.3 K/MM3 |
| NEUTROPHILS | 50.3 | | | 40.0-75.0 % |
| LYMPHOCYTES | 38.7 | | | 18.0-47.0 % |
| MONOCYTES | 7.2 | | | 0-14.0 % |
| EOSINOPHILS | 3.5 | | | 0.0-7.0 % |
| BASOPHILS | 0.3 | | | 0.0-2.0 % |
| PROSTATE SPECIFIC ANTIGEN | | | | |
| TOTAL | | | | |

ALSHAREIH, MOHAMMED A - T0795980K

Page 2 - Continued on Page

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Sep 9 2015 09:47am P003/003

CompuNet.
CLINICAL LABORATORIES

Sep 09, 2015 10:42:01 AM

CompuNet Clinical Laboratories

COLLECTED: 09/08/2015 12:00 ET
REPORTED: 09/09/2015 00:10 ET

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A

DOB: ) AGE: 52
GENDER: M FASTING: Y
ID: ALSMOH08101963M

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
SHARMA, BHAVNA

| Test Name | In Range | Out of Range | Reference Range |
|---|---|---|---|
| PSA | 0.35 | | <4.0 NG/ML |

HARD COPY TO FOLLOW

NOTE(S):

1 The American Diabetic Association recommends the following guidelines:

70-100 MG/DL: Fasting Reference Range
< 100 MG/DL: Normal Fasting Glucose
100-125 MG/DL: Impaired Fasting Glucose
> 126 MG/DL: Provisional diagnosis of diabetes

ADA Workgroup Report, Diabetic Care, volume 35, January 2012

PERFORMING LABORATORY INFORMATION
IO COMPUNET CLINICAL LAB, 2308 SANDRIDGE DRIVE, DAYTON, OH 45439-1847
Laboratory Director: DANIEL L. HOOD, MD, CLIA: 3600358049

DUPLICATE REPORT WILL BE SENT TO: BHAVNA SHARMA, MD
102 ESSEX COURT, STE C
MADISON
AL 35758

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Sep 9 2015 09:47am P003/003

Sep 09, 2015 10:42:01 AM

CompuNet.
CLINICAL LABORATORIES

CompuNet Clinical Laboratories

COLLECTED: 09/08/2015 12:00 ET
REPORTED: 09/09/2015 08:10 ET

PATIENT INFORMATION
ALSHAREIH, MOHAMMED A

DOB: AGE: 52
GENDER: M FASTING: Y
ID: ALSMOH08101963M

REPORT STATUS FINAL REPRINT

ORDERING PHYSICIAN
SHARMA, BHAVNA

| Test Name | In Range | Out of Range | Reference Range |
| --- | --- | --- | --- |
| PSA | 0.35 | | <4.0 NG/ML |

HARD COPY TO FOLLOW

NOTE(S):

1 The American Diabetic Association recommends the following guidelines:

70-100 MG/DL: Fasting Reference Range
< 100 MG/DL: Normal Fasting Glucose
100-125 MG/DL: Impaired Fasting Glucose
> 126 MG/DL: Provisional diagnosis of diabetes

ADA Workgroup Report, Diabetic Care, volume 35, January 2012

PERFORMING LABORATORY INFORMATION
I0 COMPUNET CLINICAL LAB, 2308 SANDRIDGE DRIVE, DAYTON, OH 45439-1847
Laboratory Director: DANIEL L. HOOD, MD, CLIA: 36D0350049

DUPLICATE REPORT WILL BE SENT TO: BHAVNA SHARMA, MD
102 ESSEX COURT, STE C
MADISON
AL 35758

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Lab Orders

# Lab Order 03/14/2016

| Order To | Ordering Provider |
|---|---|
| CRESTWOOD MEDICAL CENTER LAB<br><br>1 HOSPITAL DR<br>HUNTSVILLE, AL 35801<br><br>Phone: (256) 429-5165<br><br>Fax: (256) 429-4628 | BHAVNA SHARMA, MD<br>MFHC_MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT SUITE C<br>MADISON, AL 35758-3161<br>Phone: (256) 325-8457<br>Fax: (256) 325-8454 |

**Order**

Orders included: 1

Impaired fasting glycaemia | ICD-10: R73.01: Impaired fasting glucose
- HGBA1C | hemoglobin A1C | BILL: Third Party

| | |
|---|---|
| Patient Name | AL-SHAREIH, MOHAMMED |
| Sex - DOB - Age | M 52 YR |
| Address | |
| Phone | h: (404) 921-4377 w: |
| Primary Insurance | AETNA<br>ID: W218475409<br>Group: 086820301400008<br>Policy Holder: AL-SHAREIH, MOHAMMED A<br><br>Eligibility: Member is eligible. (Verified 03/11/2016) |
| Primary Insurance Holder Name | AL-SHAREIH * MOHAMMED * |
| Primary Insurance Holder DOB | |
| Secondary Insurance | None recorded. |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

Electronically Signed by: BHAVNA SHARMA, MD

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

BHAVNA SHARMA, MD

# Lab Order 03/14/2016

| Order To | Ordering Provider |
|---|---|
| CRESTWOOD MEDICAL CENTER LAB<br><br>1 HOSPITAL DR<br>HUNTSVILLE, AL 35801<br><br>Phone: (256) 429-5165<br><br>Fax: (256) 429-4628 | BHAVNA SHARMA, MD<br>MFHC_MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT SUITE C<br>MADISON, AL 35758-3161<br>Phone: (256) 325-8457<br>Fax: (256) 325-8454 |

**Order**

Orders included: 1

Hyperlipidemia | ICD-10: E78.5: Hyperlipidemia, unspecified

- CMP | comp metab panel | BILL: Third Party

| | |
|---|---|
| Patient Name | AL-SHAREIH, MOHAMMED |
| Sex - DOB - Age | M 0 52 YR |
| Address | |
| Phone | h: w: |
| Primary Insurance | AETNA<br>ID: W218475409<br>Group: 086820301400008<br>Policy Holder: AL-SHAREIH, MOHAMMED A<br><br>Eligibility: Member is eligible. (Verified 03/11/2016) |
| Primary Insurance Holder Name | AL-SHAREIH * MOHAMMED * |
| Primary Insurance Holder DOB | |
| Secondary Insurance | None recorded. |
| Drawn by:<br><br>Date/Time Drawn: | |
| Fasting?:<br><br>Other/Notes: | - None Needed<br>- 8 HR<br>- 12 HR |
| CC: | |

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

BHAVNA SHARMA, MD

# Lab Order 03/14/2016

| Order To | Ordering Provider |
|---|---|
| CRESTWOOD MEDICAL CENTER LAB<br><br>1 HOSPITAL DR<br>HUNTSVILLE, AL 35801<br><br>Phone: (256) 429-5165<br><br>Fax: (256) 429-4628 | BHAVNA SHARMA, MD<br>MFHC_MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT SUITE C<br>MADISON, AL 35758-3161<br>Phone: (256) 325-8457<br>Fax: (256) 325-8454 |

**Order**

Orders included: 1

Hyperlipidemia | ICD-10: E78.5: Hyperlipidemia, unspecified

- LIPID | lipid panel | BILL: Third Party

| | |
|---|---|
| Patient Name | AL-SHAREIH, MOHAMMED |
| Sex - DOB - Age | M 52 YR |
| Address | |
| Phone | h: w: |
| Primary Insurance | AETNA<br>ID: W218475409<br>Group: 086820301400008<br>Policy Holder: AL-SHAREIH, MOHAMMED A<br><br>Eligibility: Member is eligible. (Verified 03/11/2016) |
| Primary Insurance Holder Name | AL-SHAREIH * MOHAMMED * |
| Primary Insurance Holder DOB | ( |
| Secondary Insurance | None recorded. |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

BHAVNA SHARMA, MD

Lab Order

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

| Order To | Ordering Provider |
|---|---|
| CRESTWOOD MEDICAL CENTER LAB<br><br>1 HOSPITAL DR<br>HUNTSVILLE, AL 35801<br><br>Phone: (256) 429-5165<br><br>Fax: (256) 429-4628 | BHAVNA SHARMA, MD<br>MFHC_MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT SUITE C<br>MADISON, AL 35758-3161<br>Phone: (256) 325-8457<br>Fax: (256) 325-8454 |

Order

Orders included: 1

Mixed hyperlipidemia | ICD-10: E78.2: Mixed hyperlipidemia
- CMP | comp metab panel | BILL: Third Party

| | |
|---|---|
| Patient Name | AL-SHAREIH, MOHAMMED |
| Sex - DOB - Age | M 52 YR |
| Address | 35814 |
| Phone | h: w: |
| Primary Insurance | AETNA<br>ID: W210475409<br>Group: 086820301400008<br>Policy Holder: AL-SHAREIH, MOHAMMED A<br><br>Eligibility: Member is eligible. (Verified 03/11/2016) |
| Primary Insurance Holder Name | AL-SHAREIH * MOHAMMED * |
| Primary Insurance Holder DOB | |
| Secondary Insurance | None recorded. |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

BHAVNA SHARMA, MD

# Lab Order 10/05/2015

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

| Order To | Ordering Provider |
|---|---|
| CRESTWOOD MEDICAL CENTER LAB<br><br>1 HOSPITAL DR<br>HUNTSVILLE, AL 35801<br><br>Phone: (256) 429-5165<br><br>Fax: (256) 429-4628 | BHAVNA SHARMA, MD<br>MFHC_MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT SUITE C<br>MADISON, AL 35758-3161<br>Phone: (256) 325-8457<br>Fax: (256) 325-8454 |

Order

Orders included: 1

Mixed hyperlipidemia | ICD-10: E78.2: Mixed hyperlipidemia
- LIPID | lipid panel | BILL: Third Party

| | |
|---|---|
| Patient Name | AL-SHAREIH, MOHAMMED |
| Sex - DOB - Age | M |
| Address | |
| Phone | h: w: |
| Primary Insurance | AETNA<br>ID: W218475400<br>Group: 086820301400008<br>Policy Holder: AL-SHAREIH, MOHAMMED A<br><br>Eligibility: Member is eligible. (Verified 03/11/2016) |
| Primary Insurance Holder Name | AL-SHAREIH * MOHAMMED * |
| Primary Insurance Holder DOB | |
| Secondary Insurance | None recorded. |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

BHAVNA SHARMA, MD

# Lab Order 08/10/2015

| Order To | Ordering Provider |
|---|---|

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C. MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

| | |
|---|---|
| CRESTWOOD MEDICAL CENTER LAB<br><br>1 HOSPITAL DR<br>HUNTSVILLE, AL 35801<br><br>Phone: (256) 429-5165<br><br>Fax: (256) 429-4628 | BHAVNA SHARMA, MD<br>MFHC_MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT SUITE C<br>MADISON, AL 35758-3161<br>Phone: (256) 325-8457<br>Fax: (256) 325-8454 |

**Order**

Orders included: 1

Impotence | ICD-9: 302.72: Psychosexual dysfunction with inhibited sexual excitement
- PSASCRN | PSA, medicare screening | BILL: Third Party

| | |
|---|---|
| Patient Name | AL-SHAREIH, MOHAMMED |
| Sex - DOB - Age | M 52 YR |
| Address | |
| Phone | h: w: |
| Primary Insurance | AETNA<br>ID: W218475409<br>Group: 086820301400008<br>Policy Holder: AL-SHAREIH, MOHAMMED A<br><br>Eligibility: Member is eligible. (Verified 03/11/2016) |
| Primary Insurance Holder Name | AL-SHAREIH * MOHAMMED * |
| Primary Insurance Holder DOB | |
| Secondary Insurance | None recorded. |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

BHAVNA SHARMA, MD

# Lab Order 08/10/2015

| Order To | Ordering Provider |
|---|---|
| CRESTWOOD MEDICAL CENTER LAB | BHAVNA SHARMA, MD<br>MFHC_MADISON FAMILY HEALTH CENTER |

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

1 HOSPITAL DR
HUNTSVILLE, AL 35801

Phone: (256) 429-5165

Fax: (256) 429-4628

102 ESSEX COURT SUITE C
MADISON, AL 35758-3161
Phone: (256) 325-8457
Fax: (256) 325-8454

Order

Orders included: 1

Hyperlipidemia | ICD-9: 272.4: Other and unspecified hyperlipidemia

- LIPID | lipid panel | BILL: Third Party

| | |
|---|---|
| Patient Name | AL-SHAREIH, MOHAMMED |
| Sex - DOB - Age | M ( 52 YR |
| Address | |
| Phone | h: w: |
| Primary Insurance | AETNA<br>ID: W218475409<br>Group: 086820301400008<br>Policy Holder: AL-SHAREIH, MOHAMMED A<br><br>Eligibility: Member is eligible. (Verified 03/11/2016) |
| Primary Insurance Holder Name | AL-SHAREIH * MOHAMMED * |
| Primary Insurance Holder DOB | |
| Secondary Insurance | None recorded. |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

BHAVNA SHARMA, MD

# Lab Order 08/10/2015

| Order To | Ordering Provider |
|---|---|
| CRESTWOOD MEDICAL CENTER LAB<br><br>1 HOSPITAL DR<br>HUNTSVILLE, AL 35801 | BHAVNA SHARMA, MD<br>MFHC_MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT SUITE C<br>MADISON, AL 35758-3161 |

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

Phone: (256) 325-8457
Fax: (256) 325-8454

Phone: (256) 429-5165

Fax: (256) 429-4628

Order

Orders included: 1

Hyperlipidemia | ICD-9: 272.4: Other and unspecified hyperlipidemia
- CMP | comp metab panel | BILL: Third Party

| | |
|---|---|
| Patient Name | AL-SHAREIH, MOHAMMED |
| Sex - DOB - Age | M 52 YR |
| Address | |
| Phone | h: w: |
| Primary Insurance | AETNA<br>ID: W218475409<br>Group: 086820301400008<br>Policy Holder: AL-SHAREIH, MOHAMMED A<br><br>Eligibility: Member is eligible. (Verified 03/11/2016) |
| Primary Insurance Holder Name | AL-SHAREIH - MOHAMMED - |
| Primary Insurance Holder DOB | |
| Secondary Insurance | None recorded. |
| Drawn by: | |
| Date/Time Drawn: | |
| Fasting?: | - None Needed<br>- 8 HR<br>- 12 HR |
| Other/Notes: | |
| CC: | |

BHAVNA SHARMA, MD

MFHC_MADISON FAMILY HEALTH CENTER · 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Medication List

| | | |
|---|---|---|
| **Cialis 10 mg tablet**<br>Take 1 tablet(s) every day by oral route for 15 days. | 08/10/15 | presc |
| **fenofibrate 160 mg tablet**<br>Take 1 tablet(s) every day by oral route for 90 days. | 03/14/16 | presc |
| **methylphenidate 10 mg tablet** | 01/07/16 | filled |
| **methylphenidate 5 mg tablet** | 01/07/16 | filled |
| **methylphenidate ER 20 mg tablet,extended release** | 01/07/16 | filled |
| **modafinil 200 mg tablet** | 07/08/15 | filled |
| **ProAir HFA 90 mcg/actuation aerosol inhaler** | 02/22/16 | filled |
| **Symbicort 160 mcg-4.5 mcg/actuation HFA aerosol inhaler** | 02/22/16 | filled |

MFHC_MADISON FAMILY HEALTH CENTER • 102 ESSEX COURT SUITE C, MADISON AL 35758-3161

**AL-SHAREIH, MOHAMMED (id #26476, dob: )**

## Vaccination History

None recorded.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5715

| | |
|---|---|
| Date: | March 14, 2016 |
| To: | MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT<br>SUITE C<br>MADISON AL 35758 |
| Attn: | |
| Fax: | (256) 325-8454 |
| From: | Lisa Gray<br>Disability Claims Tech Spec<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5715 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5690365<br>Claimant: Mohammed Al-Shareih<br><br>Crown Equipment Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort
## INVOICE

Invoice #: 0188468882
Date: 3/17/2016
Customer #: 1840565

| Ship to | Bill to | Records from |
|---|---|---|
| LIBERTY LIFE ASSURANCE BOSTON<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7213<br>LONDON, KY 40742-7213 | LIBERTY LIFE ASSURANCE BOSTON<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7213<br>LONDON, KY 40742-7213 | MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT SUITE C<br>MADISON, AL 35758 |

**Requested By:** LIBERTY LIFE ASSURANCE BOSTON **DOB:**
**Patient Name:** SHAREIH MOHAMMED

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 5.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 33 | 0.50 | 16.50 |
| Per Page Copy (Paper) 2 | 25 | 1.00 | 25.00 |
| Shipping | | | 3.18 |
| Subtotal | | | 49.68 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 49.68 |
| Balance Due | | | 49.68 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms: Net 30 days**

**Please remit this amount : $ 49.68 (USD)**

---

HealthPort
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #: 0188468882

Check # ____________________

Payment Amount $____________

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.

7M082160033

*****AUTO**ALL FOR ADC 377
126 11 AB 2.882 000126
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7213
LONDON, KY 40742-7213

62pgs

*00620000126K0.*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

Health information is reproduced by HealthPort, a health information management outsourcing service. Your healthcare provider contracts with HealthPort to process authorized requests for copies of health records.

Reproductions are made from the medical facility's original records. The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover. Likewise, information that you asked to have delivered to another address is sent separately.

This package may or may not contain medical records, depending on what was requested and how it was processed.

You may not make any disclosure or use of these records without the permission of the individual who is the subject of the records.

This information *may* or *may not* contain records regarding drug and/or alcohol use or treatment. If this record contains any such information, it has been disclosed to you from records whose confidentiality is protected by federal regulation 42 CFR Part 2, which prohibits you from making any further disclosure of it without the *specific* written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of health or other information is not sufficient for this purpose. Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the *specific* consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

# DISABILITY CLAIM FORM

Liberty Mutual. INSURANCE

PLEASE CHECK BENEFITS APPLIED FOR: ☐ STD ☒ LTD

Group Market Disability Claims
Liberty Life Assurance
Company of Boston
P.O. Box 7207
London, KY 40742-7207
Fax#: (606) 534-1380

*TO BE COMPLETED BY EMPLOYEE*
*(PLEASE COMPLETE ALL APPLICABLE SPACES)*

| | | | |
|---|---|---|---|
| Employee's Name: Mohammed Al-Shareih | | | Employee's Social Security No.: |
| Street Address: | City: | State: AL | Zip Code: 35814 |
| Home Telephone No.: ( | Work Telephone No.: | Sex: ☒ M ☐ F | Date of Birth: |
| Employer's Name: Crown Equipment Corporation | Marital Status: ☐ Single ☐ Married ☐ Widowed ☒ Divorced | Spouse's Name: | Spouse's Date of Birth: |

Please List Names and Dates of Birth of No. of Children under 19
B Al-Shareih: L Al-Shareih:

Treated By: (Please include all treating physicians; use additional paper if needed)

HOSPITAL: Sleep & Pulmonary Care Center — 1222 Somerville Rd., SE — Decatur, AL 35801
Name / Street Address / City/State/Zip Code

DOCTOR(S)
Name: Mamoun I. Naljar
Address: 1222 Somerville Rd., SE, Decatur, AL 35801
Phone: 256-341-0162

Name:
Address:
Phone:

Name:
Address:
Phone:

| Date Injury/Illness Began | Date First Treated | Date Last Worked | Date Returned to Work |
|---|---|---|---|
| First visit: 04/13/2015 | 4-13-2015 | 01/25/2016 | N/A |

Have you or do you intend to file a Workers' Compensation claim? ☐ Yes ☒ No
If "Yes", then please explain:

Describe how and where injury occurred or describe the onset and nature of your illness. If maternity please include delivery date or expected delivery date.

Chronic conditions; not accident related.

Identify other income you are receiving or for which you have applied:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | State Disability | $ | | | |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Group Disability | $ | | | |
| ☐ | ☐ | No Fault Income | $ | | | |
| ☐ | ☐ | Other (please describe) ______ | $ | | | |

If your request for disability benefits is approved, all or a part of your benefits may be considered taxable income if they are attributable to: 1) employer contributions toward the disability plan or, 2) your contributions, on a pre tax basis, toward the disability plan.

Apply a voluntary federal income tax withholding to each benefit payment? ☐ Yes ☒ No If "Yes", select one of the following:

☐ Withhold a percentage of the disability benefit subject to federal taxation. ______% (whole % only, minimum of 10%), or

☐ Withhold a specific whole dollar amount based upon the disability payment mode (weekly, bi-weekly, semi-monthly, monthly), or
$____ weekly ($20.00 min.) $____ bi-weekly ($40.00 min.) $____ semi-monthly ($44.00 min.) $____ monthly ($88.00 min.)

☐ Use the completed and signed IRS Form W-4S *I have attached* which specifies my withholding request.

Apply a voluntary state income tax withholding to each benefit payment? ☐ Yes ☐ No If "Yes", select one of the following:

☐ Withhold $______ ($10.00 minimum) for the State of ______, or

☐ Use the completed and signed state employee withholding certificate *I have attached* which specifies my withholding request.

Signature: Al-Shareih Date: 4/14/2016

DP 477C Rev. 5/2013

**PLEASE REVIEW REVERSE SIDE AND SIGN WHERE INDICATED**

# ATTENDING PHYSICIAN'S STATEMENT

Liberty Mutual. INSURANCE

**This form is to be completed without expense to Liberty Mutual and returned along with your original claim for benefits or by the date requested by the Liberty Mutual Claims Dept.**

Group Market Disability Claims
Liberty Life Assurance
Company of Boston
P.O. Box 7207
London, KY 40742-7207
Fax # (603) 334-0380

Return to: Info on left

PART A - TO BE COMPLETED BY EMPLOYEE

EMPLOYEE/CLAIMANT NAME: MOHAMMED AL-SHAREIH

CLAIM NO.: 569036 S.S. NO.:

EMPLOYER/SPONSOR: Crown Equipment corp DATE OF BIRTH:

## AUTHORIZATION TO OBTAIN INFORMATION

I authorize any licensed physician, medical provider, hospital, medical facility, HMO, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all medical information with respect to my physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, mental health and any non-medical information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder for purposes of auditing Liberty's administration of claims under the policy, and persons or organizations providing medical treatment or services in connection with my claim.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This authorization shall become effective on the date appearing next to my signature below.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

3/14/2016 — Date

Al-Shareih — Claimant's Signature (or Authorized Representative)

PART B - TO BE COMPLETED BY ATTENDING PHYSICIAN

## PHYSICIAN'S INSTRUCTIONS

**PLEASE NOTE: IF ANY PORTION OF THIS FORM IS NOT COMPLETED, WE WILL BE REQUIRED TO REQUEST THE INFORMATION WHICH WILL RESULT IN A DELAY IN DETERMINATION OF YOUR PATIENT'S DISABILITY BENEFITS.**

**THE CLINICAL INFORMATION, IN COMBINATION WITH THE PHYSICAL FACTORS OF YOUR PATIENT'S JOB AND THE CONTRACTUAL PROVISIONS UNDER WHICH HE/SHE IS COVERED, WILL BE USED TO ESTABLISH THE MOST APPROPRIATE WORK ABSENCE DURATION.**

1. DIAGNOSIS

Primary: Central Idiopathic Hypersomnia ICD9: G47.12
Secondary: Severe COPD ICD9: J44.9
ICD9:

Has patient ever had the same or a similar condition? Yes ____ No ✓
If "Yes", state when and describe.

What is your prognosis? Good

For Pregnancy:
EDC ____ Date of Delivery ____ Type ____

2. DATES OF TREATMENT

(a) Date of First Visit: 4-13-2015 (mo/day/yr)
(b) Date of Last Visit: 3-14-2016 (mo/day/yr)
(c) Frequency of Visits: ____ Weekly ____ Monthly ____ Other (specify) every 6 months
(d) Date of First Treatment: 7-02-2015 (mo/day/yr)
(e) Date Symptoms First Appeared / Accident Occurred: 4-13-2015 (mo/day/yr)
(f) Date Patient Advised to Cease Work: 1-4-16
(g) Estimated Return to Work Date: N/A

PHYSICIAN, PLEASE COMPLETE THE REVERSE SIDE OF THIS FORM.

DF 402C Rev. 5/2013

PART B (cont.) TO BE COMPLETED BY ATTENDING PHYSICIAN

3. Please describe in detail your PROPOSED TREATMENT PLAN. Please list all medications the patient is taking for this condition. Include your prognosis as a result of this treatment plan. IDENTIFY ANY RESTRICTIONS you have imposed on your patient at this time.

4. PHYSICAL IMPAIRMENT

- ___ Class 1 - No limitation of functional capacity; capable of heavy work.
- ___ Class 2 - Medium manual activity.
- ___ Class 3 - Slight limitation of functional capacity; capable of light work.
- ___ Class 4 - Moderate limitation of functional capacity; capable of clerical/administrative activity.
- ✓ Class 5 - Severe limitation of functional capacity; incapable of minimum activity.

REMARKS:

5. MENTAL/NERVOUS IMPAIRMENT

- ___ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations).
- ___ Class 2 - Patient is able to function in most stressful situations and engage in most interpersonal relations (slight limitations).
- ___ Class 3 - Patient is able to engage in only limited stressful situations and engage only in limited interpersonal relations (moderate limitations).
- ✓ Class 4 - Patient is unable to engage in stressful situations or engage in interpersonal relations (marked limitations).
- ✓ Class 5 - Patient has significant loss of psychological, physiological, personal, and social adjustment (severe limitations).

REMARKS:

6. CARDIAC IMPAIRMENT (if applicable)

Functional Capacity: ___ Class 1: No Limitation ___ Class 2: Slight Limitation

(per American Heart Assn) ___ Class 3: Marked Limitation ___ Class 4: Complete Limitation

Blood Pressure (last visit): ________ (systolic/diastolic)

7. Date of Next Scheduled Visit

Are you still treating the patient? ✓ Yes ___ No

If patient has been referred to another physician, please indicate the name of physician, address, telephone number, and reason for referral.

Was patient referred to you by another physician? ___ Yes ✓ No

8. Has patient been hospital confined? ___ Yes ✓ No

Dates of Confinement: From ________ to ________

Was surgery performed? ___ Yes ___ No If "Yes", please indicate procedure(s) performed:

CPT Code: ________ Date Performed ________

Name and Address of Hospital:

9. **After you have completed this form, please attach copies of the following materials:**

Office notes for the period of treatment or for the last two years
Test results showing objective findings
Hospital discharge summary (if applicable)
Consulting physician's reports (if applicable)

10. REMARKS

| | |
|---|---|
| Manan Nayar | Sleep: Pulmonary 104326901 |
| Attending Physician's Name (PLEASE PRINT) | Degree/Specialty SS No. or Tax ID No. |
| 1222 Somerville Rd SE | (256) 341-0152 (256) 341-0587 |
| Street Address | Telephone No. Fax No. |
| Decatur AL 35601 | [signature] 3-4-14 |
| City/State/Zip Code | Signature Date |

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

# Restrictions Form

Return To: Lisa Gray

| Mohammed Al-Shareih | | 5690365 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 9-13-15
   DATE LAST TREATED — 3-14-16
   NEXT OFFICE VISIT — 7-14-16

   G47.12- Central Idiopathic Hypersomnia, J44.9 Chronic COPD, G47.33- Sleep Apnea
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- [x] **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- [ ] **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- [ ] **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency (*SEE KEY*).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   - with Central Idiopathic Hypersomnia, he needs frequent naps + a stimulating medicine
   - Severe COPD, needs frequent rest + use of Bronchodilators in addition to Restrictions as above

4. RESTRICTIONS IMPOSED FROM 1-4-2016 TO unforseen future

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   He is on Bronchodilator + Stimulants
   Cant foresee return time

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   Day time fatigue, Evident on MSLT + S.O.B

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ________ TO ________.

| Mamoun Nazer | Sleep/ Pulmonary | 10432609061 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 1222 Somerville Rd. SE. | 256-341-1152 | 256-341-0587 |
| Street Address | Telephone Number | Fax Number |
| Decatur AL. 35601 | [signature] | 3-14-16 |
| City, State & Zip Code | Signature | Date |

**CROWN**

# Disability Benefits Claim Form

**Notice to All Parties Completing this form:** It is fraudulent to fill out this form with information you know to be false or to omit important facts. Criminal and/or civil penalties can result from such acts.

## TO BE FULLY COMPLETED BY EMPLOYEE – Please Print

Employee Name: MOHAMMED A. AL-SHAREIH

Employee ID: 020031 Location: SPC on Jefferson, New Bremen, OH

Home Address: ______ Street ______ City ______ State ______ Zip ______

Primary Phone ______ Email: [illegible]

Type of Injury/Illness: chronic conditions such as Central Idiopathic Hypersomnia, and sever COPD

If pregnancy, what is expected date of delivery ______

If accident/Injury: Date of accident ______ Time ______ ☐ AM ☐ PM

Brief description of accident/injury: ______

Is your condition related to or a result of:
Employment at Crown: ☐ Yes ☒ No An Auto Accident: ☐ Yes ☒ No Other Accident/Injury: ☐ Yes ☒ No

*I hereby authorize release of information requested on this form by the below named medical provider and/or any other medical provider involved in my care for the purpose of claim processing. I also understand that in the event of a disability benefit overpayment, I hereby authorize Crown to deduct the overpayment amount from my pay as permitted by law.*

Employee Signature Al-Shareih [signature] Date 1/25/2016

## TO BE FULLY COMPLETED BY MEDICAL PROVIDER - Please Print

1) History

a) When did the symptoms first appear or accident happen? Chronic conditions, Not Accident Related

b) Is patient currently disabled? ☒ Yes ☐ No If Yes, state date 1/4/16

If No, state future date (if applicable) ______

c) Has patient ever had same or similar condition? ☐ Yes ☒ No ☐ Unknown

If Yes, state date and describe ______

d) Is condition due to an injury or illness arising out of patient's employment? ☐ Yes ☐ No ☐ Unknown

2) Diagnosis

a) Diagnosis (including any complications) Central Idiopathic Hypersomnia, Severe COPD

b) ICD-10-CM Disease Code G47.12, J449

c) If disability is due to pregnancy, what is expected/was delivery date? ______

Please describe any complications that could extend disability longer than a normal pregnancy: ______

3) Dates of Treatment

a) First Visit 4/13/2015 b) Next Scheduled Visit 3/16/2016

4) Return To Work

When do you estimate employee will be able to return to work?

☐ Light Duty (Date) N.A. ☐ Regular/Full Duty (Date) N.A.

Name of Medical Provider Mamoun I. Najjar

Address: 1222 Somerville Rd SE (Street) Decatur (City) AL (State) 35601 (Zip)

Phone No. 2563410152 Fax No. 2563410587 Email: HR@Sleep-pulmonary.com

Signature of Medical Provider [signature] Date 1/25/16

**Please fax completed form:** ***419-629-3855***

Or mail to: *Crown – Leave Administrators*
*2 N Franklin Street*
*New Bremen, OH 45869*
*Ph. 800-937-6601*

| Leave Administrator Use Only |
|---|
| ☐ Approved ☐ Denied ______ |
| *Copy to:* |
| ☐ L Admin ☐ Case Mgr. ______ |

HR REV 11/24/15

Sleep & Pulmonary Care Center, P.C.

1222 Somerville Rd. SE
Decatur, AL 35601
256-341-0152

105 W. Dublin Ste A
Madison, AL 35758
256-772-4211

**Patient:** MOHAMMED ALSHAREIH
**Date of Birth:**

**Visit Date:** 04/13/2015
**Attending Provider:** Mamoun I. Najjar M.D.

---

## Office Note

**Referred Here**
Not referred by.

**Active Problems**
- **Hypersomnia**
- **Nonorganic Sleep Apnea**

**Chief Complaint**
The Chief Complaint is: FUV/ NEW PATIENT.

**History of Present Illness**
MOHAMMED ALSHAREIH is a 51 year old male.
• Feeling tired (fatigue) • Duration of symptoms as detailed in History of Presenting Illness and/or patient questionairres
• Hypersomnia • Patient complaints: interrupted sleep
• An active illness Discussed patient symptoms and/or complaints with patient and/or representative
All applicable questionnaires reviewed with patient and/or representative

**Current Medication**
Medication list reviewed with patient or representative.

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed with patient and/or representative

**Previous Therapy**
• No continuous positive airway pressure ventilation; • No oxygen

**Social History**
Social history reviewed with patient or representative.
Behavioral: Smoking status: Never smoker.

**Family History**
Family medical history reviewed with patient or representative

**Review Of Systems**
Review of Systems as per HPI noted. Systems Reviewed: General, Neuro, Cardiac, Pulmonary, GI, Renal, Skeletal.

**Physical Findings**
- **Vitals taken 04/13/2015 10:31 am**

| | |
|---|---|
| **BP-Sitting** | **110/72 mmHg** |
| **Pulse Rate-Sitting** | **61 bpm** |
| **Height** | **65 in** |
| **Weight** | **150 lbs** |
| **Body Mass Index** | **25.0 kg/m2** |
| **Body Surface Area** | **1.75 m2** |
| **Oxygen Saturation** | **94 %** |

**General Appearance:**
- Well-appearing Examined.

**Head:**
- Head: Examined.

**Eyes:**
**General/bilateral:**
- Eyes: Examined.

**Ears, Nose, Throat:**
- ENT: Examined.

**Lungs:**
- Lungs: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Cardiovascular:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Abdomen:**
- Abdomen: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Musculoskeletal System:**
General/bilateral: • Extremities: abnormal Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Neurological:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Assessment**
- Dizziness
- Nonorganic sleep apnea Level -
- Shortness of Breath
- Hypersomnia

**Test Conclusions**
Test results reviewed by provider and discussed with patient and/or representative.

**Therapy/Plan**
- Polysomnography Sleep Study to be performed in office
- Continuous positive airway pressure ventilation Retitration. To be performed for reason of recurrence/persistence of symptoms and weight fluctuation.
- Clinical summary provided to patient.
- A continuous airway pressure device (CPAP) CPAP/BIPAP therapy in cm H2O. Good CPAP use and response therapy.

**Plan**
- **dizziness**
  InHouse SleepStudies/Echo: Carotid doppler
  Instructions: Information in this section has been provided for the benefit of the sleep center staff. The patient has been instructed on how to self-administer their medication by the ordering physician. At no time is the

technician to administer medication or advise patient on the use of medication.

No Sleep Aid for Patients under age of 18

- **NONORGANIC SLEEP APNEA**

Follow Up/After Work Up: After Work Up
InHouse SleepStudies/Sleep Studies: NPSG
Instructions: Information in this section has been provided for the benefit of the sleep center staff. The patient has been instructed on how to self-administer their medication by the ordering physician. At no time is the technician to administer medication or advise patient on the use of medication.

No Sleep Aid for Patients under age of 18
Ambien 10mg
InHouse SleepStudies: CPAP Titration
Instructions: Information in this section has been provided for the benefit of the sleep center staff. The patient has been instructed on how to self-administer their medication by the ordering physician. At no time is the technician to administer medication or advise patient on the use of medication.

No Sleep Aid for Patients under age of 18
Ambien 10mg

- **Shortness Of Breath**

InHouse SleepStudies/Echo: Echo
Instructions: Information in this section has been provided for the benefit of the sleep center staff. The patient has been instructed on how to self-administer their medication by the ordering physician. At no time is the technician to administer medication or advise patient on the use of medication.

No Sleep Aid for Patients under age of 18

**Nurse Survey for possible needed work-up. This is not a test order. Refer to provider's orders**
Nurse that Performed Workup: DARENDA.
NOT NEEDED: WALK TEST (moderate to severe lung disease; initial then every 12 months).
NOT NEEDED: CPAP MACHINES (new OSA w/ private insurance once every 3 years).
NOT NEEDED: CT Scan.
NEEDED: Cardiac echo.
NOT NEEDED: CPAP Study (new OSA).
NOT NEEDED: C X R (every year for two of symptoms above).
NOT NEEDED: CPAP SUPPLIES (every 6 months for private insurance).
NEEDED: CPAP RETITRATION (once a year w/ weight changes).
NOT NEEDED: MSLT/MWT.
NOT NEEDED: SPIROMETRY: PRE AND POST (Any two symptoms of: shortness of breath, chest tightness, cough, wheezing & congestion; every 6 months for moderate to severe).
NOT NEEDED: NPSG.

**Mamoun I. Najjar M.D.**
**Electronically signed by: Mamoun Najjar, M.D. Date: 04/13/2015 11:48**

Sleep & Pulmonary Care Center, P.C.

1222 Somerville Rd. SE
Decatur, AL 35601
256-341-0152

105 W. Dublin Ste A
Madison, AL 35758
256-772-4211

**Patient:** MOHAMMED ALSHAREIH
**Date of Birth:**

**Visit Date:** 04/30/2015
**Attending Provider:** Mamoun I. Najjar M.D.

## Office Note

**Active Problems**
- **Hypersomnia**
- **Nonorganic Sleep Apnea**
- **Valvular Heart Disease**

**Chief Complaint**
The Chief Complaint is: FUSS.

**History of Present Illness**
MOHAMMED ALSHAREIH is a 51 year old male.
• Feeling tired (fatigue) • Duration of symptoms as detailed in History of Presenting Illness and/or patient questionairres
• Hypersomnia • Daytime somnolence
• An active illness Discussed patient symptoms and/or complaints with patient and/or representative
All applicable questionnaires reviewed with patient and/or representative

**Current Medication**
Medication list reviewed with patient or representative.

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed with patient and/or representative

**Previous Therapy**
• No continuous positive airway pressure ventilation; • No oxygen

**Social History**
Social history reviewed with patient or representative.
Behavioral: Smoking status: Never smoker.

**Family History**
Family medical history reviewed with patient or representative

**Review Of Systems**
Review of Systems as per HPI noted. Systems Reviewed: General, Neuro, Cardiac, Pulmonary, GI, Renal, Skeletal.

**Physical Findings**
- **Vitals taken 04/30/2015 10:47 am**

| | |
|---|---|
| **BP-Sitting** | **112/76 mmHg** |
| **Pulse Rate-Sitting** | **77 bpm** |

| | |
|---|---|
| **Height** | **65 in** |
| **Weight** | **150 lbs** |
| **Body Mass Index** | **25.0 kg/m2** |
| **Body Surface Area** | **1.75 m2** |
| **Oxygen Saturation** | **97 %** |

**General Appearance:**
° Well-appearing Examined.

**Head:**
- Head: Examined.

**Eyes:**
**General/bilateral:**
- Eyes: Examined.

**Ears, Nose, Throat:**
- ENT: Examined.

**Lungs:**
- Lungs: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Cardiovascular:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Abdomen:**
- Abdomen: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Musculoskeletal System:**
General/bilateral: • Extremities: abnormal Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Neurological:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Assessment**
- Valvular heart disease
- Nonorganic sleep apnea Level - Mild
- Hypersomnia

**Test Conclusions**
Test results reviewed by provider and discussed with patient and/or representative.

**Therapy/Plan**
• Multiple sleep latency testing to be performed in office for reason of fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels
- An echocardiogram -See reports. Annual 4/2016
- Clinical summary provided to patient.

• A continuous airway pressure device (CPAP) CPAP/BIPAP therapy in 5 cm H2O. Good CPAP use and response therapy.

**Plan**
- **Hypersomnia NOS**
  Follow Up/After Work Up: After Work Up
  InHouse SleepStudies: MSLT
  Instructions: Information in this section has been provided for the benefit of the sleep center staff. The patient has been instructed on how to self-administer their medication by the ordering physician. At no time is the

technician to administer medication or advise patient on the use of medication.

No Sleep Aid for Patients under age of 18

- **NONORGANIC SLEEP APNEA**
  CPAP Machine/CPAP Supplies: Filter, Disposable, used w/ PAP device, Headgear used w/ PAP Device Triangular, Humidifier, Heated, Pillow for Nasal Mask Interface - replacement, Tubing used w/ PAP Device
  CPAP Machine/Code CPAP precertify: Code CPAP
  Instructions: Please check insurance for DME elligibility, Copay, and deductible. Scan printed images to EMR
  CPAP Machine: CPAP & Humdifier, CPAP Initiation
  Follow Up/Every 4-6 Months: Every 6 Months x3 Appointments (6, 12, 18 Months)

- Follow-up visit After work up and as needed

**Nurse Survey for possible needed work-up. This is not a test order. Refer to provider's orders**
Nurse that Performed Workup:DARENDA.
NOT NEEDED: WALK TEST (moderate to severe lung disease; initial then every 12 months).
NOT NEEDED: CT Scan.
NEEDED: MSLT/MWT.
NOT NEEDED: CPAP Study (new OSA).
NOT NEEDED: C X R (every year for two of symptoms above).
NOT NEEDED: Cardiac Echo.
NOT NEEDED: SPIROMETRY: PRE AND POST (Any two symptoms of: shortness of breath, chest tightness, cough, wheezing & congestion; every 6 months for moderate to severe).
NOT NEEDED: NPSG.
NOT NEEDED: CPAP RETITRATION (once a year w/ weight changes).
NEEDED: CPAP SUPPLIES (every 6 months for private insurance).
NEEDED: CPAP MACHINES (new OSA w/ private insurance once every 3 years).

**Other**
Electronically signed by Sophia Barnes, CRNP.

**Mamoun I. Najjar M.D.**
**Electronically signed by: Mamoun Najjar, M.D. Date: 05/13/2015 11:17**

Sleep & Pulmonary Care Center, P.C.

1222 Somerville Rd. SE
Decatur, AL 35601
256-341-0152

105 W. Dublin Ste A
Madison, AL 35758
256-772-4211

**Patient:** MOHAMMED ALSHAREIH
**Date of Birth:**

**Visit Date:** 07/02/2015
**Attending Provider:** Mamoun I. Najjar M.D.

## Office Note

**Referred Here**
Not referred by.

**Active Problems**
- **Hypersomnia**
- **Nonorganic Sleep Apnea**
- **Valvular Heart Disease**

**Chief Complaint**
The Chief Complaint is: Fuss.

**History of Present Illness**
MOHAMMED ALSHAREIH is a 51 year old male.
• Duration of symptoms as detailed in History of Presenting Illness and/or patient questionairres.
• An active illness Discussed patient symptoms and/or complaints with patient and/or representative.
All applicable questionnaires reviewed with patient and/or representative.

**Current Medication**
Medication list reviewed with patient or representative.

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed with patient and/or representative

**Previous Therapy**
• No continuous positive airway pressure ventilation; • Continuous positive airway pressure ventilation 5 CM H20; • No oxygen

**Social History**
Social history reviewed with patient or representative.
Behavioral: Smoking status: Never smoker.

**Family History**
Family medical history reviewed with patient or representative

**Review Of Systems**
Review of Systems as per HPI noted. Systems Reviewed: General, Neuro, Cardiac, Pulmonary, GI, Renal, Skeletal.

**Physical Findings**

- **Vitals taken 07/02/2015 04:46 pm**

| | |
|---|---|
| **BP-Sitting** | **122/83 mmHg** |
| **Pulse Rate-Sitting** | **106 bpm** |
| **Height** | **65 in** |
| **Weight** | **150 lbs** |
| **Body Mass Index** | **25.0 kg/m2** |
| **Body Surface Area** | **1.75 m2** |
| **Oxygen Saturation** | **96 %** |

**General Appearance:**
° Well-appearing Examined.
**Head:**
- Head: Examined.

**Eyes:**
**General/bilateral:**
- Eyes: Examined.

**Ears, Nose, Throat:**
- ENT: Examined.

**Lungs:**
- Lungs: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Cardiovascular:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Abdomen:**
- Abdomen: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Musculoskeletal System:**
General/bilateral: • Extremities: abnormal Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.
**Neurological:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Assessment**
- Valvular heart disease
- Nonorganic sleep apnea Level - Mild
- Hypersomnia

**Test Conclusions**
Test results reviewed by provider and discussed with patient and/or representative.

**Therapy/Plan**
• Multiple sleep latency testing MSL 10.875. Borderline hypersomnia. Significant subjective hypersomnia. Affecting work, falls asleep
and MWT to be performed in office. Based on fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels-On Provigil
- An echocardiogram -See reports. Annual 4/2016
- Clinical summary provided to patient.
- A continuous airway pressure device (CPAP) CPAP/BIPAP therapy in 5 cm H2O.

Good CPAP use and response therapy.
Start Provigil 200 mg.

**Plan**
- **Hypersomnia NOS**
  Follow Up/After Work Up: After Work Up

InHouse SleepStudies: MWT
Instructions: On 400 mg Provigil

Information in this section has been provided for the benefit of the sleep center staff. The patient has been instructed on how to self-administer their medication by the ordering physician. At no time is the technician to administer medication or advise patient on the use of medication.

No Sleep Aid for Patients under age of 18

- **NONORGANIC SLEEP APNEA**
  Follow Up/Every 4-6 Months: Every 6 Months x3 Appointments (6, 12, 18 Months)

- **OTHER**
  Provigil 200 MG TABS, once a day, 30 days, 0 refills

- Follow-up visit After work up and as needed

**Nurse Survey for possible needed work-up. This is not a test order. Refer to provider's orders**
Nurse that Performed Workup:DARENDA.
NOT NEEDED: WALK TEST (moderate to severe lung disease; initial then every 12 months).
NOT NEEDED: CPAP MACHINES (new OSA w/ private insurance once every 3 years).
NOT NEEDED: CT Scan.
NOT NEEDED: CPAP Study (new OSA).
NOT NEEDED: C X R (every year for two of symptoms above).
NOT NEEDED: CPAP SUPPLIES (every 6 months for private insurance).
NOT NEEDED: Cardiac Echo.
NOT NEEDED: MSLT/MWT.
NOT NEEDED: SPIROMETRY: PRE AND POST (Any two symptoms of: shortness of breath, chest tightness, cough, wheezing & congestion; every 6 months for moderate to severe).
NOT NEEDED: NPSG.
NOT NEEDED: CPAP RETITRATION (once a year w/ weight changes).

**Other**
Electronically signed by Sophia Barnes, CRNP.

**Mamoun I. Najjar M.D.**
**Electronically signed by: Mamoun Najjar, M.D. Date: 07/20/2015 15:04**

Sleep & Pulmonary Care Center, P.C.

1222 Somerville Rd. SE
Decatur, AL 35601
256-341-0152

105 W. Dublin Ste A
Madison, AL 35758
256-772-4211

**Patient:** MOHAMMED ALSHAREIH
**Date of Birth:**

**Visit Date:** 10/19/2015
**Attending Provider:** Mamoun I. Najjar M.D.

## Office Note

**Referred Here**
Not referred by.

**Active Problems**
- **Hypersomnia**
- **Nonorganic Sleep Apnea**
- **Valvular Heart Disease**

**Chief Complaint**
The Chief Complaint is: FUSS.

**History of Present Illness**
MOHAMMED ALSHAREIH is a 52 year old male.
• Duration of symptoms as detailed in History of Presenting Illness and/or patient questionairres.
• An active illness Discussed patient symptoms and/or complaints with patient and/or representative.
All applicable questionnaires reviewed with patient and/or representative.

**Current Medication**
Medication list reviewed with patient or representative.

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed with patient and/or representative

**Previous Therapy**
DME in home: was not specified.
• Continuous positive airway pressure ventilation CPAP 5CM H2O; • No continuous positive airway pressure ventilation; • Continuous positive airway pressure ventilation 5 CM H20; • No oxygen

**Social History**
Social history reviewed with patient or representative.
Behavioral: Not a current smokeless tobacco user and smoking status: Never smoker.

**Allergies**
- **No Known Allergies**

**Family History**
Family medical history reviewed with patient or representative

**Review Of Systems**
Review of Systems as per HPI noted. Systems Reviewed: General, Neuro, Cardiac, Pulmonary, GI, Renal, Skeletal.

**Physical Findings**
- **Vitals taken 10/19/2015 09:08 am**

| | |
|---|---|
| **BP-Sitting** | **123/78 mmHg** |
| **Pulse Rate-Sitting** | **94 bpm** |
| **Height** | **65 in** |
| **Weight** | **150 lbs** |
| **Body Mass Index** | **25.0 kg/m2** |
| **Body Surface Area** | **1.75 m2** |
| **Oxygen Saturation** | **97 %** |

**General Appearance:**
° Well-appearing Examined.
**Head:**
- Head: Examined.

**Eyes:**
**General/bilateral:**
- Eyes: Examined.

**Ears, Nose, Throat:**
- ENT: Examined.

**Lungs:**
- Lungs: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Cardiovascular:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Abdomen:**
- Abdomen: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Musculoskeletal System:**
General/bilateral: • Extremities: abnormal Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.
**Neurological:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Assessment**
- Valvular heart disease
- Nonorganic sleep apnea Level - Mild
- Hypersomnia
- Idiopathic organic hypersomnia without long sleep time

States that he is exhausted all the time. It is starting to seriously affect his work.

**Test Conclusions**
Test results reviewed by provider and discussed with patient and/or representative.

**Therapy/Plan**
- Multiple sleep latency testing was performed to be performed in office for reason of fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels. Failed.
- MWT to be performed in office. Based on fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels-On Provigil. Failed

10/5/2015

- An echocardiogram -See reports. Annual 4/2016
- Bilevel Positive Airway Pressure Retitration. To be performed for reason of recurrence/persistence of symptoms and weight fluctuation.
- Clinical summary provided to patient.
- A continuous airway pressure device (CPAP) CPAP/BIPAP therapy in 5 cm $H_2O$. Failing CPAP. States that it wakes him up with the pressure. Uses it one hour before bed but when he falls asleep with it on it wakes him up continually thought the night due to pressure and discomfort.

Start Methylin 10mg.
D/C Provigil.

**Plan**

- **Primary hypersomnia**
  Follow Up/After Work Up: After Work Up
  InHouse SleepStudies: MWT
  Instructions: Information in this section has been provided for the benefit of the sleep center staff. The patient has been instructed on how to self-administer their medication by the ordering physician. At no time is the technician to administer medication or advise patient on the use of medication.

  No Sleep Aid for Patients under age of 18

- **Obstructive sleep apnea (adult) (pediatric)**
  Follow Up/Every 4-6 Months: Every 6 Months x3 Appointments (6, 12, 18 Months)
  InHouse SleepStudies: BIPAP Study
  Instructions: Information in this section has been provided for the benefit of the sleep center staff. The patient has been instructed on how to self-administer their medication by the ordering physician. At no time is the technician to administer medication or advise patient on the use of medication.

  No Sleep Aid for Patients under age of 18
  Ambien 10mg

- **OTHER**
  Methylin 10 MG CHEW, three times a day, 30 days, 0 refills

**Nurse Survey for possible needed work-up. This is not a test order. Refer to provider's orders**

Nurse that Performed Workup:STACI.
Neck Circumference in inches:13.5.
Nurse that Performed Workup:DARENDA.
NEEDED: MSLT/MWT.
NOT NEEDED: CT Scan.
NOT NEEDED: Cardiac Echo.
NOT NEEDED: CPAP RETITRATION (once a year w/ weight changes).
NOT NEEDED: SPIROMETRY: PRE AND POST (Any two symptoms of: shortness of breath, chest tightness, cough, wheezing & congestion; every 6 months for moderate to severe).
NOT NEEDED: WALK TEST (moderate to severe lung disease; initial then every 12 months).
NOT NEEDED: CPAP MACHINES (new OSA w/ private insurance once every 3 years).
NOT NEEDED: CPAP Study (new OSA).

NOT NEEDED: C X R (every year for two of symptoms above).
NOT NEEDED: CPAP SUPPLIES (every 6 months for private insurance).
NOT NEEDED: NPSG.

**Other**
Electronically signed by Julie Vincent CRNP
Supervised and Electronically Signed By Dr. Mamoun Najjar.

**Mamoun I. Najjar M.D.**
**Electronically signed by: Mamoun Najjar, M.D. Date: 10/28/2015 09:38**

Sleep & Pulmonary Care Center, P.C.

1222 Somerville Rd. SE
Decatur, AL 35601
256-341-0152

105 W. Dublin Ste A
Madison, AL 35758
256-772-4211

**Patient:** MOHAMMED ALSHAREIH
**Date of Birth:**

**Visit Date:** 12/07/2015
**Attending Provider:** Mamoun I. Najjar M.D.

---

## Office Note

**Referred Here**
Not referred by.

**Active Problems**
- **Hypersomnia**
- **Nonorganic Sleep Apnea**
- **Valvular Heart Disease**

**History of Present Illness**
MOHAMMED ALSHAREIH is a 52 year old male.
• Duration of symptoms as detailed in History of Presenting Illness and/or patient questionairres.
• An active illness Discussed patient symptoms and/or complaints with patient and/or representative.
All applicable questionnaires reviewed with patient and/or representative.

**Current Medication**
Medication list reviewed with patient or representative.

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed with patient and/or representative

**Previous Therapy**
DME in home: was not specified.
• Continuous positive airway pressure ventilation 5 cm H2O; • Continuous positive airway pressure ventilation CPAP 5CM H2O; • No continuous positive airway pressure ventilation; • Continuous positive airway pressure ventilation 5 CM H20;
• No oxygen

**Social History**
Social history reviewed with patient or representative.
Behavioral: Not a current smokeless tobacco user and smoking status: Never smoker.

**Allergies**
- **No Known Allergies**

**Family History**
Family medical history reviewed with patient or representative

**Review Of Systems**

Review of Systems as per HPI noted. Systems Reviewed: General, Neuro, Cardiac, Pulmonary, GI, Renal, Skeletal.

**Physical Findings**

**General Appearance:**
- Well-appearing Examined.

**Head:**
- Head: Examined.

**Eyes:**

**General/bilateral:**
- Eyes: Examined.

**Ears, Nose, Throat:**
- ENT: Examined.

**Lungs:**
- Lungs: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Cardiovascular:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Abdomen:**
- Abdomen: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Musculoskeletal System:**

General/bilateral: • Extremities: abnormal Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Neurological:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Assessment**
- Valvular heart disease
- Nonorganic sleep apnea Level - Mild
- Hypersomnia
- Idiopathic organic hypersomnia without long sleep time

States that he is exhausted all the time. It is starting to seriously affect his work. States that he uses his CPAP all night until he pulls it off in his sleep. States that he could not tolerate the BiPAP.

**Test Conclusions**

Test results reviewed by provider and discussed with patient and/or representative.

**Therapy/Plan**
- Multiple sleep latency testing was performed to be performed in office for reason of fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels. Failed.
- MWT to be performed in office. Based on fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels-On Provigil. Failed 10/5/2015
- An echocardiogram -See reports. Annual 4/2016
- Bilevel Positive Airway Pressure Retitration. To be performed for reason of recurrence/persistence of symptoms and weight fluctuation.
- Clinical summary provided to patient.
- A continuous airway pressure device (CPAP) CPAP/BIPAP therapy in 5 cm H2O. Failing CPAP. States that it wakes him up with the pressure. Uses it one hour before bed but when he falls asleep with it on it wakes him up continually thought the night due to pressure and discomfort.

Start Methylin 15 mg TID with 20 mg ER q AM
Repeat MWT.

**Plan**

- **Idiopathic hypersomnia without long sleep time**
  Follow Up/Every 4-6 Months: Every 6 Months x3 Appointments (6, 12, 18 Months)
  InHouse SleepStudies: MWT
  Instructions: Information in this section has been provided for the benefit of the sleep center staff. The patient has been instructed on how to self-administer their medication by the ordering physician. At no time is the technician to administer medication or advise patient on the use of medication.

  No Sleep Aid for Patients under age of 18

- **OTHER**
  Methylin 10 MG CHEW, three times a day, 30 days, 0 refills
  Methylin 5 MG CHEW, three times a day, 30 days, 0 refills
  Methylphenidate HCl ER 20 MG TBCR, once a day, 30 days, 0 refills

**Nurse Survey for possible needed work-up. This is not a test order. Refer to provider's orders**
Nurse that Performed Workup: Jada Wootan.
Neck Circumference in inches:
NOT NEEDED: WALK TEST (moderate to severe lung disease; initial then every 12 months).
NOT NEEDED: CPAP MACHINES (new OSA w/ private insurance once every 3 years).
NOT NEEDED: CPAP Study (new OSA).
NOT NEEDED: C X R (every year for two of symptoms above).
NOT NEEDED: CPAP SUPPLIES (every 6 months for private insurance).
NOT NEEDED: CPAP RETITRATION (once a year w/ weight changes).
NOT NEEDED: MSLT/MWT.
NOT NEEDED: SPIROMETRY: PRE AND POST (Any two symptoms of: shortness of breath, chest tightness, cough, wheezing & congestion; every 6 months for moderate to severe).
NOT NEEDED: NPSG.
NOT NEEDED: CT Scan.
NOT NEEDED: Cardiac Echo.

**Other**
Electronically signed by Julie Vincent CRNP
Supervised and Electronically Signed By Dr. Mamoun Najjar.

**Mamoun I. Najjar M.D.**
**Electronically signed by: Mamoun Najjar, M.D. Date: 12/15/2015 20:25**

Sleep & Pulmonary Care Center, P.C.

1222 Somerville Rd. SE
Decatur, AL 35601
256-341-0152

105 W. Dublin Ste A
Madison, AL 35758
256-772-4211

**Patient:** MOHAMMED ALSHAREIH
**Date of Birth:**

**Visit Date:** 01/04/2016
**Attending Provider:** Mamoun I. Najjar M.D.

## Office Note

**Referred Here**
Not referred by.

**Active Problems**
- **Central Idiopathic Hypersomnia**
- **Chronic Obstructive Pulmonary Disease**
- **Hypersomnia**
- **Nonorganic Sleep Apnea**
- **Valvular Heart Disease**

**Chief Complaint**
The Chief Complaint is: Office visit.

**History of Present Illness**
MOHAMMED ALSHAREIH is a 52 year old male.
• Feeling tired (fatigue) • Duration of symptoms as detailed in History of Presenting Illness and/or patient questionairres
• Shortness of breath
• Hypersomnia • Patient complaints: interrupted sleep
• An active illness Discussed patient symptoms and/or complaints with patient and/or representative
All applicable questionnaires reviewed with patient and/or representative

**Current Medication**
- **Methylin 10 MG Tablet Chewable CHEW, three times a day, 30 days, 0 refills**
- **Methylin 5 MG Tablet Chewable CHEW, three times a day, 30 days, 0 refills**
- **Methylphenidate HCl ER 20 MG Tablet Extended Release TBCR, once a day, 30 days, 0 refills**

Medication list reviewed with patient or representative.

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed with patient and/or representative

**Previous Therapy**
DME in home: was not specified.
• Continuous positive airway pressure ventilation 5 cm; • Continuous positive airway pressure ventilation 5 cm H2O; • Continuous positive airway pressure ventilation CPAP 5CM H2O; • No continuous positive airway pressure ventilation;

• Continuous positive airway pressure ventilation 5 CM H20; • No oxygen

**Social History**
Social history reviewed with patient or representative.
Behavioral: Not a current smokeless tobacco user and smoking status: Never smoker.

**Allergies**
- **No Known Allergies**

**Family History**
Family medical history reviewed with patient or representative

**Review Of Systems**
Review of Systems as per HPI noted. Systems Reviewed: General, Neuro, Cardiac, Pulmonary, GI, Renal, Skeletal.

**Physical Findings**
- **Vitals taken 01/04/2016 02:26 pm**

| | |
|---|---|
| **BP-Sitting L** | **125/73 mmHg** |
| **Pulse Rate-Sitting** | **106 bpm** |
| **Height** | **65 in** |
| **Weight** | **161 lbs** |
| **Body Mass Index** | **26.8 kg/m2** |
| **Body Surface Area** | **1.80 m2** |
| **Oxygen Saturation** | **96 %** |

**General Appearance:**
° Well-appearing Examined.

**Head:**
• Head: Examined.

**Eyes:**
**General/bilateral:**
• Eyes: Examined.

**Ears, Nose, Throat:**
• ENT: Examined.

**Lungs:**
• Lungs: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Cardiovascular:**
• System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Abdomen:**
• Abdomen: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Musculoskeletal System:**
General/bilateral: • Extremities: abnormal Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Neurological:**
• System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Assessment**
- Valvular heart disease
- Chronic obstructive pulmonary disease Severe
- Nonorganic sleep apnea Level - Mild

- Obstructive sleep apnea Level -
- Hypersomnia
- Idiopathic organic hypersomnia without long sleep time

States that he is exhausted all the time. It is starting to seriously affect his work. States that he uses his CPAP all night until he pulls it off in his sleep. States that he could not tolerate the BiPAP.

.

**Test Conclusions**
Test results reviewed by provider and discussed with patient and/or representative.

**Therapy/Plan**

- Multiple sleep latency testing was performed to be performed in office for reason of fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels. Failed.
- MWT to be performed in office. Based on fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels-On Provigil. Failed 10/5/2015.

On 12/7/15 raised to 15 mg TID. and extended release 20 mg daily

- An echocardiogram -See reports. Annual 4/2016
- Bilevel Positive Airway Pressure Retitration. To be performed for reason of recurrence/persistence of symptoms and weight fluctuation.
- Clinical summary provided to patient.
- A continuous airway pressure device (CPAP) CPAP/BIPAP therapy in 5 cm H2O. Failing CPAP. States that it wakes him up with the pressure. Uses it one hour before bed but when he falls asleep with it on it wakes him up continually thought the night due to pressure and discomfort.

Start Methylin 15 mg TID with 20 mg ER q AM
Repeat MWT.

**Plan**

- **Idiopathic hypersomnia without long sleep time**
  Follow Up/Every 4-6 Months: Every 4 Months x3 Appointments (4, 8, 12 Months)
  Follow Up/After Work Up: After Work Up

- **OTHER**
  Symbicort 160-4.5 MCG/ACT AERO, 2 twice a day, 30 days, 3 refills
  ProAir HFA 108 (90 Base) MCG/ACT AERS, as directed II QID PRN, 30 days, 3 refills

**Nurse Survey for possible needed work-up. This is not a test order. Refer to provider's orders**
Nurse that Performed Workup:Sam Jones.
NOT NEEDED: WALK TEST (moderate to severe lung disease; initial then every 12 months).
NOT NEEDED: Cardiac Echo.
NEEDED: C X R (every year for two of symptoms above).
NOT NEEDED: CPAP MACHINES (new OSA w/ private insurance once every 3 years).
NEEDED: CPAP SUPPLIES (every 6 months for private insurance).
NOT NEEDED: CPAP Study (new OSA).
NEEDED: SPIROMETRY: PRE AND POST (Any two symptoms of: shortness of breath, chest tightness, cough, wheezing & congestion; every 6 months for moderate to severe).

NOT NEEDED: CPAP RETITRATION (once a year w/ weight changes).
NOT NEEDED: MSLT/MWT.
NOT NEEDED: NPSG.
NOT NEEDED: CT Scan.

**Mamoun I. Najjar M.D.**
**Electronically signed by: Mamoun Najjar, M.D. Date: 01/04/2016 17:06**

Sleep & Pulmonary Care Center, P.C.

1222 Somerville Rd. SE
Decatur, AL 35601
256-341-0152

105 W. Dublin Ste A
Madison, AL 35758
256-772-4211

**Patient:** MOHAMMED ALSHAREIH
**Date of Birth:**

**Visit Date:** 01/25/2016
**Attending Provider:** Mamoun I. Najjar M.D.

## Office Note

**Referred Here**
Not referred by.

**Active Problems**
- **Central Idiopathic Hypersomnia**
- **Chronic Obstructive Pulmonary Disease**
- **Hypersomnia**
- **Nonorganic Sleep Apnea**
- **Valvular Heart Disease**

**Chief Complaint**
The Chief Complaint is: Office visit.

**History of Present Illness**
MOHAMMED ALSHAREIH is a 52 year old male.
• Feeling tired (fatigue) • Duration of symptoms as detailed in History of Presenting Illness and/or patient questionairres
• Shortness of breath
• Hypersomnia • Patient complaints: interrupted sleep
• An active illness Discussed patient symptoms and/or complaints with patient and/or representative
All applicable questionnaires reviewed with patient and/or representative

**Current Medication**
- **ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution AERS, as directed II QID PRN, 30 days, 3 refills**
- **Symbicort 160-4.5 MCG/ACT Aerosol 2 twice a day, 30 days, 3 refills**

Medication list reviewed with patient or representative.

**Past Medical/Surgical History**
**Other:**
Past medical history reviewed with patient and/or representative

**Previous Therapy**
DME in home: was not specified.
• Continuous positive airway pressure ventilation 5 cm; • Continuous positive airway pressure ventilation 5 cm H2O; • Continuous positive airway pressure ventilation CPAP 5CM H2O; • No continuous positive airway pressure ventilation; • Continuous positive airway pressure ventilation 5 CM H20; • No oxygen

**Social History**

Social history reviewed with patient or representative.
Behavioral: Not a current smokeless tobacco user. Smoking status: Current some day smoker. Smoking status: Never smoker.

**Allergies**
- **No Known Allergies**

**Family History**
Family medical history reviewed with patient or representative

**Review Of Systems**
Review of Systems as per HPI noted. Systems Reviewed: General, Neuro, Cardiac, Pulmonary, GI, Renal, Skeletal.

**Physical Findings**
- **Vitals taken 01/25/2016 10:38 am**

| | |
|---|---|
| **BP-Sitting R** | **122/83 mmHg** |
| **Pulse Rate-Sitting** | **104 bpm** |
| **Height** | **65 in** |
| **Weight** | **161 lbs** |
| **Body Mass Index** | **26.8 kg/m2** |
| **Body Surface Area** | **1.80 m2** |
| **Oxygen Saturation** | **97 %** |

**General Appearance:**
° Well-appearing Examined.

**Head:**
- Head: Examined.

**Eyes:**
**General/bilateral:**
- Eyes: Examined.

**Ears, Nose, Throat:**
- ENT: Examined.

**Lungs:**
- Lungs: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Cardiovascular:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Abdomen:**
- Abdomen: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Musculoskeletal System:**
General/bilateral: • Extremities: abnormal Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Neurological:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Assessment**
- Valvular heart disease
- Chronic obstructive pulmonary disease Severe
- Nonorganic sleep apnea Level - Mild
- Obstructive sleep apnea Level -
- Shortness of Breath
- Hypersomnia

- Idiopathic organic hypersomnia without long sleep time

He quit smoking Years ago.

**Test Conclusions**

Test results reviewed by provider and discussed with patient and/or representative.

**Therapy/Plan**

- Multiple sleep latency testing was performed to be performed in office for reason of fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels. Failed.
- An echocardiogram -See reports. Annual 4/2016
- Clinical summary provided to patient.
- A continuous airway pressure device (CPAP) CPAP/BIPAP therapy in 5 cm H2O. Falling CPAP.

**Plan**

- **Obstructive sleep apnea (adult) (pediatric)**
  In-House Testing 2/6 minutes Walk Test: Simple Pulmonary Stress test

**Nurse Survey for possible needed work-up. This is not a test order. Refer to provider's orders**

Nurse that Performed Workup:Sam Jones.
NOT NEEDED: CPAP MACHINES (new OSA w/ private insurance once every 3 years).
NEEDED: CPAP SUPPLIES (every 6 months for private insurance).
NOT NEEDED: CPAP Study (new OSA).
NOT NEEDED: C X R (every year for two of symptoms above).
NOT NEEDED: CPAP RETITRATION (once a year w/ weight changes).
NOT NEEDED: MSLT/MWT.
NEEDED: WALK TEST (moderate to severe lung disease; initial then every 12 months).
NOT NEEDED: SPIROMETRY: PRE AND POST (Any two symptoms of: shortness of breath, chest tightness, cough, wheezing & congestion; every 6 months for moderate to severe).
NOT NEEDED: NPSG.
NOT NEEDED: CT Scan.
NOT NEEDED: Cardiac Echo.

**Mamoun I. Najjar M.D.**
**Electronically signed by: Mamoun Najjar, M.D. Date: 02/27/2016 22:20**

**Patient:** **10583 - MOHAMMED ALSHAREIH**
**DOB:**
**SSN:**

**Date:** **03/14/2016 11:00**
**Provider:** **Najjar, Mamoun I. M.D.**
**Encounter:** **6 month check**

## ACTIVE PROBLEMS
- Central Idiopathic Hypersomnia
- Chronic Obstructive Pulmonary Disease
- Hypersomnia
- Nonorganic Sleep Apnea
- Valvular Heart Disease

## CHIEF COMPLAINT
The Chief Complaint is: 6 month check.

## REFERRED HERE
Not referred by.

## HISTORY OF PRESENT ILLNESS
MOHAMMED ALSHAREIH is a 52 year old male.

• Feeling tired (fatigue) • Duration of symptoms as detailed in History of Presenting Illness and/or patient questionairres

• Shortness of breath

• Hypersomnia • Patient complaints: interrupted sleep

• An active illness Discussed patient symptoms and/or complaints with patient and/or representative

All applicable questionnaires reviewed with patient and/or representative

## CURRENT MEDICATION
- ProAir HFA 108 (90 Base) MCG/ACT Aerosol Solution AERS, as directed II QID PRN, 30 days, 3 refills
- Symbicort 160-4.5 MCG/ACT Aerosol 2 twice a day, 30 days, 3 refills

Medication list reviewed with patient or representative.

## PAST MEDICAL/SURGICAL HISTORY
**Other:**

Past medical history reviewed with patient and/or representative

## PREVIOUS THERAPY
DME in home: was not specified.

• Continuous positive airway pressure ventilation 5 cm H2O; • Continuous positive airway pressure ventilation CPAP 5CM H2O; • No continuous positive airway pressure ventilation;

**Patient:** 10583 - MOHAMMED ALSHAREIH
**DOB:**
**SSN:**

**Date:** 03/14/2016 11:00
**Provider:** Najjar, Mamoun I. M.D.
**Encounter:** 6 month check

• Continuous positive airway pressure ventilation 5 CM H20; • Continuous positive airway pressure ventilation 5 cm; • No oxygen

## SOCIAL HISTORY

Social history reviewed with patient or representative.
Behavioral: Not a current smokeless tobacco user and smoking status: Never smoker. Smoking status: Current everyday smoker.

## ALLERGIES

- No Known Allergies

## FAMILY HISTORY

Family medical history reviewed with patient or representative

## REVIEW OF SYSTEMS

Review of Systems as per HPI noted. Systems Reviewed: General, Neuro, Cardiac, Pulmonary, GI, Renal, Skeletal.

## PHYSICAL FINDINGS

- Vitals taken 03/14/2016 11:26 am

| | |
|---|---|
| BP-Sitting R | 110/74 mmHg |
| Pulse Rate-Sitting | 89 bpm |
| Height | 65 in |
| Weight | 161 lbs |
| Body Mass Index | 26.8 kg/m2 |
| Body Surface Area | 1.80 m2 |
| Oxygen Saturation | 97 % |

**General Appearance:**
° Well-appearing Examined.
**Head:**
• Head: Examined.
**Eyes:**
**General/bilateral:**
• Eyes: Examined.
**Ears, Nose, Throat:**
• ENT: Examined.
**Lungs:**
• Lungs: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Patient:** 10583 - MOHAMMED ALSHAREIH
**DOB:**
**SSN:**

**Date:** 03/14/2016 11:00
**Provider:** Najjar, Mamoun I. M.D.
**Encounter:** 6 month check

**Cardiovascular:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Abdomen:**
- Abdomen: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Musculoskeletal System:**
General/bilateral: • Extremities: abnormal Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

**Neurological:**
- System: Examined. No pertinent abnormalities noted. except what is documented otherwise in H&P.

## ASSESSMENT

- Valvular heart disease
- Chronic obstructive pulmonary disease Severe
- Nonorganic sleep apnea Level - Mild
- Obstructive sleep apnea Level -
- Shortness of Breath
- Hypersomnia
- Idiopathic organic hypersomnia without long sleep time

He quit smoking Years ago.

## TEST CONCLUSIONS

Test results reviewed by provider and discussed with patient and/or representative.

## THERAPY/PLAN

- Multiple sleep latency testing was performed to be performed in office for reason of fatigue/hypersomnia and patients level of Alertness, mood swings, memory and forgetfullness levels. Failed.
- Continue current therapy and advise Provider if complications and/or concerns.
- Clinical summary provided to patient.
- A continuous airway pressure device (CPAP) CPAP/BIPAP therapy in 5 cm H2O. Failing CPAP.

## PLAN

- **OTHER**
  Methylin 10 MG CHEW, three times a day, 30 days, 0 refills
  Methylin 5 MG CHEW, three times a day, 30 days, 0 refills

**Patient:** **10583 - MOHAMMED ALSHAREIH**
**DOB:**
**SSN:**

**Date:** **03/14/2016 11:00**
**Provider:** **Najjar, Mamoun I. M.D.**
**Encounter:** **6 month check**

## OTHER

Electronically signed by Mary Kipchumba CRNP
Supervised and Electronically Signed By Dr. Mamoun Najjar.

## NURSE SURVEY FOR POSSIBLE NEEDED WORK-UP. THIS IS NOT A TEST ORDER. REFER TO PROVIDER'S ORDERS

Nurse that Performed Workup:Sam Jones.
Neck Circumference in inches:
NOT NEEDED: Cardiac Echo.
NOT NEEDED: WALK TEST (moderate to severe lung disease; initial then every 12 months).
NOT NEEDED: CPAP MACHINES (new OSA w/ private insurance once every 3 years).
NEEDED: CPAP SUPPLIES (every 6 months for private insurance).
NOT NEEDED: CPAP Study (new OSA).
NOT NEEDED: C X R (every year for two of symptoms above).
NOT NEEDED: CPAP RETITRATION (once a year w/ weight changes).
NOT NEEDED: MSLT/MWT.
NOT NEEDED: SPIROMETRY: PRE AND POST (Any two symptoms of: shortness of breath, chest tightness, cough, wheezing & congestion; every 6 months for moderate to severe).
NOT NEEDED: NPSG.
NOT NEEDED: CT Scan.

**Sleep & Pulmonary Care Center, P.C**
**105 W Dublin Dr.**
**Madison, AL 35758**
**Tel: (256) 341-0152 Fax: (256) 341-0587**
www.safe-sleep.com Room 2

| | | | |
|---|---|---|---|
| **Patient:** | ALSHAREIH, MOHAMMED | **Date:** | 4/18/2015 at 9:32:11 PM |
| **DOB:** | | **PSG Study #:** | 89 |
| **Age:** | 51 years | **Referring** | , |
| **Sex:** | Male | **Height(in.):** | 65 in. |
| **PSG Tech:** | M. PENN | **Weight(lbs):** | 150 lbs. |
| **Scored by:** | M. PENN | **BMI:** | lb/in² |

## Diagnostic Report

| | | | |
|---|---|---|---|
| **Total Sleep Time:** | 381.6 | **Sleep Efficiency:** | 96.1% |
| **AHI:** | 8.8/hr | **REM %:** | 25.4 % |
| **Apneas & Hypopneas:** | 56 | **PLM Index:** | N/A |
| **PLMs:** | | **PLM Arousal Index:** | N/A |
| **Minimum SaO2:** | 87% | **Latency to Sleep Onset:** | 10.5 min |

### Sleep Architecture Summary

| | | | |
|---|---|---|---|
| **Lights Out:** | 9:33:41 PM | **Lights On:** | 4:10:47 AM |
| **Total Record Time:** | 397.1 min | **# REM Episodes:** | 4 |
| | | **# of Awakenings*:** | 3 |

| | Time (min.) | % of TST | % of SPT | % of TIB |
|---|---|---|---|---|
| **Time In Bed (TIB):** | 397.1 | | | 100 % |
| **Total Sleep Time (TST):** | 386.6 | 100 % | 98.7 % | 96.1 % |
| **Total Stage N1:** | 4.0 | 1.0 % | 1.0 % | 1.0 % |
| **Total Stage N2:** | 280.6 | 73.5 % | 72.6 % | 70.7 % |
| **Total Stage N3:** | 0.0 | 0.0 % | 0.0 % | 0.0 % |
| **Total Stage R:** | 97.0 | 25.4 % | 25.1 % | 24.4 % |
| **Total Movement Time:** | 0.0 | | 0.0 % | 0.0 % |
| **Total Wake Time:** | 15.5 | | | 3.9 % |
| **WASO:** | 5.0 | | | |
| **Wake Time During SPT:** | 5.0 | | 1.3 % | |
| **Latency to Sleep Onset:** | 10.5 | | | |
| **Latency to REM Sleep:** | 78.5 | | | |
| **Latency to Persistent Sleep:** | 1.0 | | | |
| **Sleep Efficiency:** | 96.1% | | | |
| **Sleep Maintenance:** | 98.7% | | | |

**Sleep Efficiency is time asleep as a % of time in bed. Sleep Maintenance is time asleep as a % of sleep period time. Awakenings are defined as 30 seconds or more.*

I reviewed the following: The patient chart, the raw data of sleep study, features of EEG, EKG rhythm and abnormality, sleep stages (at least by performing spot check) and the numerical data of sleep study report.

Impression/Plan: **Mild OSA; CPAP study & therapy.**

Electronically signed: Mamoun I. Najjar, MD, FCCP, FAASM

**Positional Summary**

| | Time (min) | %TST |
|---|---|---|
| Left: | | 0.00 % |
| Right: | | 0.00 % |
| Supine: | | 0.00 % |
| Prone: | | 0.00 % |

*Positional times are given for TST Arousal Summary*

| Arousal Caused By: | Number | Index |
|---|---|---|
| Respiratory Events: | 12 | 1.9 |
| Snore: | 0 | 0.0 |
| LM: | 0 | 0.0 |
| Spontaneous: | 35 | 5.5 |
| Total: | 47 | 7.4 |

**Respiratory Events Summary**

***Number of Respiratory Events – Position & Sleep Stage***

| | NREM | | REM | | TOTAL |
|---|---|---|---|---|---|
| | Non-supine | Supine | Non-Supine | Supine | |
| Obstructive Apnea: | 0.00 | | 0.00 | | 0 |
| Mixed Apnea: | 0.00 | | 0.00 | | 0 |
| Central Apnea: | 0.00 | | 0.00 | | 0 |
| All Apneas: | 0.00 | | 13.61 | | 0 |
| Hypopneas: | 34.00 | | 22.00 | | 56 |
| Apneas + Hypopneas: | 34.00 | | 0.00 | | 56 |
| RERA: | 56.00 | | 15.00 | | 71 |
| A/H INDEX: | 7.17 | | 0.00 | | 8.8 |
| RDI: | 18.97 | | 22.89 | | 20.0 |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Supine | Non-Supine | |
| Sleep Time (min.): | 284.6 | 97.0 | | 381.60 | 381.6 |
| Obstructive Apnea: | 0 | 0 | | 0.00 | 0 |
| Mixed Apnea: | 0 | 0 | | 0.00 | 0 |
| Central Apnea: | 0 | 0 | | 0.00 | 0 |
| All Apneas: | 0 | 0 | | 0.00 | 0 |
| Hypopneas: | 34 | 22 | | 56.00 | 56 |
| Apneas + Hypopneas: | 34 | 22 | | 56.00 | 56 |
| RERA: | 56 | 15 | | 71.00 | 71 |
| Apnea Index: | 0.0 | 0.0 | | 0.00 | 0.0 |
| Hypopnea Index: | 7.2 | 13.6 | | 8.81 | 8.8 |
| A/H INDEX: | 7.2 | 13.6 | | 8.81 | 8.8 |
| RDI: | 19.0 | 22.9 | | 19.97 | 20.0 |

* *RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.*

***Respiratory Event Durations***

| | Average (sec) | Maximum (sec) |
|---|---|---|
| Apnea (NREM): | 0.0 | 0.0 |
| Hypopnea (NREM): | 24.6 | 35.0 |
| RERA (NREM): | 22.8 | 35.5 |
| Apnea (REM): | 0.0 | 0.0 |
| Hypopnea (REM): | 25.3 | 35.5 |
| RERA (REM): | 24.6 | 37.0 |

***Other Respiratory Patterns***

**Cheyne Stokes Breathing:**

YES ☐ NO ☒

**Hypoventilation:**

YES ☐ NO ☒

## Oxygen Saturation Summary

| | Wake | NREM | REM | Total Record |
|---|---|---|---|---|
| Total O2 Desaturations: | 1 | 28 | 32 | 60 |
| O2 Desaturation Index: | | 17.3 | 6.8 | 9.4 |
| Average O2 Saturation (%) | | 17.3 | 6.8 | 9.4 |
| Min O2 Saturation (%) | | | | 87 |
| Time @ 90% - 100% (min.) | 15.50 | 284.00 | 96.70 | 396.20 |
| Time @ 80% - 89% (min.) | 0.00 | 0.40 | 0.30 | 0.70 |
| Time @ 70% - 79% (min.) | 0.00 | 0.00 | 0.00 | 0.00 |
| Time @ 60% - 69% (min.) | 0.00 | 0.00 | 0.00 | 0.00 |
| Time @ 50% - 59% (min.) | 0.00 | 0.00 | 0.00 | 0.00 |
| Time ≤ 88% (min.) | 0.0 | 0.0 | 0.0 | 0.0 |

**SaO2 <90% for 0.2% of the total sleep time.**

## Oximetry Histogram:




## Limb Movements Summary

| | Number | Index |
|---|---|---|
| Total Leg Movements: | 0 | N/A |
| PLMS: | 0 | N/A |
| PLMS Arousals: | 0 | N/A |

** Index is number per hour of sleep.*

## Snore Summary

| | Number |
|---|---|
| Snoring Episodes: | 0 |
| Snoring Index: | N/A |
| Total Time with Snoring: | 0 min |

** Index is number per hour of sleep.*

## Heart Rate Summary

| | HEART RATE | PULSE RATE |
|---|---|---|
| Average Rate During Sleep: | 72.4 bpm | 71.8 bpm |
| Highest Rate During Sleep: | 194 bpm | 107 bpm |
| Highest Rate During Recording (TIB): | 194 bpm | 107 bpm |

**Cardiac Events:**

**Occurrence of the following arrhythmias was observed:**

| Arrythmia Type | # Events | | |
|---|---|---|---|
| | Yes | No | Rate / Duration |
| Bradycardia: | | ✓ | Lowest HR Scored: |
| Unclassified Tachycardia: | | ✓ | Highest HR Scored: |
| Sinus Tachycardia During Sleep: | | ✓ | Highest HR Scored: N/A |
| Narrow Complex Tachycardia: | | ✓ | Highest HR Scored: N/A |
| Wide Complex Tachycardia: | | ✓ | Highest HR Scored: N/A |
| Asystole: | | ✓ | Longest Pause: N/A |
| Atrial Fibrillation: | | ✓ | Duration Longest Event: N/A |

**Technologist Comment Section**

- All electrodes and sensors have been applied according to *The AASM Manual for Scoring of Sleep and Associated Events, 2007 (IV)*
- All scoring follows *The AASM Manual for Scoring of Sleep and Associated Events: Rules, Terminology and Technical Specifications, 1st ed., 2007*
  Including scoring of hypopneas using VIII 4a and VIII 4b

EEG abnormalities noted? Yes or NO

If yes please explain:

Any abnormal behavioral observations noted? Yes or No

If yes please explain:

## Hypnograms


NIGHT HYPNOGRAM
W
R
N1
N2
N3
Stage
HR,BPM
SpO2,%
CA,sec
OA,sec
MA,sec
HYPO,sec
RERA,sec
LegMvt,sec
arousal,sec
8:33:41 PM
11 PM
12 AM
1 AM
2 AM
3 AM
4 AM

Sleep & Pulmonary Care Center, P.C
105 W Dublin Dr.
Madison, AL 35758
Tel: (256) 341-0152 Fax: (256) 341-0587
www.safe-sleep.com Room 2

| | | | |
|---|---|---|---|
| Patient: | Alshareih, Mohammed | Date: | 4/25/2015 at 8:56:15 PM |
| DOB: | | PSG Study #: | 413 |
| Age: | 51 years | Referring | , |
| Sex: | Male | Height(in.): | in. |
| PSG Tech: | | Weight(lbs): | lbs. |
| Scored by: | | BMI: | lb/in$^2$ |

# Treatment Report

| | | | |
|---|---|---|---|
| Total Sleep Time: | 226.6 | Sleep Efficiency: | 60.4% |
| AHI: | 0.3/hr | REM %: | 6.4 % |
| Apneas & Hypopneas: | 1 | PLM Index: | N/A |
| PLMs: | | PLM Arousal Index: | N/A |
| Minimum SaO2: | 92% | Latency to Sleep Onset: | 14.3 min |

## Sleep Architecture Summary

| | | | |
|---|---|---|---|
| Lights Out: | 8:56:27 PM | Lights On: | 3:11:21 AM |
| Total Record Time: | 374.9 min | # REM Episodes: | 5 |
| | | # of Awakenings: | 9 |

| | Time (min.) | % of TST | % of SPT | % of TIB |
|---|---|---|---|---|
| Time In Bed (TIB): | 374.9 | | | 100 % |
| Total Sleep Time (TST): | 360.6 | 100 % | 62.8 % | 60.4 % |
| Total Stage N1: | 0.0 | 0.0 % | 0.0 % | 0.0 % |
| Total Stage N2: | 166.1 | 73.3 % | 46.1 % | 44.3 % |
| Total Stage N3: | 46.0 | 20.3 % | 12.8 % | 12.3 % |
| Total Stage R: | 14.5 | 6.4 % | 4.0 % | 3.9 % |
| Total Movement Time: | 0.0 | | 0.0 % | 0.0 % |
| Total Wake Time: | 148.3 | | | 39.6 % |
| WASO: | 134.0 | | | |
| Wake Time During SPT: | 134.0 | | 37.2 % | |
| Latency to Sleep Onset: | 14.3 | | | |
| Latency to REM Sleep: | 72.5 | | | |
| Latency to Persistent Sleep: | 0.0 | | | |
| Sleep Efficiency: | 60.4% | | | |
| Sleep Maintenance: | 62.8% | | | |

*Sleep Efficiency is time asleep as a % of time in bed. Sleep Maintenance is time asleep as a % of sleep period time. Awakenings are defined as 30 seconds or more.*

I reviewed the following: The patient chart, the raw data of sleep study, features of EEG, EKG rhythm and abnormality, sleep stages (at least by performing spot check) and the numerical data of sleep study report.

Impression/Plan: **OSA; CPAP 5**

Electronically signed: Mamoun I. Najjar, MD, FCCP, FAASM

## Positional Summary

| | Time (min) | %TST |
|---|---|---|

| | | |
|---|---|---|
| Left: | | ??50426?? % |
| Right: | | ??50428?? % |
| Supine: | 226.6 | ??50424?? % |
| Prone: | | ??50430?? % |

*Positional times are given for TST.* *Arousal Summary*

| Arousal Caused By: | Number | Index |
|---|---|---|
| Respiratory Events: | 0 | 0.0 |
| Snore: | 0 | 0.0 |
| LM: | 0 | 0.0 |
| Spontaneous: | 6 | 1.6 |
| Total: | 6 | 1.6 |

**Respiratory Events Summary**

***Number of Respiratory Events – Position & Sleep Stage***

| | NREM | | REM | | TOTAL |
|---|---|---|---|---|---|
| | Non-supine | Supine | Non-Supine | Supine | |
| Obstructive Apnea: | ??50179?? | 0 | ??50154?? | 0 | 0 |
| Mixed Apnea: | ??50184?? | 0 | ??50159?? | 0 | 0 |
| Central Apnea: | ??50174?? | 0 | ??50149?? | 0 | 0 |
| All Apneas: | ??53011?? | 0 | ??53016?? | 0 | 0 |
| Hypopneas: | ??50189?? | 1 | ??50164?? | 0 | 1 |
| Apneas + Hypopneas: | ??50209?? | 1 | ??50214?? | 0 | 1 |
| RERA: | ??50194?? | 0 | ??50169?? | 0 | 0 |
| A/H INDEX: | ??53036?? | 0.3 | ??53026?? | 0.0 | 0.3 |
| RDI: | ??53035?? | 0.3 | ??53025?? | 0.0 | 0.3 |

| | By Sleep Stage | | By Position | | TOTAL |
|---|---|---|---|---|---|
| | NREM | REM | Supine | Non-Supine | |
| Sleep Time (min.): | 212.1 | 14.5 | 226.6 | ??50124?? | 226.6 |
| Obstructive Apnea: | 0 | 0 | 0 | ??50064?? | 0 |
| Mixed Apnea: | 0 | 0 | 0 | ??50074?? | 0 |
| Central Apnea: | 0 | 0 | 0 | ??50054?? | 0 |
| All Apneas: | 0 | 0 | 0 | ??50096?? | 0 |
| Hypopneas: | 1 | 0 | 1 | ??50084?? | 1 |
| Apneas + Hypopneas: | 1 | 0 | 1 | ??50094?? | 1 |
| RERA: | 0 | 0 | 0 | ??50104?? | 0 |
| Apnea Index: | 0.0 | 0.0 | 0.0 | ??50097?? | 0.0 |
| Hypopnea Index: | 0.3 | 0.0 | 0.3 | ??50085?? | 0.3 |
| A/H INDEX: | 0.3 | 0.0 | 0.3 | ??50219?? | 0.3 |
| RDI: | 0.3 | 0.0 | 0.3 | ??50127?? | 0.3 |

** RDI denotes the average number of all respiratory events (Apnea+Hypop+RERA) per hour of sleep.*

***Respiratory Event Durations***

| | Average (sec) | Maximum (sec) |
|---|---|---|
| Apnea (NREM): | 0.0 | 0.0 |
| Hypopnea (NREM): | 10.0 | 10.0 |
| RERA (NREM): | 0.0 | 0.0 |
| Apnea (REM): | 0.0 | 0.0 |
| Hypopnea (REM): | 0.0 | 0.0 |
| RERA (REM): | 0.0 | 0.0 |

***Other Respiratory Patterns***

**Cheyne Stokes Breathing:**

| | |
|---|---|
| YES ☐ | NO ☒ |

**Hypoventilation:**

| | |
|---|---|
| YES ☐ | NO ☒ |

## Oxygen Saturation Summary

| | Wake | NREM | REM | Total Record |
|---|---|---|---|---|
| Total O2 Desaturations: | 0 | 0 | 0 | 0 |
| O2 Desaturation Index: | | 0.0 | 0.0 | 0.0 |
| Average O2 Saturation (%): | | 0.0 | 0.0 | 0.0 |
| Min O2 Saturation (%) | | | | 92 |
| Time @ 90% - 100% (min): | ??514237?? | ??514617?? | ??514677?? | ??514017?? |
| Time @ 80% - 89% (min): | ??514247?? | ??514627?? | ??514687?? | ??514027?? |
| Time @ 70% - 79% (min): | ??514257?? | ??514637?? | ??514697?? | ??514037?? |
| Time @ 60% - 69% (min): | ??514267?? | ??514647?? | ??514707?? | ??514047?? |
| Time @ 50% - 59% (min): | ??514277?? | ??514657?? | ??514717?? | ??514057?? |
| | | | | |
| Time < 88% (min): | 7.1 | 0.0 | 0.0 | 0.0 |

**SaO2 <90% for 0.0% of the total sleep time.**

## Oximetry Histogram:




## Limb Movements Summary

| | Number | Index |
|---|---|---|
| Total Leg Movements: | 0 | N/A |
| *PLMS: | 0 | N/A |
| PLMS Arousals: | 0 | N/A |

** Index is number per hour of sleep.*

## Snore Summary

| | Number |
|---|---|
| Snoring Episodes: | 0 |
| Snoring Index: | N/A |
| Total Time with Snoring: | 0 min |

** Index is number per hour of sleep.*

## Heart Rate Summary

| | HEART RATE | PULSE RATE |
|---|---|---|
| Average Rate During Sleep: | 71.3 bpm | 72.4 bpm |
| Highest Rate During Sleep: | 196 bpm | 96 bpm |
| Highest Rate During Recording (TIB): | 255 bpm | 102 bpm |

**Cardiac Events:**

**Occurrence of the following arrhythmias was observed:**

| Arrythmia Type | # Events | | |
|---|---|---|---|
| | Yes | No | Rate / Duration |
| Bradycardia: | | ✓ | Lowest HR Scored: |
| Unclassified Tachycardia: | | ✓ | Highest HR Scored: |
| Sinus Tachycardia During Sleep: | | ✓ | Highest HR Scored: N/A |
| Narrow Complex Tachycardia: | | ✓ | Highest HR Scored: N/A |
| Wide Complex Tachycardia: | | ✓ | Highest HR Scored: N/A |
| Asystole: | | ✓ | Longest Pause: N/A |
| Atrial Fibrillation: | | ✓ | Duration Longest Event: N/A |

**Technologist Comment Section**

- All electrodes and sensors have been applied according to *The AASM Manual for Scoring of Sleep and Associated Events, 2007 (IV)*
- All scoring follows *The AASM Manual for Scoring of Sleep and Associated Events: Rules, Terminology and Technical Specifications, 1st ed., 2007*
  Including scoring of hypopneas using VIII 4a and VIII 4b

EEG abnormalities noted? Yes or NO

If yes please explain:

Any abnormal behavioral observations noted? Yes or No

If yes please explain:

## TREATMENT BREAKDOWN TABLE

| | | TIB | Sleep | REM | Supine | Apneas | | | | Hypopneas | | RERAs | | | | Min | Avg | Arousal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPAP | EPAP | (min) | (min) | (min) | | CA# | OA# | MA# | Index | # | Index | # | Index | AHI | RDI | SpO2 | SpO2 | Index |
| 5 | 5 | 350.1 | 226.5 | 14.5 | 226.5 | 0 | 0 | 0 | 0.0 | 1 | 0.3 | 0 | 0.0 | 0.3 | 0.3 | 92 | 95 | 1.6 |

## Hypnograms


All Night Hypnogram
W
R
N1
N2
N3
Stage
SpO2,%
HR,BPM
arousal,sec
30
15
0
LegMvt,sec
CA,sec
OA,sec
MA,sec
HYPO,sec
Pos
S
IPAP,cmH2O
5
EPAP,cmH2O
5
8:56:27 PM
10 PM
11 PM
12 AM
1 AM
2 AM
3 AM

# ECHOCARDIOGRAM REPORT

Facility: Sapcc Chart No: 2272

Patient First Name Mohammed Patient Last Name ALShareih

DOB ___ Age 51 Sex M Date of Service 4-29-15

Physician [illegible] Tech Cw RDCS Tape OV

Indication SOB

**2 D/M-MODE DIMENSIONS:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RV | 22 | (<27) mm | LVIDd | 37 | (37-56) mm | LVIDs | 24 | (26-36) mm |
| LA | 34 | (19-39) mm | IVS | 9 | (6-11) mm | LVPW | 9 | (6-11) mm |
| LV Fx | — | % | Ejc.Fr. | 64 | % | PA | — | (15-21) mm |
| Ao | 24 | (20-37) mm | Ao V | 16 | (15-36) mm | RVW | — | (<5) mm |

**DOPPLER:**

| | Valve Structure | Peak Velocity (cm/s) | Valve Area (cm2) | MXPG (mmHg) | Color Doppler |
|---|---|---|---|---|---|
| MV | N | 95/58 | | | MR mild |
| AV | N | 155 | | | N |
| TV | N | 80 | | | TR Trace |
| PV | N | 142 | | | N |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RVFx | | % | PA sys. Press | 20 | Mm/Hg | Effusion | None |

Exam Quality:

Nomenclature: G = Good F = Fair P = Poor N = Normal A = Abnormal SB = See below NS = Not seen

Technologist Comments: *(this report is not final until interpreted by a physician)*:

Impression No diastolic dysfunction
EF 64%
mild MR
Trace TR
PA syst press = 20 mmHg
chambers Normal in caliber
No stenotic valves

Electronically signed by: Mamoun I. Najjar, MD

P-004

# CAROTID ULTRASOUND

FACILITY 8272 DATE 4-29-15
PATIENT Mohammed Alshareih
DOB [illegible] AGE 51 SEX M
PHYSICIAN Najjar TECH RK TAPE 0V
INDICATION dizz

| VELOCITY (cm/s) Rt | sys/dia |
|---|---|
| R Subclavian ........: | — |
| R CCA prox ........: | 110-23 |
| R CCA dist ..........: | 98-23 |
| R ICA prox ........: | 69-17 |
| R ICA dist ..........: | 77-32 |
| R ECA prox ........: | 118 |
| R Vertebral ..........: | 33 A |
| INT Thickening ..: | — |

PLAQUE:
☐ Smooth ☐ Soft
☐ Calcified ☐ Irregular

Location .........:
Before Plaque .:
At Plaque ........:
After Plaque ...:
% Obstruction :
ICA/CCA .......:




| VELOCITY (cm/s) Lt | sys/dia |
|---|---|
| L Subclavian ..........: | — |
| L CCA prox ..........: | 73-16 |
| L CCA dist ..............: | 95-22 |
| L ICA prox ............: | 98-30 |
| L ICA dist ..............: | 44-19 |
| L ECA prox ...........: | 88 |
| L Vertebral ............: | 34 A |
| INT Thickening .....: | — |

PLAQUE:
☐ Smooth ☐ Soft
☐ Calcified ☐ Irregular

Location ........:
Before Plaque :
At Plaque .......:
After Plaque ..:
% Obstruction :
ICA/CCA .......:

Technologist Comments (This report is not final until interpreted by a physician):

Impression: Ø Plaques
No Focal Narrowings
Vert Ant,
Normal carotid u/s

Electronically signed by: Mamoun I. Najjar, MD

CAROTID ARTERY STENOSIS

| | 0-50% | 50-75% | 75-90% | >90% |
|---|---|---|---|---|
| Peak systolic Velocity (cm/sec) | <125 | 125-225 | 225-325 | >325 |
| Spectral Broadening (bandwidth) | <20 | 40-80 | 80-120 | >120 |
| Systolic Velocity Ratio (ICA/CCA) | <2:1 | >2:1 | >3:1 | >4:1 |

| | 0-50% | 50-75% | 75-90% | >90% |
|---|---|---|---|---|
| Peak Diastolic Velocity | <40 | 40-100 | >100 | >100 |
| Diastolic Velocity Ratio (ICA/CCA) | | | >5:1 | >9:1 |
| CCA Velocity Ratio (RCCA/LCCA) | 0.7-1.3 | 0.7-1.3 | 0.7-1.3 | 0.7/>1.3 |

Sleep & Pulmonary Care Center P.C.
1222 Somerville Road SE
Decatur, AL 35601
Tel: (256) 341-0152 Fax: (256) 341-0587
www.safe-sleep.com

| | | | |
|---|---|---|---|
| Patient: | Alshareih,Mohammed | Date: | 05/18/2015 8:49 |
| DOB: | | PSG Study #: | |
| Age: | 51 yrs 9 mos | PSG Tech: | |
| Sex: | M | Referring Physician: | , |

# MSLT Report

## Sleep Architecture

| Session | | Time (minutes) | | | | |
|---|---|---|---|---|---|---|
| | Start Time | TST* | NREM | REM | Sleep Latency* | REM Latency |
| Nap #1 | 08:49 | 15 | 15 | 0 | 14.9 | 0.0 |
| Nap #2 | 09:39 | 14.5 | 14.5 | 0 | 3.8 | 0.0 |
| Nap #3 | 10:29 | 15.5 | 15.5 | 0 | 4.8 | 0.0 |
| Nap #4 | 11:24 | 0 | 0 | 0 | 0.0 | 0.0 |
| Nap #5 | 00:00 | 0 | 0 | 0 | 0.0 | 0.0 |
| | | | | Mean Sleep Latency (min): | | #SOREMPs: |

** TST is Total Sleep Time. Sleep Latency is from Lights Out to the first epoch of sleep.*

## Clinical Polysomnographer's Diagnostic Impression

- All electrodes and sensors have been applied according to *The AASM Manual for Scoring of Sleep and Associated Events, 2007 (IV)*
- All scoring follows *The AASM Manual for Scoring of Sleep and Associated Events: Rules, Terminology and Technical Specifications, 1st ed., 2007*

I reviewed the following: The patient chart, the raw data of sleep study, features of EEG, EKG rhythm and abnormality, sleep stages (at least by performing spot check) and the numerical data of sleep study report.
Impression/Plan:

**MSL 10.875. Borderline hypersomnia. Repeat in 5/2016 or sooner if warranted.**

Electronically signed: Mamoun I. Najjar, MD, FCCP, FAASM

**Significant subjective hypersomnia. Affecting work, falls asleep. Start Provigil 200 mg PO QAM.**

**SLEEP & PULMONARY CARE CENTER**

1222 SOMERVILLE ROAD SE | DECATUR, AL 35601 | Tel: 256-341-0152 | Fax: 256-341-0587
3751 SULLIVAN ST (WALL TRIANA) | MADISON AL 35756 | Tel: 256-772-4241 | Fax: 1-888-800-2056

☒ **DR. MAMOUN I. NAJJAR**
Federal DEA BN8767393
AL License 00027654

☐ **SOPHIA BARNES, RN**
AL License 1-127629
RX [illegible]

Name: Mohammed Alshareih DOB:

Address: Date: 7/[illegible]/15

℞

Provigil 200 mg tabs
1 tab PO QAM
#30 0 Refills

☐ Drugs Total

Dispense as Written: Substitution Permissible:

SIGNATURE:

Sleep & Pulmonary Care Center, P.C.
1222 Somerville Road SE
Decatur, AL 35601
Tel: (256) 341-0152 Fax: (256) 341-0587
www.safe-sleep.com

| | | | |
|---|---|---|---|
| Patient: | Alshareih,Mohammed | Date: | 10/05/2015 9:12 |
| DOB: | | PSG Study #: | |
| Age: | 52 yrs 2 mos | PSG Tech: | |
| Sex: | M | Referring Physician: | , |

# MWT Report

## Sleep Architecture

| Session | | Time (minutes) | | | | |
|---|---|---|---|---|---|---|
| | Start Time | TST* | NREM | REM | Sleep Latency* | REM Latency |
| Nap #1 | 09:12 | 12.5 | 12.5 | 0 | 15.9 | 0.0 |
| Nap #2 | 10:12 | 1.5 | 1.5 | 0 | 15.4 | 0.0 |
| Nap #3 | 11:12 | 0 | 0 | 0 | 0.0 | 0.0 |
| Nap #4 | 12:13 | 0 | 0 | 0 | 0.0 | 0.0 |
| Nap #5 | 00:00 | 0 | 0 | 0 | 0.0 | 0.0 |
| | | | | Mean Sleep Latency (min): | | #SOREMPs: |

** TST is Total Sleep Time. Sleep Latency is from Lights Out to the first epoch of sleep.*




## Clinical Polysomnographer's Diagnostic Impression

I reviewed the following: The patient chart, the raw data of sleep study, features of EEG, EKG rhythm and abnormality, sleep stages (at least by performing spot check) and the numerical data of sleep study report.
Impression/Plan:

MSL 17.8: FAILED. Provigil 200mg.

Electronically signed: Mamoun I. Najjar, MD, FCCP, FAASM

**SLEEP & PULMONARY CARE CENTER**

1222 SOMERVILLE ROAD SE | DECATUR, AL 35601 | Tel: 256-341-0162 | Fax: 256-[illegible]

3751 SULLIVAN ST (WP2) TRIANA | MADISON AL 35758 | Tel: 256-772-4211 | Fax: 1-866-[illegible]-2058

☐ DR. MAMOUN NAJJAR
Federal DEA BN3787393
AL License 00027664

☐ SOPHIA BARNES RN
AL License 1-[illegible]
RX 4330

Name Mohammed Al Shareih DOB

Address Date 10/19/2015

℞ ① Methylin 10mg tab
1 PO TID
#90 (ninety) RF 0

[1] Drugs Total

Dispense as Written / Substitution Permissible

SIGNATURE

**Sleep & Pulmonary Care Center, P.C**
**1222 Somerville Road SE**
**Decatur, AL 35601**
**Tel: (256) 341-0152 Fax: (256) 341-0587**
**www.safe-sleep.com**

**Patient:** ALSHAREIH,MOHAMMED
**DOB:**
**Age:** 52 yrs 3 mos
**Sex:** M
**Date:** 11/9/2015 8:45
**PSG Study #:**
**PSG Tech:**
**Referring Physician:** ,

# MWT Report

## Sleep Architecture

| Session | Time (minutes) | | | | | |
|---|---|---|---|---|---|---|
| | Start Time | TST* | NREM | REM | Sleep Latency* | REM Latency |
| Nap #1 | 08:45 | 15 | 15 | 0 | 3.5 | 0.0 |
| Nap #2 | 09:44 | 12 | 12 | 0 | 3.4 | 0.0 |
| Nap #3 | 10:53 | 0 | 0 | 0 | 0.0 | 0.0 |
| Nap #4 | 11:45 | 10.6 | 10.6 | 0 | 8.6 | 0.0 |
| Nap #5 | 00:00 | 0 | 0 | 0 | 0.0 | 0.0 |
| | | | Mean Sleep Latency (min): | | | #SOREMPs: |

** TST is Total Sleep Time. Sleep Latency is from Lights Out to the first epoch of sleep.*




## Clinical Polysomnographer's Diagnostic Impression

I reviewed the following: The patient chart, the raw data of sleep study, features of EEG, EKG rhythm and abnormality, sleep stages (at least by performing spot check) and the numerical data of sleep study report.
Impression/Plan:

FAILED on Methylin 10 mg.

Electronically signed: Mamoun I. Najjar, MD, FCCP, FAASM

**Sleep & Pulmonary Care Center**

1222 Somerville Rd., SE • Decatur, AL 35601
105 W. Dublin Dr., Suite A • Madison, AL 35758
(866) 95-APNEA • (256) 341-0152
FAX (256) 341-0587

**Mamoun I. Najjar, M.D., FCCP, FAASM**

Date: November 17, 2015

Re: Mohammed Alshareih
D.O.B

To whom it may concern,

Mr. Mohammed Alshareih is a patient of our office who is currently being treated for Obstructive Sleep Apnea (OSA) and Hypersomnia. It is vitally important that he receive time to have these conditions evaluated and treated.

Without proper medical management (e.g. testing, office assessments, evaluation) he could damage his health and reduce productivity. With proper medical management it is possible for him to function and work at this time.

If you have any questions, please contact our office at 256-341-0152.

Regards,

Mamoun Najjar, M.D.

**SLEEP & PULMONARY CARE CENTER**
1222 SOMERVILLE ROAD SE / DECATUR, AL 35601
105 W. DUBLIN DRIVE, SUITE A / MADISON, AL 35758
Tel: 256-341-0182 • Fax: 256-341-0587

DR. MAMOUN I. NAJJAR
Federal DEA BN5787398
AL License 00021...

JULIA BETTS, RP
License ...

Name: Mahmoud Alshareih DOB [redacted]

Address Date 12/4/2015

℞
1) Dexmethylphenidate 5mg 1 tab PO tid
#90 (ninety) Rf none

2) methylphenidate 10mg 1 tab PO tid
#90 (ninety) Rf none

3) methylphenidate 20mg ER tab 1 PO qAM
#30 (thirty) Rf 0

3 Drugs Total

Dispense as Written Substitution Permissible

PHYSICIAN'S SIGNATURE

## Urgent Care of Madison, Sleep & Pulmonary Care Center

## X-Ray INTERPERTATION

Pt. Name Mohammed Alshareh MR ____ Date 1/4/16

☒ CXR: PA and Lateral

Reviewed lung field, major airways, hemidiaphragms, cardiac shadow and major vessels with xray limitations considering artifacts and soft tissue factors.

- CARDIOMEGALLY
- COPD
- HYPERINFLATION
- GRANULOMA
- PNEUMONIA
- PROMINENT MARKINGS
- STERNAL WIRES

---

X-RAY: Sinuses Shoulder Arm Wrist Spine Abdomen Hip Knee tibia/fibula Foot Other............

Reviewed Bone Lines, Soft Tissues, Joint Spaces, curvatures with x-ray limitations considering artifacts and other limiting factors.

---

Check here once sent to DICOM

Initial review by:

Julia Betts CRNP Initial ..............

Charles Misori CRNP Initials............

**Mamoun I. Najjar M.D.**
**Electronically signed by: Mamoun Najjar, M.D.**

Sleep and Pulmonary Care Center
1222 Somerville Road SE
Decatur, AL, 35756

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Alsharieh, Mohammad | ID: | | BSA: | 1.80 | Date: | 01/04/2016 |
| Tech: | Sirmon, Heather | Height: | 65.00 | Age: | 50 | Room: | |
| Doctor: | Najjar, Mamoun | Weight: | 161.00 | Sex: | Male | Race: | <Unspecified |

Diagnosis:
Dyspnea: No Dyspnea    Cough: No Cough    Wheeze: No Wheeze
Tbco Prod: Never Smoked    Yrs Smk:    Pks/Day:    Yrs Quit:
Medications:
Pre Test Comments:
Post Test Comments: Good patient effort and cooperation. Nebulized albuterol 2.5mg/3.0ml saline and tolerated well. The results of this test meets ATS standards for acceptability and repeatability The patient was unable to maintain a pant frequency of 60 breaths per minute during the lung volume measurements. Patient could not trigger DLCO properly.

| | Pre-Bronch | | | Post-Bronch | | |
|---|---|---|---|---|---|---|
| | **Actual** | **Pred** | **%Pred** | **Actual** | **%Pred** | **%Chng** |
| ---- SPIROMETRY ---- | | | | | | |
| FVC (L) | *1.26 | 4.25 | *29 | *2.13 | *50 | +69 |
| FEV1 (L) | *0.74 | 3.31 | *22 | *1.13 | *34 | +53 |
| FEV1/FVC (%) | *58 | 78 | *74 | *53 | *67 | -9 |
| FEF 25% (L/sec) | *0.12 | 7.01 | *1 | *0.21 | *3 | +74 |
| FEF 75% (L/sec) | *0.34 | 1.51 | *22 | *0.29 | *19 | -15 |
| FEF 25-75% (L/sec) | *0.22 | 3.02 | *7 | *0.33 | *10 | +45 |
| FEF Max (L/sec) | *0.95 | 8.74 | *10 | *0.57 | *6 | *-39 |
| FIVC (L) | 0.61 | | | 0.77 | | +27 |
| FIF Max (L/sec) | 0.85 | | | 0.85 | | +0 |
| ---- LUNG VOLUMES ---- | | | | | | |
| SVC (L) | *3.21 | 4.25 | *75 | | | |
| IC (L) | 2.79 | 3.00 | 92 | | | |
| ERV (L) | *0.42 | 1.25 | *33 | | | |
| TGV (L) | *3.56 | 2.95 | *120 | | | |
| RV (Pleth) (L) | *3.15 | 1.76 | *179 | | | |
| TLC (Pleth) (L) | 6.17 | 5.95 | 103 | | | |
| RV/TLC (Pleth) (%) | *51 | 30 | *170 | | | |
| ---- AIRWAYS RESISTANCE -- | | | | | | |
| Raw (cmH2O/L/s) | *0.61 | 1.45 | *42 | | | |
| Gaw (L/s/cmH2O) | *1.64 | 1.03 | *158 | | | |
| sRaw (cmH2O*s) | 2.04 | <4.76 | | | | |
| sGaw (1/cmH2O*s) | *0.49 | 0.20 | *245 | | | |

Sleep and Pulmonary Care Center
1222 Somerville Road SE
Decatur, AL, 35756

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Alsharieh, Mohammad | ID: | | BSA: | 1.80 | Date: | 01/04/2016 |
| Tech: | Sirmon, Heather | Height: | 65.00 | Age: | 50 | Room: | |
| Doctor: | Najjar, Mamoun | Weight: | 161.00 | Sex: | Male | Race: | <Unspecified |

The FVC, FEV1, FEV1/FVC ratio and FEF25-75% are reduced indicating airway obstruction. The expiratory time was less than six seconds, which may underestimate the degree of obstruction. The FVC is reduced relative to the SVC indicating air trapping. The airway resistance is normal. While the TLC is within normal limits, the FRC, RV and RV/TLC ratio are increased. Following administration of bronchodilators, there is a significant response indicated by the increased FVC.

Conclusions: Severe airway obstruction is present. The response to bronchodilators indicates a reversible component.

Pulmonary Function Diagnosis:
Severe Obstructive Airways Disease -Reversible

This preliminary report should not be used clinically unless reviewed and signed by a physician.

________________________________________M.D.
Electronically Signed by Mamoun Najjar, M.D.

Sleep and Pulmonary Care Center
1222 Somerville Road SE
Decatur, AL, 35756

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | Alsharieh, Mohammad | ID: | | BSA: | 1.80 | Date: | 01/04/2016 |
| Tech: | Sirmon, Heather | Height: | 65.00 | Age: | 50 | Room: | |
| Doctor: | Najjar, Mamoun | Weight: | 161.00 | Sex: | Male | Race: | <Unspecified |









**SLEEP & PULMONARY CARE CENTER**
1222 SOMERVILLE ROAD SE · DECATUR, AL 35601
105 W DUBLIN DRIVE, SUITE A / MADISON, AL 35758
Tel 256-341-0162 · Fax 256-341-0567

**DR. MAMOUN I. NAJJAR**
Federal DEA BN8767393
AL License 00027654

**JULIA BETTS, NP**
AL License 1-099036
RX 3101

Name Mohammed AlShareih DOB

Address Date [illegible]/2016

℞ Methylin 10mg Po TID
(Part of 15mg) [illegible]

Drugs Total

Dispense as Written Substitution Permissible

PHYSICIAN'S SIGNATURE

**SLEEP & PULMONARY CARE CENTER**
1222 SOMERVILLE ROAD SE / DECATUR, AL 3560[illegible]
105 W. DUBLIN DRIVE, SUITE A / MADISON, AL [illegible]
Tel: 256-341-0152 · Fax: 256-341-05[illegible]

**DR. MAMOUN I. NAJJAR**
Federal DEA BN6767393
AL License 00027654

**JULIA BETTS, NP**
AL License 1-098835
RX 3101

Name: Mohammad Al Shareih        DOB: [illegible]
Address:        Date: 1/9/2016

℞
Methylphenidate HCL ER [illegible]
po daily #30

Drugs Total [illegible]
Dispense as Written        Substitution Permissible
PHYSICIAN'S SIGNATURE [illegible]

**SLEEP & PULMONARY CARE CENTER**
1222 SOMERVILLE ROAD SE / DECATUR AL 35601
105 W. DUBLIN DRIVE, SUITE A / MADISON AL 35758
Tel: [illegible]-341-0152 · Fax: 256-341-0947

**DR. MAMOUN I. NAJJAR**
Federal DEA BN8767393
AL License 00027654

**JULIA BETTS, NP**
AL License 1-099935
RX 3101

Name: *Mohammed Al-Shareih* DOB:

Address: Date:

℞ [illegible]

☐ Grand Total

Dispense as Written ______ Substitution Permissible ______

PHYSICIAN'S SIGNATURE ______

1/8/16: emailed to patient @ ARD

*Sleep & Pulmonary Care Center*

1222 Somerville Rd., SE • Decatur, AL 35601
105 W. Dublin Dr., Suite A • Madison, AL 35758
(866) 95-APNEA • (256) 341-0152
FAX (256) 341-0587

**Mamoun I. Najjar, M.D., FCCP, FAASM**

Monday, January 4, 2016

RE: Mohammed Al-Shareih;

To whom it may concern:

Mohammed is my patient at the Sleep and Pulmonary Care Center, P.C. I have diagnosed Mohammed with both sleep apnea and central idiopathic hypersomnia, both, impacting daytime functionality and concentration. In addition, he has a severe obstructive lung disease (COPD) diagnosis. If you need any further documentation and/or have any questions, feel free to contact my office at 256-341-0152.

Sincerely,

Mamoun I. Najjar, M.D.

MIN/ard

RE: Mohammed Al-Shareih; DOB: ; MR. #: 2272S

**SLEEP & PULMONARY CARE CENTER**
1222 SOMERVILLE ROAD SE / DECATUR, AL 35601
105 W. DUBLIN DRIVE, SUITE A / MADISON, AL 35758
Tel [illegible] 341-0152 · Fax 256-341-058[illegible]

**DR. MAMOUN I. NAJJAR**
Federal DEA BN8767393
AL License 00027664

**JULIA BETTS, NP**
AL License 1-[illegible]
RX 3101

Name: Mohammed Al Shareih    DOB: [illegible]
Address: [illegible]    Date: [illegible] 16

℞ Pt has Sleep Apnea & Chronic [illegible] Hypersomnia impairing day time functionality & concentration. In addition he has severe obst[illegible] lung disease [illegible]

[illegible] Drugs Total

Dispense as Written ____ [illegible] Substitution Permissible ____

PHYSICIAN'S SIGNATURE [signature]

Mamoun I. Najjar, M.D., FCCP, FAASM

## *Sleep & Pulmonary Care Center*

1222 Somerville Rd., SE • Decatur, AL 35601
105 W. Dublin Dr., Suite A • Madison, AL 35758
(866) 95-APNEA • (256) 341-0152
FAX (256) 341-0587

Name: Mohammed Alshareih

Date: 1/25/16

| Incline: 0 | Speed: Up to 2 Miles/ Hour |
|---|---|

| | SPO2 | Heart Rate | BORG Core | Chest Pain | Blood Pressure |
|---|---|---|---|---|---|
| BASELINE 58 | 97 | 104 | 2 | No | 120/83 |
| 2 Minutes | 96 | 88 | 3 | No | — |
| 4 Minutes | 95 | 89 | 2 | No | — |
| 6 Minutes | 96 | 87 | 4 | No | — |
| 8 Minutes | | | | | |
| Exercise With O2 | | | | | |
| After 10 Minutes of Rest | | | | | |

Therapist: ______________

Discharged with no symptoms: ______________

INTERPRETATION:

Significant Oxygen Desaturation Yes / No (circled: No) ______ at ______ Minutes ______%

Mamoun I. Najjar M.D.
Electronically signed by: Mamoun Najjar, M.D.

Accredited Member Center

www.sleep-pulmonary.com

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5715

| | |
|---|---|
| Date: | March 14, 2016 |
| To: | DR. MAMOUN NAJJAR<br>1222 SOMERVILLE ROAD SE<br>DECATUR AL 35601 |
| Attn: | |
| Fax: | (256) 341-0587 |
| From: | Lisa Gray<br>Disability Claims Tech Spec<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5715 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5690365<br>Claimant: Mohammed Al-Shareih<br><br>Crown Equipment Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

March 14, 2016

Dr. Mamoun J. Najjar
1222 SOMERVILLE ROAD SE
DECATUR, AL 35601

RE: Long Term Disability (LTD) Benefits
Crown Equipment Corporation
Claim #: 5690365
Claimant: Mohammed Al-Shareih
Claimant D.O.B.:

Dear Dr. Mamoun Najjar:

We are the Disability Claim Administrator for your patient, Mohammed Al-Shareih.

To evaluate Mr. Al-Shareih's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 2, 2013 through present.

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 28, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5715 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Gray
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16396
Secure Fax No.: (603) 334-5715

Attachments: Restrictions Form

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

# Restrictions Form

**Return To:** Lisa Gray

| Mohammed Al-Shareih | | 5690365 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-5715

| | |
|---|---|
| Date: | March 14, 2016 |
| To: | MADISON FAMILY HEALTH CENTER<br>102 ESSEX COURT<br>SUITE C<br>MADISON AL 35758 |
| Attn: | |
| Fax: | (256) 325-8454 |
| From: | Lisa Gray<br>Disability Claims Tech Spec<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5715 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5690365<br>Claimant: Mohammed Al-Shareih<br><br>Crown Equipment Corporation |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

March 14, 2016

Madison Family Health Center
102 ESSEX COURT
SUITE C
MADISON, AL 35758

RE: Long Term Disability (LTD) Benefits
Crown Equipment Corporation
Claim #: 5690365
Claimant: Mohammed Al-Shareih
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Mohammed Al-Shareih.

To evaluate Mr. Al-Shareih's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 2, 2013 through present.

We ask that you provide this information by March 28, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-5715 or mailed to the above address.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Gray
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16396
Secure Fax No.: (603) 334-5715

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. MOHAMMED AL-SHAREIH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

March 14, 2016

Mr. Mohammed Al-Shareih

RE: Long Term Disability (LTD) Benefits
Crown Equipment Corporation
Claim #: 5690365

Dear Mr. Mohammed Al-Shareih:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Crown Equipment Corporation's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

The Policy contains the following provision:

> **"Disability"** or **"Disabled"** means:
>
> 1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:
>
> i. that during the Elimination Period and the next 36 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
>
> ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.
>
> **"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.
>
> **"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.
>
> **Pre-Existing Condition Exclusion**
>
> This policy will not cover any Disability or Partial Disability:
>
> 1. which is caused or contributed to by, or results from, a Pre-Existing Condition; and
> 2. which begins in the first 12 months immediately after the Covered Person's effective date of coverage, unless he received no Treatment of the condition for any three consecutive months after his effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

Your coverage under Crown Equipment Corporation Long Term DIsability Policy (LTD) became effective March 2, 2015 and your disability began on January 23, 2016. Because your date of disability is within the first 12 months of LTD coverage, it is necessary for us to conduct a pre-existing investigation. This investigation is part of our overall evaluation of your eligibility for disability benefits and the pre-existing period in question is December 2. 2014 to the present.

Please complete the enclosed forms and also provide us with the following:

- Pharmacy records from all pharmacies you have used fromDecember 2, 2013 to present.
- Health Insurance Carrier Claims History from December 2, 2014 from your previous Health Insurance Carrier (previous to your current job/coverage) and your present Health Insurance Carrier in place with your employment with Crown Equipment Corporation.
- Legible copy of your driver's license

Please return all in the envelope provided by April 17, 2016 but no later than May 1, 2016.

Failure to provide this information (proof) to us within 45 days, May 1, 2016 will result in a denial of your Long Term Disability claim under the following provision of the Crown Equipment Corporation LTD Policy.

**Proof of Claim**

**Proof**

a. Satisfactory Proof of loss must be given to Liberty at the claims office assigned to the Sponsor. This must be done no later than 90 days after the end of the Elimination Period.

b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof. Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

"Proof" means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1 a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;
2 an Attending Physician Statement completed and signed (or otherwise formally submitted) by the Covered Person's attending physician; and
3 the provision by the attending physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Liberty.

Please be advised you may also fax the requested information and LTD forms to (603) 334-5715.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Gray
Disability Claims Tech Spec
Phone No.: (888) 437-7611 Ext. 16396
Secure Fax No.: (603) 334-5715

Attachments: SS Reimbursement Agreement
Authorization - Medical
Survivor / Estate Information Form
Claimant Supplementary Statement
Activities Questionnaire Form
Training Education Experience
Claimant Information Form
Family Information Questionnaire
Authorization

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

**Return To:** Lisa Gray ______



EMPLOYEE/CLAIMANT NAME: Mohammed Al-Shareih ______

CLAIM NO: 5690365 ______ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Crown Equipment Corporation ______

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long?______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

______

Liberty Mutual
INSURANCE



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Mohammed Al-Shareih Claim No 5690365

Employer/Sponsor/Customer Name Crown Equipment Corporation

Return to: Lisa Gray

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Mohammed Al-Shareih
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

5690365
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

**Return To:** Lisa Gray

EMPLOYEE/CLAIMANT NAME: Mohammed Al-Shareih
CLAIM NO: 5690365
EMPLOYER/SPONSOR: Crown Equipment Corporation DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 12/02/2014 to 03/14/2016 . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. : ( ) ______ Fax No. :( ) ______ Telephone No. : ( ) ______ Fax No. :( ) ______

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. : ( ) ______ Fax No. :( ) ______ Telephone No. : ( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. : ( ) ______ Fax No. :( ) ______ Telephone No. : ( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______ Name: ______
Specialty: ______ Specialty: ______
Address: ______ Address: ______
Telephone No. : ( ) ______ Fax No. :( ) ______ Telephone No. : ( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______ **DATE:** ______

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

**Return to:** Lisa Gray

**EMPLOYEE/CLAIMANT NAME:** Mohammed Al-Shareih **CLAIM #:** 5690365
**EMPLOYER/SPONSOR:** Crown Equipment Corporation **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability, State Disability or Veteran's Benefits | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

**Return to:** Lisa Gray

EMPLOYEE/CLAIMANT NAME: Mohammed Al-Shareih
CLAIM NO: 5690365
EMPLOYER/SPONSOR: Crown Equipment Corporation DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____

If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.

| **Name** | **DOB** | **If Divorced or Separated, Indicate Custodial or Non-Custodial** | **High School Student? Yes or No** | **Anticipated/Actual Last Month/Year of High School** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| **Name** | **DOB** | **Awarded as: Dependent, Spouse or Disabled** | **Current Monthly Benefit Amount** | **Date of Entitlement to Benefits** | **Benefit Termination Date (if applicable)** |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Mohammed Al-Shareih **Date of Birth:** ____________

**Employer:** Crown Equipment Corporation **Policy/Plan Sponsor No.** 09 - 462942

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits will be estimated if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________ **(Witness signature)** ____________________

**(Address)** ____________________ **(Address)** ____________________

**(Date)** ____________________ **(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

EMPLOYEE/CLAIMANT NAME: Mohammed Al-Shareih
CLAIM NO: 5690365
EMPLOYER/SPONSOR: Crown Equipment Corporation DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA MS CAGS PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________________ Department: ______________________ From: ________ To: ______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________________ Work: ______________________

**SIGNATURE:** ______________________ **PHONE NO: (      )** ______________________

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5715

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Mohammed Al-Shareih **Claim** 5690365

**EMPLOYER/SPONSOR/CUSTOMER** Crown Equipment Corporation

**Return** Lisa Gray

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Mohammed Al-Shareih**
Claimant Name (Print) Date of Birth

Claimant Signature Date

**5690365**
Claim Number

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:** | **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |
| | |
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL? YES ____ NO ____** **DO YOU HAVE A TRUST? YES____ NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.**

**DATE:____________________** **EMPLOYEE'S PRINTED NAME:________________________________________**

**EMPLOYEE'S SIGNATURE:________________________________________**

## TCMS Referral Sheet

| | | | |
|---|---|---|---|
| Claimant Name: | MOHAMMED AL-SHAREIH | DOB: | |
| Claim #: | 5690365 | Diagnosis: | 000 UNKNOWN CONDITION OR PRO |
| Date of Disab: | 1/23/2016 | Customer: | CROWN EQUIPMENT CORPORATION |
| Office: | 0587 | Case Mgr: | Eleanor Houser |

### Employer Information

| | | | | | |
|---|---|---|---|---|---|
| ERISA?: | ERISA | Telephone: | (419) 629-2220 | Fax #: | |
| Customer Name: | Jean Sheaks | Special Handling: | | | |
| Address: | UNK | | | | |
| | New Bremen, OH 45869 | | | | |

Document Location

☑ Document List ☐ Correspondence ☐ Paper File

### Claims Management Reassignment

| | |
|---|---|
| Policyholder: | **Active** |
| Claim Status: | **Own Occ** |
| Post Appeal Claim Review: | **No** |
| Paid Under M&N: | **No** |
| Is M&N a Co-morbid: | **No** |

Reason for Referral:

Referral for TCMS claims management; claim is subject to pre-ex.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Thursday, March 10, 2016 12:18 PM
**To:** 'leaveadministrator@crown.com'
**Subject:** emp_first name AL-SHAREIH, Claim #5690365

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 5690365.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 291-0112.

CROWN Equipment Corporation

New Bremen, Ohio 45869 USA
Tel 419 629 2311 Fax 419 629 2900

crown.com

March 8, 2016

Group Market Disability Claims
Liberty Life Assurance
Company of Boston
PO Box 7207
London, KY 40742

To Whom It May Concern:

I have been attempting to file an Employer's Statement on-line for our employee, Mohammed A. Al-Schreih but have ran into technical errors so am filing this hard-copy.

I have completed the Employer's Statement and furnished his Hours and Earnings report for 1 year prior to his disability. Please know that Mr. Al-Schreih does not receive any sort of commission.

As stated in the Employer's Statement his first day of disability was 1-23-16 and his 90 day salary continuation will end on 4-22-16. I have forwarded a Disability Claim Form and Attending Physician Statement to his attention for completion with directions to file directly to your office.

Please note that I will be out of the office from 3-18-16 thru 4-3-16, if you have any questions during that time please send e-mail to LeaveAdministrator@crown.com and my counterparts can assist you with any questions.

Thanks!

Sincerely,

Jean Sheaks

Jean Sheaks
Leave Administrator
Crown Equipment Corporation

Liberty Mutual. INSURANCE

# EMPLOYER'S STATEMENT

Group Market Disability Claims
Liberty Life Assurance
Company of Boston
P.O. Box 7207
London, KY 40742-7207
Fax # (603) 334-0380

*TO BE COMPLETED BY EMPLOYER*

Employee's Name, Address & Phone No.: Mohammed A. Al-Shareih

Employee's Social Security No.: 4

Location/Branch at Which Employee Works: Crown Equipment/New Bremen, OH

Location/Branch Telephone No.: (419) 629 2311 Ext. 2156

Employee's Ben%: STD ______ LTD ______

Policy No.:

Effective Date of Policy:

Employee's Date of Birth:

Employee's Date of Hire: 3-2-15

Employee's Effective Date of Insurance: STD ______ LTD ______

Percentage of STD Premium Contribution: Employee Pays ____ % Employer Pays ____ %

Percentage of LTD Premium Contribution: Employee Pays ____ % Employer Pays ____ %

Date Employee Last Worked: 1-22-16

Date Employee Returned to Work: Full-time ______ Part-time ______ still off

Reason for Stopping Work

- [ ] Accident
- [x] Sickness
- [ ] Resigned
- [ ] Terminated
- [ ] Laid Off
- [ ] Retired
- [ ] Granted LOA
- [ ] Vacation
- [ ] Other

Is condition due to an occupational cause?

- [ ] Yes
- [x] No
- [ ] Undetermined

If "Yes", please indicate status of Workers' Compensation claim.

- [ ] Accepted
- [ ] Pending
- [ ] Denied
- [ ] Not Filed

Note: please attach a copy or Workers' Compensation claim and Approval/Denial Notification, if applicable.

Work Schedule at Time Last Worked: Days per Week 5 Hours per Day 40 hrs

How is employee paid?

- [x] Salary
- [ ] Salary & Commissions
- [ ] Bonuses
- [ ] Hourly
- [ ] Commissions only

Earnings (excluding commissions and bonuses) $ $1810.00

- [x] Weekly
- [ ] Bi-weekly
- [ ] Monthly
- [ ] Semi-Monthly

Occupation (please attach Job Description)

Lifting Requirements: Max lbs. ____ Min lbs. ____

Percentage of Day: Sitting ___% Standing ___% Walking ___%

Has or will this employee receive any of the following for the entire or a portion of the absence covered by this claim?

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied For |
|---|---|---|---|---|---|---|
| [x] | [ ] | Wages, Salary, or Holiday Pay | $1810.60 | 1-23-16 | 4-22-16 | 1-25-16 |
| [ ] | [ ] | Vacation | $ | | | |
| [ ] | [ ] | Sick Leave | $ | | | |
| [ ] | [ ] | Separation Pay | $ | | | |
| [ ] | [ ] | Disability Pension | $ | | | |
| [ ] | [ ] | Retirement Pension | $ | | | |
| [ ] | [ ] | Unemployment Insurance | $ | | | |
| [ ] | [ ] | Social Security | $ | | | |
| [ ] | [ ] | Workers' Compensation (this condition) | $ | | | |
| [ ] | [ ] | LTD, STD benefits | $ | | | |
| [ ] | [ ] | Other (please describe) ______ | $ | | | |

Employer's Name & Address: Crown Equipment

Employer's Telephone No.: (419) 629-2311 Ext. 2156

Employer's Fax No.: (419) 629-3855

Workers' Compensation Carrier: N/A Street Address City State Zip Code

Workers' Compensation Carrier Contact's Name

Workers' Compensation Carrier Contact's Telephone No.

Employer (Taxpayer) ID No. (EIN) or Public Employer Social Security No.: 34-4412691

Printed Name and Title of Person Completing this form: Jean Sheaks

Telephone No. of Person Completing this form: (419) 629-2311 Ext. 2156

Signature of Person Completing this form: Jean Sheaks

Date Signed: 3-8-16

DP 477C Rev. 5/2013

Report ID: xpa209
Company CEC Crown Equipment Corporation
030031 Al-Shareih,Mohammed A.

PeopleSoft
EMPLOYEE EARNINGS RECORD
DIV-LOC 01
30-JAN-2015 thru 23-JAN-2016


Run Date 03/08/2016
Run Time 07:27:46

Week ending GROSS

| P/E Date Check#<br>Dept. ID \FormID | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/07/2015 CRCHK<br>5000453 7398519 | 40.00 | 1,810.00 | | | | | | 1,810.00 | 112.22<br>26.25<br>148.18 | OASDI<br>MEDI<br>FWT | 50.66<br>18.10<br>27.15 | OHSWT<br>0602<br>54194 | | | 1,427.44 |
| ** Totals | 40.00 | 1,810.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 1,810.00 | 286.65 | | 95.91 | | 0.00 | | 1,427.44 |
| 03/21/2005 CRADV<br>5000453 9035543 | | | | | REL | | 5,430.00 | 5,430.00 | 336.66<br>78.73<br>1,357.50 | OASDI<br>MEDI<br>FWT | 190.05<br>54.30<br>81.45 | OHSWT<br>0602<br>54194 | | | 3,331.31 |
| ** Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 0.00 | 5,430.00 | 5,430.00 | 1,772.89 | | 325.80 | | 0.00 | | 3,331.31 |
| 03/21/2015 CRADV<br>5000453 9040531 | 80.00 | 3,620.00 | | | | | | 3,620.00 | 225.43<br>52.72<br>571.24 | OASDI<br>MEDI<br>FWT | 127.26<br>36.36<br>54.54 | OHSWT<br>0602<br>54194 | | | 2,552.45 |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 3,620.00 | 849.39 | | 218.16 | | 0.00 | | 2,552.45 |
| 04/04/2015 CRADV<br>5000453 9042387 | 72.00 | 3,258.00 | | | HOL<br>HWC | 8.00 | 362.00<br>5.00 | 3,625.00 | 199.26<br>46.60<br>465.74 | OASDI<br>MEDI<br>FWT | 107.87<br>32.14<br>48.21 | OHSWT<br>0602<br>54194 | 200.00<br>21.75<br>187.61<br>17.63 | 67-HSA<br>00-DENTAL<br>00-MEDICA<br>00-VISION | 2,298.19 |
| ** Totals | 72.00 | 3,258.00 | 0.00 | 0.00 | | 8.00 | 367.00 | 3,625.00 | 711.60 | | 188.22 | | 426.99 | | 2,298.19 |
| 04/18/2015 CRADV<br>5000453 9047727 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 204.98<br>47.94<br>488.79 | OASDI<br>MEDI<br>FWT | 112.11<br>33.06<br>49.59 | OHSWT<br>0602<br>54194 | 200.00<br>8.70<br>119.03<br>7.05 | 67-HSA<br>00-DENTAL<br>00-MEDICA<br>00-VISION | 2,353.75 |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 741.71 | | 194.76 | | 334.78 | | 2,353.75 |
| 05/02/2015 CRADV<br>5000453 9054043 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.93<br>48.40<br>496.65 | OASDI<br>MEDI<br>FWT | 113.55<br>33.38<br>50.06 | OHSWT<br>0602<br>54194 | 200.00<br>8.70<br>87.61<br>7.05 | 67-HSA<br>00-DENTAL<br>00-MEDICA<br>00-VISION | 2,372.67 |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 751.98 | | 196.99 | | 303.36 | | 2,372.67 |

| P/E Date Check# | <------ REGULAR -----> | | <---- OVERTIME ----> | | <-------- OTHER ---------> | | | | <---- Federal ---> | | <--- State/Loc --> | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. ID \FormID | Hours | Earnings | Hours | Earnings | Type | Hours | Earnings | Gross Pay | Taxes | Type | Taxes | Type | Deductions | Code | Net Pay |
| 05/16/2015 CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.93 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.20 |
| 5000453 9061796 | | | | | | | | | 48.39 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | | | | | | | | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 724.78 | | 190.91 | | 412.11 | | 2,297.20 |
| 05/30/2015 CRADV | 72.00 | 3,258.00 | | | HOL | 8.00 | 362.00 | 3,625.00 | 206.93 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.19 |
| 5000453 9065370 | 32.00- | 1,448.00- | | | HWC | | 5.00 | | 48.40 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | | | | | VAS | 32.00 | 1,448.00 | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | 40.00 | 1,810.00 | 0.00 | 0.00 | | 40.00 | 1,815.00 | 3,625.00 | 724.79 | | 190.91 | | 412.11 | | 2,297.19 |
| 06/13/2015 CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.93 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.20 |
| 5000453 9070912 | 40.00- | 1,810.00- | | | VAS | 40.00 | 1,810.00 | | 48.39 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | 40.00- | 1,810.00- | | | VAS | 40.00 | 1,810.00 | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | 0.00 | 0.00 | 0.00 | 0.00 | | 80.00 | 3,625.00 | 3,625.00 | 724.78 | | 190.91 | | 412.11 | | 2,297.20 |
| 06/27/2015 CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.92 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.21 |
| 5000453 9076471 | 8.00- | 362.00- | | | VAS | 8.00 | 362.00 | | 48.39 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | | | | | | | | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | 72.00 | 3,258.00 | 0.00 | 0.00 | | 8.00 | 367.00 | 3,625.00 | 724.77 | | 190.91 | | 412.11 | | 2,297.21 |
| 07/11/2015 CRADV | 72.00 | 3,258.00 | | | HOL | 8.00 | 362.00 | 3,625.00 | 206.93 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.19 |
| 5000453 9081310 | | | | | HWC | | 5.00 | | 48.40 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | | | | | | | | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | 72.00 | 3,258.00 | 0.00 | 0.00 | | 8.00 | 367.00 | 3,625.00 | 724.79 | | 190.91 | | 412.11 | | 2,297.19 |

Report ID: xpa209
Company CEC Crown Equipment Corporation
030031 Al-Shareih,Mohammed A.

PeopleSoft
EMPLOYEE EARNINGS RECORD
DIV-LOC 01
30-JAN-2015 thru 23-JAN-2016


Run Date 03/08/2016
Run Time 07:27:46

| P/E Date Check# | | <------ REGULAR | -----> | <---- OVERTIME | ----> | <-------- OTHER | | ---------> | | <---- Federal | ---> | <--- State/Loc | --> | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. ID | \FormID | Hours | Earnings | Hours | Earnings | Type | Hours | Earnings | Gross Pay | Taxes | Type | Taxes | Type | Deductions | Code | Net Pay |
| 07/25/2015 | CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.93 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.20 |
| 5000453 | 9086987 | | | | | | | | | 48.39 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | | | | | | | | | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 724.78 | | 190.91 | | 412.11 | | 2,297.20 |
| 08/08/2015 | CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.93 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.19 |
| 5000453 | 9094180 | | | | | | | | | 48.40 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | | | | | | | | | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 724.79 | | 190.91 | | 412.11 | | 2,297.19 |
| 08/22/2015 | CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.93 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.20 |
| 5000453 | 9098470 | | | | | | | | | 48.39 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | | | | | | | | | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 724.78 | | 190.91 | | 412.11 | | 2,297.20 |
| 09/05/2015 | CRADV | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.93 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.19 |
| 5000453 | 9104890 | | | | | | | | | 48.40 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | | | | | | | | | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 724.79 | | 190.91 | | 412.11 | | 2,297.19 |
| 09/19/2015 | CRADV | 72.00 | 3,258.00 | | | HOL | 8.00 | 362.00 | 3,625.00 | 206.93 | OASDI | 108.56 | OHSWT | 108.75 | 40-401R | 2,297.20 |
| 5000453 | 9110967 | | | | | HWC | | 5.00 | | 48.39 | MEDI | 32.29 | 0602 | 200.00 | 67-HSA | |
| | | | | | | | | | | 469.46 | FWT | 50.06 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | | 72.00 | 3,258.00 | 0.00 | 0.00 | | 8.00 | 367.00 | 3,625.00 | 724.78 | | 190.91 | | 412.11 | | 2,297.20 |

Report ID: xpa209
Company CEC Crown Equipment Corporation
030031 Al-Shareih,Mohammed A.

PeopleSoft
EMPLOYEE EARNINGS RECORD
DIV-LOC 01
30-JAN-2015 thru 23-JAN-2016

Page No. 4
Run Date 03/08/2016
Run Time 07:27:46

| P/E Date / Dept. ID | Check# \FormID | REGULAR Hours | REGULAR Earnings | OVERTIME Hours | OVERTIME Earnings | OTHER Type | OTHER Hours | OTHER Earnings | Gross Pay | Federal Taxes | Federal Type | State/Loc Taxes | State/Loc Type | Deductions | Code | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2015 5000453 | CRADV 9121133 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.93<br>48.40<br>469.46 | OASDI<br>MEDI<br>FWT | 105.18<br>32.29<br>50.06 | OHSWT<br>0602<br>54194 | 108.75<br>200.00<br>8.70<br>87.61<br>7.05 | 40-401R<br>67-HSA<br>00-DENTAL<br>00-MEDICA<br>00-VISION | 2,300.57 |
| ** Totals | | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 724.79 | | 187.53 | | 412.11 | | 2,300.57 |
| 10/17/2015 5000453 | CRADV 9122527 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.92<br>48.39<br>469.46 | OASDI<br>MEDI<br>FWT | 105.18<br>32.29<br>50.06 | OHSWT<br>0602<br>54194 | 108.75<br>200.00<br>8.70<br>87.61<br>7.05 | 40-401R<br>67-HSA<br>00-DENTAL<br>00-MEDICA<br>00-VISION | 2,300.59 |
| ** Totals | | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 724.77 | | 187.53 | | 412.11 | | 2,300.59 |
| 10/31/2015 5000453 | CRADV 9131665 | 80.00 | 3,620.00 | | | HWC | | 5.00 | 3,625.00 | 206.93<br>48.40<br>469.46 | OASDI<br>MEDI<br>FWT | 105.18<br>32.29<br>50.06 | OHSWT<br>0602<br>54194 | 108.75<br>200.00<br>8.70<br>87.61<br>7.05 | 40-401R<br>67-HSA<br>00-DENTAL<br>00-MEDICA<br>00-VISION | 2,300.57 |
| ** Totals | | 80.00 | 3,620.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,625.00 | 724.79 | | 187.53 | | 412.11 | | 2,300.57 |
| 11/14/2015 5000453 | CRADV 9139326 | 80.00 | 3,730.00 | | | HWC | | 5.00 | 3,735.00 | 213.75<br>49.99<br>496.14 | OASDI<br>MEDI<br>FWT | 109.93<br>33.36<br>51.71 | OHSWT<br>0602<br>54194 | 112.05<br>200.00<br>8.70<br>87.61<br>7.05 | 40-401R<br>67-HSA<br>00-DENTAL<br>00-MEDICA<br>00-VISION | 2,364.71 |
| ** Totals | | 80.00 | 3,730.00 | 0.00 | 0.00 | | 0.00 | 5.00 | 3,735.00 | 759.88 | | 195.00 | | 415.41 | | 2,364.71 |
| 11/28/2015 5000453 | CRADV 9144630 | 64.00 | 2,984.00 | | | HOL<br>HWC | 16.00 | 746.00<br>5.00 | 3,735.00 | 213.75<br>49.99<br>496.14 | OASDI<br>MEDI<br>FWT | 109.93<br>33.36<br>51.71 | OHSWT<br>0602<br>54194 | 112.05<br>200.00<br>8.70<br>87.61<br>7.05 | 40-401R<br>67-HSA<br>00-DENTAL<br>00-MEDICA<br>00-VISION | 2,364.71 |
| ** Totals | | 64.00 | 2,984.00 | 0.00 | 0.00 | | 16.00 | 751.00 | 3,735.00 | 759.88 | | 195.00 | | 415.41 | | 2,364.71 |

PeopleSoft
EMPLOYEE EARNINGS RECORD
DIV-LOC 01
30-JAN-2015 thru 23-JAN-2016



| P/E Date Check# | <------ REGULAR | -----> | <---- OVERTIME | ----> | <-------- OTHER | | ---------> | | <---- Federal | ---> | <--- State/Loc | --> | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. ID \FormID | Hours | Earnings | Hours | Earnings | Type | Hours | Earnings | Gross Pay | Taxes | Type | Taxes | Type | Deductions | Code | Net Pay |
| 12/12/2015 CRADV | 80.00 | 3,730.00 | | | HWC | | 5.00 | 3,735.00 | 213.75 | OASDI | 109.93 | OHSWT | 112.05 | 40-401R | 2,364.71 |
| 5000453 9150429 | | | | | | | | | 49.99 | MEDI | 33.36 | 0602 | 200.00 | 67-HSA | |
| | | | | | | | | | 496.14 | FWT | 51.71 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | | 3,730.00 | | 0.00 | | | 5.00 | | 759.88 | | | | 415.41 | | |
| | 80.00 | | 0.00 | | | 0.00 | | 3,735.00 | | | 195.00 | | | | 2,364.71 |
| 12/26/2015 CRADV | 64.00 | 2,984.00 | | | HOL | 16.00 | 746.00 | 3,735.00 | 214.99 | OASDI | 110.82 | OHSWT | 112.05 | 40-401R | 2,361.79 |
| 5000453 9153026 | | | | | HWC | | 5.00 | | 50.28 | MEDI | 33.56 | 0602 | 200.00 | 67-HSA | |
| | | | | | XMS | | 20.00 | | 496.14 | FWT | 52.01 | 54194 | 8.70 | 00-DENTAL | |
| | | | | | | | | | | | | | 87.61 | 00-MEDICA | |
| | | | | | | | | | | | | | 7.05 | 00-VISION | |
| ** Totals | | 2,984.00 | | 0.00 | | | 771.00 | | 761.41 | | | | 415.41 | | |
| | 64.00 | | 0.00 | | | 16.00 | | 3,735.00 | | | 196.39 | | | | 2,361.79 |
| 01/09/2016 CRADV | 72.00 | 3,357.00 | | | HOL | 8.00 | 373.00 | 3,730.00 | 209.78 | OASDI | 107.09 | OHSWT | 111.90 | 40-401R | 2,328.51 |
| 5000453 9163271 | | | | | | | | | 49.06 | MEDI | 32.72 | 0602 | 259.62 | 67-HSA | |
| | | | | | | | | | 477.88 | FWT | 50.75 | 54194 | 7.49 | 00-DENTAL | |
| | | | | | | | | | | | | | 87.23 | 00-MEDICA | |
| | | | | | | | | | | | | | 7.97 | 00-VISION | |
| ** Totals | | 3,357.00 | | 0.00 | | | 373.00 | | 736.72 | | | | 474.21 | | |
| | 72.00 | | 0.00 | | | 8.00 | | 3,730.00 | | | 190.56 | | | | 2,328.51 |
| 01/23/2016 CRADV | 80.00 | 3,730.00 | | | | | | 3,730.00 | 209.79 | OASDI | 107.09 | OHSWT | 111.90 | 40-401R | 2,328.50 |
| 5000453 9164410 | | | | | | | | | 49.06 | MEDI | 32.72 | 0602 | 259.62 | 67-HSA | |
| | | | | | | | | | 477.88 | FWT | 50.75 | 54194 | 7.49 | 00-DENTAL | |
| | | | | | | | | | | | | | 87.23 | 00-MEDICA | |
| | | | | | | | | | | | | | 7.97 | 00-VISION | |
| ** Totals | | 3,730.00 | | 0.00 | | | 0.00 | | 736.73 | | | | 474.21 | | |
| | 80.00 | | 0.00 | | | 0.00 | | 3,730.00 | | | 190.56 | | | | 2,328.50 |
| ****TOTALS | 1,688.00 | | 0.00 | | | 192.00 | | 91,260.00 | | | 4,854.04 | | | | 58,322.44 |
| | | 76,987.00 | | 0.00 | | | 14,293.00 | | 19,050.90 | | | | 9,032.62 | | |

March 8, 2016

Group Market Disability Claims
Liberty Life Assurance
Company of Boston
PO Box 7207
London, KY 40742

To Whom It May Concern:

I have been attempting to file an Employer's Statement on-line for our employee, Mohammed A. Al-Schreih but have ran into technical errors so am filing this hard-copy.

I have completed the Employer's Statement and furnished his Hours and Earnings report for 1 year prior to his disability. Please know that Mr. Al-Schreih does not receive any sort of commission.

As stated in the Employer's Statement his first day of disability was 1-23-16 and his 90 day salary continuation will end on 4-22-16. I have forwarded a Disability Claim Form and Attending Physician Statement to his attention for completion with directions to file directly to your office.

Please note that I will be out of the office from 3-18-16 thru 4-3-16, if you have any questions during that time please send e-mail to LeaveAdministrator@crown.com and my counterparts can assist you with any questions.

Thanks!

Sincerely,

Jean Sheaks
Leave Administrator
Crown Equipment Corporation

**n0223017**

**From:** CharlotteSCUDisabilityClaims
**Sent:** Wednesday, March 09, 2016 8:10:53 AM
**To:** Carey, Lauren
**Cc:** Triano, Kelli
**Subject:** RE: Mohammed Al-Shareih

Good morning Lauren,

Per the request below LTD claim #5690365 has been created and the attached documents have been put into the claim.

Thank you,

Lynn Wakefield
Sr. Customer Information Representative
Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
100 Liberty Way
Dover, NH 03820
Phone: 603-750-7550, extension: (16265)
Fax: 603-334-0401
Lynn.Wakefield@libertymutual.com

-----Original Message-----
From: Carey, Lauren
Sent: Tuesday, March 08, 2016 12:37 PM
To: CharlotteSCUDisabilityClaims
Cc: Stanczak, Dawn
Subject: FW: Mohammed Al-Shareih

Hi Dawn- I am happy to help with this.

SCU- Can you please create an LTD claim for Crown Equipment based on the attached and assign to the next DCM in triage? Please add the attached document into the doc list.

Thank you,

Lauren Carey
Manager I / Group Benefits Disability Claims / Charlotte, NC – SE Liberty Life Assurance Company of Boston / P.O. Box 7207, London, KY 40742-7207
(P) 800-291-0112 Ext: 14143 (F) 603-430-1747 (SDN) 8-7314143 Lauren.Carey@LibertyMutual.com

-----Original Message-----
From: Stanczak, Dawn
Sent: Tuesday, March 08, 2016 11:56 AM
To: Carey, Lauren
Subject: FW: Mohammed Al-Shareih

Hi Lauren -

I am at our sales meeting this week and hoping you can assist. Due to mylibertyconnection issues they were not able to file online and had to submit via paper. Can you see that this LTD claim for Crown

Equipment is set up?   Thanks.

Dawn Stanczak  -
Senior Account Service Manager
Liberty Life Assurance Company of Boston Group Benefits One North Shore Center
12 Federal Street
Suite 310, MS 01A
Pittsburgh, PA 15212
Phone (412) 995-6991
Fax (603) 422-7933
Dawn.Stanczak@LibertyMutual.com

-----Original Message-----
From: Jean Sheaks [mailto:Jean.Sheaks@Crown.com]
Sent: Tuesday, March 08, 2016 7:44 AM
To: Stanczak, Dawn
Subject: Mohammed Al-Shareih

Filing LTD for our employee.   If you have any questions please do not hesitate to contact me.   Thanks!

-----Original Message-----
From: PRNFRC4502-1@crown.com [mailto:PRNFRC4502-1@crown.com]
Sent: Tuesday, March 08, 2016 7:36 AM
To: Jean Sheaks
Subject: Message from "RNP002673577445"

This E-mail was sent from "RNP002673577445" (Aficio MP C4502A).

Scan Date: 03.08.2016 07:35:34 (-0500)
Queries to: PRNFRC4502-1@crown.com