FILED
2018 Aug-07 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 3, part 3

**CD labeled Liberty/Al-Shareih 623**

## TO BE FILED CONVENTIONALLY