FILED
2018 Aug-28 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MOHAMMED AL-SHAREIH,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:18-CV-00683-RDP** |
| **LIBERTY LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**NOTICE OF APPEARANCE OF ANDREW C. ALLEN**

Comes now, Andrew C. Allen, and gives his notice of appearance as additional counsel for Plaintiff, Mohammed Al-Shareih. in the above-styled matter.

Respectfully Submitted,

/s/ *Andrew C. Allen*____________
Andrew C. Allen (ASB-3867-E56A)

**OF COUNSEL**:
Andrew C. Allen, Esq.
**BURKE HARVEY, LLC**
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone:205-930-9091
Fax: 205-930-9054
aallen@burkeharvey.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by the Court's CM/ECF system, this the 28th day of August 2018:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, TX 75254

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205

/s/ *Andrew C. Allen*
OF COUNSEL