FILED
2018 Aug-29 AM 10:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MOHAMMED AL-SHAREIH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:18-CV-00683-SGC |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# NOTICE OF APPEARANCE

**COMES NOW**, William H. McKenzie, IV, Esq. and appears as additional counsel of record for defendant, **Liberty Life Assurance Company of Boston**, and requests to be added to all service copies of pleadings and other documents filed with or by this Court.

Respectfully Submitted,

s/ William H. McKenzie, IV
William H. McKenzie, IV
Matthew W. Robinett
ASB-8841-M70M
Attorney for Defendant
Norman Wood Kendrick & Turner
Ridge Park Place - Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: whm@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 29th day of August, 2018, I electronically filed the foregoing with the Clerk or Court utilizing the CM/ECF system which will send notification of such filing to counsel for the following parties:

Peter H. Burke (ASB-1992-K74P)
Email: pburke@burkeharvey.com

Amanda Stansberry-Johns (ASB-7793-M64S)
Email: ajohns@burkeharvey.com

s/ William H. McKenzie, IV
William H. Mc Kenzie, IV