FILED
2018 Nov-30 PM 02:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MOHAMMED AL-SHAREIH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:18-CV-00683-SGC |
| LIBERTY LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

---

## MOTION TO WITHDRAW

---

COMES NOW Peter H. Burke and gives notice to this Court that the plaintiff, Mohammed Al-Shareih, has instructed the law firm of Burke Harvey, LLC that it no longer represent him in this matter. Undersigned counsel has already returned Plaintiff's complete file to him. Therefore, undersigned counsel requests that he be allowed to withdraw from the representation of Plaintiff, Mohammed Al-Shareih. It is undersigned counsel's understanding that Plaintiff is seeking other counsel to represent him.

Respectfully Submitted,

/s/ *Peter H. Burke*

Peter H. Burke, Esq.
ASB-1992-K74P
BURKE HARVEY LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243
Phone: 205-930-9091
Fax: 205-930-9054
Email: pburke@burkeharvey.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by the Court's CM/ECF system, this the 30th day of November, 2018:

IWANA RADEMAEKERS
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254

Matthew W. Robinett
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205

Mohammed Al-Shareih (via US mail and email)
1209 Continental Drive
Madison, AL 35758

*/s/ Peter H. Burke*
OF COUNSEL