FILED
2018 Nov-30 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MOHAMMED AL-SHAREIH,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | |
| | **)** | **Case No. 2:18-CV-00683-SGC** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | **)** | |
| | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

# MOTION TO WITHDRAW

COMES NOW Amanda L. Stansberry and gives notice to this Court that she no longer works as an attorney at Burke Harvey, LLC. According to Mr. Peter Burke's Motion to Withdraw, Doc. 20, the plaintiff, Mohammed Al-Shareih, has instructed the law firm of Burke Harvey, LLC that it no longer represents him in this matter. Undersigned counsel requests that she be allowed to withdraw from the representation of Plaintiff, Mohammed Al-Shareih.

Respectfully Submitted,

*/s/ Amanda L. Stansberry*

Amanda L. Stansberry, Esq.
ASB-7793-M64S
STANSBERRY LAW, LLC
420 North 20th Street
Suite 2200

Birmingham, Alabama 35203
Phone: 205-379-1059
Fax: 833-583-4357
amanda@stansberrylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by the Court's CM/ECF system, this the 30th day of November, 2018:

IWANA RADEMAEKERS
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254

Matthew W. Robinett
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205

Peter H. Burke
Andrew Allen
BURKE HARVEY LLC
3535 Grandview Parkway
Suite 100
Birmingham, Alabama 35243

Mohammed Al-Shareih (via US mail)
1209 Continental Drive
Madison, AL 35758

*/s/ Amanda L. Stansberry*
OF COUNSEL