FILED
2018 Dec-03 AM 11:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MOHAMMED AL-SHAREIH,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:18-cv-00683-RDP** |
| | } | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | } | |
| | } | |
| **Defendant.** | } | |

**<u>ORDER</u>**

Before the court are motions to withdraw filed by Peter Burke (Doc. # 20), Andrew Allen (Doc. # 21), and Amanda Stansberry (Doc. # 22). All three request that they be allowed to withdraw from the representation of Plaintiff Mohammed Al-Shareih in this action. The motions state that Plaintiff Mohammed Al-Shareih has instructed the law firm of Burke Harvey, LLC that it no longer represents him in this matter and that counsel have already returned Plaintiff's complete file to him. (Docs. # 20, 21). Additionally, Amanda Stansberry's motion states that she no longer works as an attorney at Burke Harvey, LLC. (Doc. # 22). Counsel understands that Plaintiff is seeking other counsel to represent him. (Docs. # 20, 21).

The motions (Docs. # 20, 21, 22) are **GRANTED**. The Clerk of Court is **DIRECTED** to terminate attorneys Peter Burke, Andrew Allen, and Amanda Stansberry. Plaintiff may proceed *pro se* until he retains new counsel.

The Clerk of Court is **FURTHER DIRECTED** to mail a copy of this Order and the motions to withdraw (Docs. # 20, 21, 22) to Plaintiff at the following address: Mohammed Al-Shareih, 1209 Continental Drive, Madison, AL 35758.

**DONE** and **ORDERED** this November 30, 2018.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE