FILED
2019 Apr-04 PM 12:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MOHAMMED AL-SHAREIH,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | ) | Case No. 2:18-CV-00683-RDP |

**NOTICE OF SETTLEMENT**

Defendant Liberty Life Assurance Company of Boston hereby gives notice that this case has settled. Although an agreement has been signed by all parties, consummation of settlement has been delayed as Plaintiff, who is not represented by counsel, is currently in the process of moving out of the United States and has not yet provided Defendant with updated information for transmission of the settlement funds. However, once settlement has been consummated, the parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

SUBMITTED this 4th day of April 2018.

Respectfully Submitted,

*/s/Iwana Rademaekers*

**IWANA RADEMAEKERS**
(*Admitted Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And -

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of April 2019, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was forwarded via electronic mail the following party:

Mohammed Al-Shareih
Email: malshareih@gmail.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers