FILED
2019 Apr-05 AM 10:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MOHAMMED AL-SHAREIH,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:18-cv-00683-RDP** |
| | } | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | } | |
| | } | |
| **Defendant.** | } | |

**ORDER OF DISMISSAL**

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than sixty (60) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

The Clerk of Court is **DIRECTED** to send a copy of this order to Plaintiff at the following e-mail address: malshareih@gmail.com.

**DONE** and **ORDERED** this April 5, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE