FILED
2019 Apr-22 PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MOHAMMED AL-SHAREIH,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:18-cv-00683-RDP** |
| | } | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | } | |
| | } | |
| **Defendant.** | } | |

**ORDER OF DISMISSAL**

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. # 26), filed April 22, 2019, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

The Clerk of Court is **DIRECTED** to send a copy of this order to Plaintiff at the following e-mail address: malshareih@gmail.com.

**DONE** and **ORDERED** this April 22, 2019.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE